NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Robert W. Cohen, SBN 150310
Mariko Taenaka, SBN 273895
Law Offices of Robert W. Cohen
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067

CLEAR FORM

ATTORNEY(S) FOR: CHINA BRANDING GROUP LIMITED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION),

Plaintiff(s),

v.

TONY BOBULINSKI,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___PLAINTIFF___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited, | Plaintiff |
| TONY BOBULINSK | Defendant |

7/21/2020
Date

/s/ Mariko Taenaka
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff China Branding Group Limited (In Official Liquidation)