1  Robert Cohen, 150310
   310-282-7586
2  Law Offices of Robert W. Cohen
3  1901 Avenue of the Stars, Suite 1900
   Los Angeles, CA 90067
4  Representing: Plaintiff                                File No.

United States District Court, Central District of California

Central District of California - District - Los Angeles - Edward R. Roybal Federal Bldg

China Branding Group Limited, et al )
                                     )   Case No. 2:20-cv-06759-RGK-JC
                                     )
         Plaintiff/Petitioner        )   Proof of Service of:
                                     )
             vs.                     )      Complaint, Civil Case Cover Sheet, Summons,
                                     )      Notice, Notice of Alternative Dispute Resolution
                                     )      Packet, Notice of Case Assignment
Tony Bobulinski                      )
                                     )
         Defendant/Respondent        )
                                     )
                                         Service on:
                                            Tony Bobulinski


                                         Hearing Date:
                                         Hearing Time:
                                         Div/Dept:

PROOF OF SERVICE

OL#14975698

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Robert Cohen, 150310<br>Law Offices of Robert W. Cohen<br>1901 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067 | 310-282-7586 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
255 E. Temple St
Los Angeles, CA 90012

PLAINTIFF:
China Branding Group Limited, et al

DEFENDANT:
Tony Bobulinski

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:20-cv-06759-RGK-JC |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Case Cover Sheet, Summons, Notice, Notice of Alternative Dispute Resolution Packet, Notice of Case Assignment

2. Party Served: Tony Bobulinski

3. Person Served: party in item 2

4. Date & Time of Delivery: 08/03/2020    1:28PM

5. Address, City and State: 204 S. Camden Drive
Beverly Hills, CA 90212

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 80

Registered California process server.
County: Los Angeles
Registration No.: 3185
Bradford B. Weekes
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/04/2020 at Petaluma, California.

Signature: _____
Bradford B. Weekes

OL# 14975698