Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**PROOF OF SERVICE OF NOTICE OF APPLICATION AND APPLICATION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT** |

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1900, Los Angeles, California 90067.

I hereby certify that I served the following documents on August 20, 2020 by first class U.S. Mail postage fully prepaid to Tony Bobulinski at 204 S. Camden Drive, Beverly Hills, CA 90212:

- Notice of Application for Right to Attach Order and Issuance of Writ of Attachment;

- Application for Right to Attach Order and Issuance of Writ of Attachment and Memorandum of Points and Authorities;
- Declaration of Peter Kendall; and
- Right to Attach Order and Issuance of Writ of Attachment;

Pursuant to the laws of the State of California I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2020** at Los Angeles, California.

              /s/ Mariko Taenaka
              Mariko Taenaka