Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California  90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TONY BOBULINSKI,<br><br>　　　　　Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**NOTICE OF ERRATA RE NOTICE OF APPLICATION (DKT. 10) AND APPLICATION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT (DKT. 11)**<br><br>**REVISED DATE/TIME/DEPT.:**<br><br>**Date:**　　September 29, 2020<br>**Time:**　　9:30 a.m.<br>**Courtroom:**　750 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff China Branding Group Limited files with Notice of Errata with respect to the Application for Right to Attach Order and Issuance of Writ of Attachment.

On August 20, 2020, Plaintiff China Branding Group Limited erroneously filed a Notice of Application for Right to Attach Order and Issuance of Writ of Attachment (Dkt. 10) and Application for Right to Attach Order and Issuance of Writ of Attachment (Dkt. 11) for hearing on September 28, 2020 at 9:00 a.m. before the

Honorable R. Gary Klausner. The Notice of Application and Application for Right to Attach Order and Issuance of Writ of Attachment, however, should have been filed before the Honorable Jacqueline Chooljian in Courtroom 750 and set for hearing on September 29, 2020 at 9:30 a.m. Plaintiff will resubmit all of the relevant documents with the corrected information so that it will be heard by the Honorable Jacqueline Chooljian.

Plaintiff apologizes for filing it with the incorrect judge and noticed the hearing on the incorrect date and time.

DATED: August 24, 2020

LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation

By  /s/  Robert W. Cohen
Robert W. Cohen
Mariko Taenaka
Attorneys for Plaintiff

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years and not a party to the within action.  My business address is 1901 Avenue of the Stars, Suite 1900, Los Angeles, California 90067.

I hereby certify that I served the following documents on **August 24, 2020** by first class U.S. Mail postage fully prepaid to Tony Bobulinski at 204 S. Camden Drive, Beverly Hills, CA 90212:

- Notice of Errata

Pursuant to the laws of the State of California I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 24, 2020** at Los Angeles, California.

_/s/ Mariko Taenaka_
Mariko Taenaka