# EXHIBIT C

No. 309

Default Costs Certificate (0.62, r.22(3))

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

CAUSE NO: FSD 52 OF 2016 (RMJ)

IN THE MATTER OF THE COMPANIES LAW (2018 REVISION)

AND

IN THE MATTER OF CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION)

### DEFAULT COSTS CERTIFICATE

**UPON** reading the application made by Hugh Dickson and David Bennett of Grant Thornton, the joint official liquidators (the "**JOLs**") of China Branding Group Limited (in Official Liquidation), dated 7 March 2019.

**AND BEING SATISFIED** that Mr Tony Bobulinski (the "**Paying Party**") has failed to complete and return the Bills of Costs served on him in respect of the Order for Costs made against him on 5 February 2019. (the "**Order for costs**")

**IT IS HEREBY CERTIFIED** that the amount payable to the JOLs by the Paying Party pursuant to the Order for Costs made is the sum of $562,170.94.

DATED the 6th day of May 2019.

FILED the 6th day of May 2019.

**REGISTRAR OF THE GRAND COURT**
**FINANCIAL SERVICES DIVISION**

8473558.2 D1731.111222