# EXHIBIT D

CAYMAN ISLANDS



Supplement No. 1 published with Gazette No. 01 dated 14 January, 2013.

**THE JUDICATURE LAW (2007 REVISION)**
**THE JUDGMENT DEBTS (RATES OF INTEREST) RULES 2012**

## THE JUDICATURE LAW (2007 REVISION)
## THE JUDGMENT DEBTS (RATES OF INTEREST) RULES 2012

In exercise of the powers conferred upon the Rules Committee by Section 34 of The Judicature Law (2007 Revision), the following rules of Court are hereby made.

1. **Citation**

    These rules may be cited as the Judgment Debts (Rates and Interest) Rules 2012.

2. **Interpretation**

    In these rules "the principal rules" shall mean the Judgment Debts (Rates of Interest) Rules 1995.

3. **Revision of Prescribed Rates**

    (a) The prescribed rates contained in the principal rules shall be applied for the purposes of calculating pre-judgment and post-judgment interest (in accordance with rules 4 and 5 of the principal rules respectively) for periods up to 31 January 2013.

    (b) The prescribed rates contained in the schedule to these rules shall be applied for the purposes of calculating pre-judgment and post-judgment interest (in accordance with rules 4 and 5 of the principal rules respectively) for periods from 1 February 2013.

MADE by the Rules Committee on the 17th day of December 2012.

The Honourable Anthony Smellie Q.C., Chief Justice
The Honourable Sam Bulgin Q.C., Attorney General
Graham Ritchie Q.C., Legal Practitioner
Colin McKie, Legal Practitioner

## SCHEDULE
### (Effective from 1 February 2013)

| CURRENCY IN WHICH THE JUDGMENT IS GIVEN | RATE OF INTEREST |
|---|---|
| Cayman Islands Dollars | 2⅜% |
| United States Dollars | 2⅜% |
| British Pound Sterling | 2⅝% |
| Canadian Dollars | 3¼% |
| Swiss Francs | 2% |
| Japanese Yen | 2¼% |
| Singapore Dollars | 2⅜% |
| Hong Kong Dollars | 2⅜% |
| Euro | 2¼% |
| Indian Rupee | 2% |
| Australian Dollar | 6% |
| Brazilian Real | 9⅜% |
| Chinese RMB | 6¼% |
| Indonesian Rupiah | 6⅞% |
| Russian Ruble | 9¼% |
| South African Rand | 7⅛% |
| Saudi Arabian Riyal | 3% |
| South Korean Won | 4⅛% |
| Turkish Lira | 9¼% |