| | |
|---|---|
| 1 | Robert W. Cohen (SBN 150310) |
| | Mariko Taenaka (SBN 273895) |
| 2 | **LAW OFFICES OF ROBERT W. COHEN** |
| | A Professional Corporation |
| 3 | 1901 Avenue of the Stars, Suite 1900 |
| | Los Angeles, California  90067 |
| 4 | Telephone: (310) 282-7586 |
| | Facsimile: (310) 282-7589 |
| 5 | rwc@robertwcohenlaw.com |
| | mt@robertwcohenlaw.com |

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited, <br><br> Plaintiff, <br><br> v. <br><br> TONY BOBULINSKI, <br><br> Defendant. | Case No. 2:20-cv-06759 RGK (JCx) <br><br> **PROOF OF SERVICE OF NOTICE OF APPLICATION AND APPLICATION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT** |

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1900, Los Angeles, California 90067.

I hereby certify that I served the following documents on **August 24, 2020** by first class U.S. Mail postage fully prepaid to Tony Bobulinski at 204 S. Camden Drive, Beverly Hills, CA 90212:

- Notice of Application for Right to Attach Order and Issuance of Writ of Attachment;

- Application for Right to Attach Order and Issuance of Writ of Attachment and Memorandum of Points and Authorities;
- Declaration of Peter Kendall; and
- Right to Attach Order and Issuance of Writ of Attachment;

Pursuant to the laws of the State of California I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 24, 2020** at Los Angeles, California.

_____/s/ Mariko Taenaka_____
Mariko Taenaka