Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Teresa L. Huggins (Bar. No. 263257)
  thuggins@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California, 90017
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

*Attorneys for Defendant Tony Bobulinski*

Robert W. Cohen (Bar No. 150310)
  rwc@robertwcohenlaw.com
Mariko Taenaka (Bar. No. 273895)
  mt@robertwcohenlaw.com
LAW OFFICES OF ROBERT W. COHEN
1901 Avenue of the Stars, Suite 1900
Los Angeles, California, 90067
Telephone:  (310) 282-7586
Facsimile:   (310) 282-7589

*Attorneys for Plaintiff China Branding Group*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>              Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>              Defendant. | Case No.2: 20-CV-06759 RGK (JC)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Complaint Filed: July 28, 2020<br><br>Current Response Date: September 3, 2020<br><br>New Response Date: September 30, 2020 |

Pursuant to Civil Local Rule 7-1, Plaintiff China Branding Group Limited (in official liquidation) ("Plaintiff") and Defendant Tony Bobulinski ("Defendant"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed its Complaint in the above-captioned matter on July 28, 2020. The Proof of Service in this matter indicates Defendant was personally served on August 3, 2020. *See* Dkt. 9. Defendant disputes this date of service and contends that copies of the summons and complaint were left with another resident of Defendant's usual abode on that date, and copies of the same were then mailed to that address. As a result, Defendant contends service was actually effected on August 13, 2020, 10 days after the complaint and summons were mailed. Fed. R. Civ. Pro. 4(e)(1) (permitting substitute service pursuant to California law); C.C.P. § 415.20(a)) (service is not complete until 10 days after additional copies of the summons and complaint are mailed to defendant).

2. Defendant contends that the current deadline to answer or otherwise respond to Plaintiff's Complaint is September 3, 2020.

3. Plaintiff has agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint to September 30, 2020.

4. This is Defendant's first request to extend time to respond to the Complaint, and this stipulated extension will not affect any other Court deadlines.

Pursuant to Civil Local Rule 8-3, the parties, through their counsel, HEREBY STIPULATE THAT the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall now be due on September 30, 2020.

IT IS SO STIPULATED.

DATED: August 28, 2020            BAKER MARQUART LLP

By: *Teresa Huggins*
Teresa L. Huggins

*Attorneys for Defendant Tony Bobulinski*

DATED: August 28, 2020            LAW OFFICE OF ROBERT COHEN APC

By: /s/ Robert W. Cohen
Robert W. Cohen

*Attorneys for Plaintiff China Branding Group*

### **FILER'S ATTESTATION**

I, Teresa L. Huggins, am the ECF user whose identification and password are being used to file this Stipulation to Extend Time to Respond to Initial Complaint. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing.

DATED:  August 28, 2020            BAKER MARQUART LLP

By:   */s/ Teresa L. Huggins*
TERESA L. HUGGINS