UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>      Plaintiff,<br><br>  v.<br><br>TONY BOBULINSKI<br><br>      Defendant. | Case No.2: 20-CV-06759 RGK (JC)<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

1    Upon consideration of the Stipulation to Extend Time to Respond to the
2    Initial Complaint, filed by **Plaintiff China Branding Group and Defendant Tony**
3    **Bobulinski** ("Defendant"), and good cause appearing therefor,
4    IT IS HEREBY ORDERED THAT:
5    Defendant may have until September 30, 2020 to respond to the initial
6    complaint in this matter.

7

8    **IT IS SO ORDERED.**

9

10

11    Dated: _____       _____
                                                           THE HON. GARY KLAUSNER
                                                           United States District Court Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28