UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>  v.<br><br>TONY BOBULINSKI<br><br>    Defendant. | Case No.2: 20-CV-06759 RGK (JC)<br><br>[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT |

Upon consideration of the Stipulation to Extend Time to Respond to the Initial Complaint, filed by **Plaintiff China Branding Group and Defendant Tony Bobulinski** ("Defendant"), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

Defendant may have until September 30, 2020 to respond to the initial complaint in this matter.

**IT IS SO ORDERED.**

Dated: August 31, 2020

*[signature: Gary Klausner]*

THE HON. GARY KLAUSNER
United States District Court Judge