Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 19, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 19, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard in Courtroom 850 by the above-entitled Court, located at 255 East Temple Street, Los Angeles, California, plaintiff China Branding Group Limited will and hereby does move the Court for an order of summary judgment that pursuant to Fed.R.Civ.P. Rule 56, the undisputed facts establish as a matter of law that under California Code Civ. Proc. § 1713, *et seq.*, and pursuant to principles of international comity, Plaintiff is now entitled to judgment against Defendant Tony Bobulinski in the amount of $660,255.37 in recognition of a judgment issued in Plaintiff's favor and against Mr. Bobulinski by the Grand Court

1  of the Cayman Islands on January 23, 2019.
2      The motion is based upon this Notice, the accompanying Separate Statement
3  of Uncontroverted Facts and Memorandum of Points and Authorities, the
4  declarations of Robert W. Cohen and Peter Kendall, all pleadings and papers on file
5  in this action, and upon such other matters as may be presented to the Court at the
6  time of the hearing.
7  DATED: September 18, 2020    LAW OFFICES OF ROBERT W. COHEN
           A Professional Corporation
8
9      By  /s/  Robert W. Cohen
         Robert W. Cohen
10       Mariko Taenaka
         Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                        /s/ Mariko Taenaka
                                          Mariko Taenaka