Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TONY BOBULINSKI,<br><br>　　　　Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Date:  October 19, 2020<br>Time:  9:00 a.m.<br>Courtroom:   850 |

　　　Plaintiff China Branding Group Limited (In Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson and David Bennett of Grant Thornton Specialist Services (Cayman), Limited, submits the following Statement of Uncontroverted Facts and Conclusions of Law pursuant to Local Rule 56-1 in support of its motion for summary judgment Defendant Tony Bobulinski.

| **Uncontroverted Facts** | **Supporting Evidence** |
|---|---|
| 1.  Plaintiff China Branding Group Limited (In Official Liquidation) is a company in liquidation proceedings in | 1.  Declaration of Peter Kendall, ¶ 1. |

| | | |
|---|---|---|
| 1<br>2<br>3 | the Cayman Islands, which acts by and through its Joint Official Liquidators in the Cayan Islands | |
| 4<br>5<br>6<br>7<br>8 | 2. The Defendant Tony Bobulinski claims to be a creditor of Plaintiff China Branding with respect to business loans he made to it in 2015 and 2016. | 2. Kendall Decl., ¶ 2. |
| 9<br>10<br>11<br>12<br>13<br>14 | 3. In April 2017 Mr. Bobulinski submitted a "Proof of Debt" in the liquidation proceeding, claiming secured claim of US$1,765,000; the JOLs only allowed unsecured claim in the amount US$650,000. | 3. Kendall Decl., ¶ 3. |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | 4. In July 2017, Mr. Bobulinski filed suit with the Grand Court of the Cayman Islands challenging the JOLs' determination in a proceeding entitled *In the Matter of China Group Limited (In Official Liquidation)*, Cause No. FSD 52 of 2016 (RMJ) ("the Cayman Islands Action"). | 4. Kendall Decl., ¶ 4. |
| 23<br>24<br>25<br>26<br>27 | 5. In pretrial proceedings in the Cayman Islands Action, the court issued two cost orders against Mr. Bobulinski, the first dated November 13, 2018 in the amount of | 5. Kendall Decl., ¶ 5. |
| 28 | | |

| | |
|---|---|
| US$56,431.82, and the second on January 8, 2019 in the amount of US$57,208.58. | |
| 6. In December 2018 and December 2019, Mr. Bobulinski made payments totaling $41,417.82 to the JOLs in partial satisfaction of the first cost order. The second cost order remains unpaid in its entirety. | 6. Kendall Decl., ¶ 5. |
| 7. A contested 5-day hearing was conducted in the Caymans Islands Action in October 2018, followed by written submissions by the parties; judgment was issued on January 23, 2019, rejecting Mr. Bobulinski's claims in their entirety. | 7. Kendall Decl., ¶ 6. |
| 8. On February 5, 2019, the Cayman Islands Grand Court issued a third order of costs against Mr. Bobulinski in the amount of US$562,170.94 for the JOLs' costs in contesting the Cayman Islands Action. The third cost order is unpaid in its entirety. | 8. Kendall Decl., ¶ 7. |
| 9. The judgment and costs orders in the Cayman Islands Action are final and enforceable. | 9. Kendall Decl., ¶ 8. |

| | |
|---|---|
| 10. The post-judgment interest rate on Cayman Islands judgments issued in United States dollars is 2.375%. | 10. Kendall Decl., ¶ 9. |

**CONCLUSIONS OF LAW**

1. The Court has jurisdiction of this action pursuant to 28 U.S.C. §1332(a)(2).

2. The Cayman Islands Judgment is entitled to recognition by this Court pursuant to the Uniform Foreign Country Money Judgments Recognition Act, California Code Civ. Proc. § 1713, *et seq.*, and pursuant to principles of international comity.

3. With accrued interest as provided in the Cayman Islands Judgment, the balance now stands at $660,255.37.

4. Plaintiff is accordingly entitled to summary judgment and judgment should be entered in favor of plaintiff China Branding Group Limited (In Official Liquidation) and against Defendant Tony Bobulinski in the amount of $660,255.37.

DATED: September 18, 2020            LAW OFFICES OF ROBERT W. COHEN
                                                          A Professional Corporation

                                                          By   /s/   Robert W. Cohen
                                                              Robert W. Cohen
                                                              Mariko Taenaka
                                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

        /s/ Mariko Taenaka
        Mariko Taenaka