Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Teresa L. Huggins (Bar. No. 263257)
  thuggins@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California, 90017
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7850
*Attorneys for Defendant Tony Bobulinski*

Robert W. Cohen (Bar No. 150310)
  rwc@robertwcohenlaw.com
Mariko Taenaka (Bar. No. 273895)
  mt@robertwcohenlaw.com
LAW OFFICES OF ROBERT W. COHEN
1901 Avenue of the Stars, Suite 1900
Los Angeles, California, 90067
Telephone:  (310) 282-7586
Facsimile:  (310) 282-7589
*Attorneys for Plaintiff China Branding Group*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br>v.<br><br>TONY BOBULINSKI<br><br>　　　　Defendant. | Case No.2: 20-CV-06759 RGK (JC)<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR PREJUDGMENT RIGHT TO ATTACH ORDER**<br><br>Judge:  Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>Complaint Filed: July 28, 2020<br><br>Current Hearing Date: September 29, 2020<br><br>Stipulated Hearing Date: October 6, 2020 |

Case No. 2:20-CV-06759 RGK (JC)
STIPULATION TO CONTINUE HEARING DATE FOR PREJUDGMENT RIGHT TO ATTACH ORDER

Pursuant to Civil Local Rule 7-1, Plaintiff China Branding Group Limited (in official liquidation) ("Plaintiff") and Defendant Tony Bobulinski ("Defendant"), by and through their respective counsel of record, stipulate as follows:

1. On August 24, 2020, Plaintiff filed an Application for Prejudgment Right to Attach Order ("Attachment"), which is currently scheduled to be heard on September 29, 2020, at 9:30 a.m., before Magistrate Judge Jacqueline Chooljian.

2. Based on that hearing date, Defendant's opposition to the Attachment is due September 22, 2020.

2. Defense counsel has an arbitration merits hearing in another matter scheduled for the same date and time as the current Attachment hearing.

3. The parties have therefore agreed to continue the hearing date for the Attachment from September 29, 2020, until October 6, 2020, at 9:30 a.m., or to another date and time convenient for the Court. Defendant's Opposition will be due on September 29, 2020, based on the October 6, 2020 hearing date.

Pursuant to Civil Local Rule 7-1, the parties, through their counsel, HEREBY STIPULATE THAT the hearing on Plaintiff's Attachment is continued from September 29, 2020, until October 6, 2020, and Defendant's Opposition to the Attachment is due on September 29, 2020.

IT IS SO STIPULATED.

DATED: September 18, 2020        BAKER MARQUART LLP

                                 By: *[signature: Teresa Huggins]*
                                 Teresa L. Huggins
                                 *Attorneys for Defendant Tony Bobulinski*

DATED: September 18, 2020  LAW OFFICE OF ROBERT COHEN APC

By: /s/ Robert W. Cohen
Robert W. Cohen

*Attorneys for Plaintiff China Branding Group*

### FILER'S ATTESTATION

I, Teresa L. Huggins, am the ECF user whose identification and password are being used to file this Stipulation to Extend Time to Respond to Initial Complaint. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing.

DATED: September 18, 2020  BAKER MARQUART LLP

By: /s/ Teresa L. Huggins
TERESA L. HUGGINS