UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>           Plaintiff,<br><br>   v.<br><br>TONY BOBULINSKI,<br><br>           Defendant. | Case No.2: 20-CV-06759 RGK (JC)<br><br>**ORDER TO CONTINUE THE HEARING FOR PREJUDGMENT RIGHT TO ATTACH ORDER** |

Upon consideration of the Stipulation to Continue the Hearing Date for the Application for Prejudgment Right to Attach Order, filed by Plaintiff China Branding Group ("Plaintiff") and Defendant Tony Bobulinski ("Defendant"), and good cause appearing therefor,

//

//

IT IS HEREBY ORDERED THAT:

The hearing on Plaintiff's Application for Prejudgment Right to Attach Order is continued from September 29, 2020, until October 13, 2020 at 9:30 a.m. Defendant's opposition to the Prejudgment Right to Attach Order is due October 6, 2020.

**IT IS SO ORDERED.**

Dated:    September 23, 2020                           /s/
                                          Honorable Jacqueline Chooljian
                                          United States Magistrate Judge