| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Ryan G. Baker (Bar No. 214036) <br> rbaker@bakermarquart.com <br> Teresa L. Huggins (Bar. No. 263257) <br> thuggins@bakermarquart.com <br> BAKER MARQUART LLP <br> 777 S. Figueroa St., Suite 2850 <br> Los Angeles, California, 90017 <br> Telephone: (424) 652-7800 | |
| ATTORNEY(S) FOR: Tony Bobulinski | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| China Branding Group Ltd. (in Liquidation), by and through its Joint Official Liquidators <br><br> Plaintiff(s), <br><br> v. <br><br> Tony Bobulinski <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:20-CV-06759 RGK (JC) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Tony Bobulinski_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| China Branding Group Ltd. (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thorton Specialist Services (Cayman), Limited and David Bennet of Grant Thorton Recovery & Reorganisation Limited, | Plaintiffs |
| Tony Bobulinski | Defendant |

| September 30, 2020 | /s/ Ryan G. Baker |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant, Tony Bobulinski