# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| China Branding Group Limited | CASE NUMBER |
|---|---|
| v.   PLAINTIFF(S) | 2:20-cv-06759 RGK(JCx) |
| Tony Bobulinski | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

**TRANSFER ORDER DECLINED**

_____        _____
Date                            United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The parties are the same, but the cases do not involve the same transactions or related questions of fact/law.

September 30, 2020              Michael W. Fitzgerald
Date                            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:19-cv-02963 MWF(JPRx)  and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk