# EXHIBIT B

Should we move to lunch on Wednesday?  Thank you!

<Adam E-signature[2][29].png>

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Monday, March 23, 2015 9:04 AM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Adam - morning, need to reschedule this to later this week. Let me know times that might work on wed.
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 20 Mar 2015 16:00:15 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

You too, thanks.

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Friday, March 20, 2015 8:53 AM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Ok grt, have nce wknd
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 20 Mar 2015 15:37:16 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Cool, it is 8928 Ellis Avenue, 90034, and we will leave a parking space for you in the driveway upfront.  See you Monday!

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Friday, March 20, 2015 6:17 AM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

we can do that, send me address, let's shoot for 12:30?
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 20 Mar 2015 06:39:52 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Monday is good for me.  Do you want to come see the Culver studio and I take you to lunch or I can come to you in CC?

10