UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06759-RGK-JC | Date | October 22, 2020 |
|---|---|---|---|
| Title | *China Branding Group Limited v. Tony Bobulinski* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Re: Plaintiff's Motion for Summary Judgment [DE 23]

On July 28, 2020, Plaintiff China Branding Group Limited ("Plaintiff") filed a Complaint against Tony Bobulinski ("Defendant") seeking to enforce a foreign money judgment under the Uniform Foreign Country Money Judgments Recognition Act ("UFCMJRA"), California Code of Civil Procedure § 171, *et seq*. Before Defendant had filed his answer, Plaintiff filed this Motion for Summary Judgment on September 18, 2020.

The Local Rules require attorneys to meet and confer at least seven days prior to the filing of a motion. L.R. 7-3. The rule helps "conserve the resources of the parties and the Court." *Bui v. Nationstar Mortgage LLC*, No. CV-16-9354 PSG (MRWx), 2017 WL 8185852, at *1 (C.D. Cal. Mar. 22, 2017). The requirement also "allow[s] for a possible informal resolution of an issue without court intervention, [and] also enable[s] the parties to brief the remaining disputes in a thoughtful, concise and useful manner." *Id.* (quoting *Caldera v. J.M. Smucker Co.*, CV-12-4936 GHK (VBKx), 2013 WL 6987805, at *1 (C.D. Cal. June 3, 2013)). It is within the Court's discretion to refuse to consider a motion that fails to comply with this rule. *See CarMax Auto Superstores LLC v. Hernandez*, 94 F. Supp. 3d 1078, 1087 (C.D. Cal. 2015).

Here, Plaintiff has failed to follow the requirements set out in Local Rule 7-3. (Reply at 2, ECF No. 34) ("The defendant's opposition is right in objecting to plaintiff's failure to comply with the requirements of Local Civil Rule 7-[]3 before filing this motion."). Plaintiffs have also not demonstrated good cause for failing to meet and confer with Defendant. Accordingly, the Court **DENIES without prejudice** Plaintiff's Motion for Summary Judgment for failure to comply with the Local Rules.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | jre |