Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California  90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>  v.<br><br>TONY BOBULINSKI,<br><br>    Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**NOTICE OF UNDERTAKING** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that pursuant to the Court's October 13, 2020

Right to Attach Order and Order for Issuance of Writ of Attachment, plaintiff

submits the attached undertaking in the amount of $10,000 attached hereto as Exhibit

A.

//

//

//

1    DATED: October 27, 2020          LAW OFFICES OF ROBERT W. COHEN
2                                      A Professional Corporation

3                                      By   /s/   Robert W. Cohen
4                                         Robert W. Cohen
                                          Mariko Taenaka
5                                         Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# SureTec Insurance Company

THE UNITED STATE DISTRICT COURT, **CENTRAL**_____ DISTRICT OF **CALIFORNIA**_____

CHINA BRANDING GROUP LIMITED,

Plaintiff,

TONY BOBULINSKI,

Defendant

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:20-cv-06759 RGK(JCx)_____

UNDERTAKING FOR _____

**WRIT OF ATTACHMENT**

WHEREAS, the above named **CHINA BRANDING GROUP LIMITED**_____ desire(s)
to give undertaking for **WRIT OF ATTACHMENT**_____
as provided by section **484.090**_____ of **CALIFORNIA**_____ Code of Civil Procedure and as provided by applicable
rules of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to _____
**TONY BOBULINSKI**_____

under said statutory obligations in the sum of _____
------**TEN THOUSAND** - - - - - Dollars ($ **10,000.00**_____ ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon
notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation
and award execution thereon.

Signed, sealed and dated this **23RD**_____ day of **OCTOBER**_____, 2020_____.

BOND NO. **4442521**_____

PREMIUM: **$100.00/ YEAR**_____

BY: _____
WILLIAM FORD PERSONS          Attorney-in-fact

SureTec Insurance Company
5555 Garden Grove Blvd, Suite
275, Westminster, CA 92683

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ LOS ANGELES _____ )

On _____ 10/23/2020 _____ before me, _____ WILLIAM CHRIS BAILEY, NOTARY PUBLIC _____
(insert name and title of the officer)

personally appeared _____ WILLIAM FORD PERSONS _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

WILLIAM CHRIS BAILEY
COMM. 2181847
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 25, 2021

POA #: 510490

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

William Chris Bailey, William Ford Persons

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

One Million and 00/100 Dollars ($1,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 1st day of September A.D. 2020 .

SURETEC INSURANCE COMPANY

By: _Michael C_

**Michael C. Keimig, President**

State of Texas          ss:
County of Harris

On this 1st day of September A.D. 2020 before me personally came Michael C. Keimig, to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.

TANYA SNEED
Notary Public, State of Texas
Comm. Expires 03-30-2023
Notary ID 128571231

**Tanya Sneed, Notary Public**
My commission expires March 30, 2023

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 23rd day of OCTOBER, 2020, A.D.



**M. Brent Beaty, Assistant Secretary**

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.**
**For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Mariko Taenaka
Mariko Taenaka