# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED<br><br>Plaintiff(s),<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–06759–RGK–JC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/27/2020__

Document Number(s):   __43__

Title of Document(s):   __Undertaking Bond__

**ERROR(S) WITH DOCUMENT:**

No Certificate by Attorney Pursuant to Local Rule 65–5

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 28, 2020          By: _/s/ Jenny Lam  Jenny_Lam@cacd.uscourts.gov_
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.