UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TONY BOBULINSKI,<br><br>　　　　Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT<br>[45] |

Upon consideration of the moving papers, the opposition papers, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Plaintiff China Branding Group Limited shall be permitted to file its second motion for summary judgment.

**IT IS SO ORDERED.**

Dated: November 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　　　　　THE HON. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO FILE SECOND MSJ