1  Robert W. Cohen (SBN 150310)
   Mariko Taenaka (SBN 273895)
2  **LAW OFFICES OF ROBERT W. COHEN**
   A Professional Corporation
3  1901 Avenue of the Stars, Suite 1900
   Los Angeles, California   90067
4  Telephone: (310) 282-7586
   Facsimile: (310) 282-7589
5  rwc@robertwcohenlaw.com
   mt@robertwcohenlaw.com
6
   Attorneys for Plaintiff
7  CHINA BRANDING GROUP LIMITED
   (IN OFFICIAL LIQUIDATION)
8

9               UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  CHINA BRANDING GROUP LIMITED          Case No.  2:20-cv-06759 RGK (JCx)
    (IN OFFICIAL LIQUIDATION), by and
13  through its Joint Official Liquidators,   **REQUEST FOR ORDER**
    Hugh Dickson of Grant Thornton        **GRANTING SPECIAL**
14  Specialist Services (Cayman), Limited   **APPOINTMENT OF PROCESS**
    and David Bennett of Grant Thornton   **SERVER**
15  Recovery & Reorganisation Limited,

16          Plaintiff,

17      v.

18  TONY BOBULINSKI,

19          Defendant.

20

21      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22      **PLEASE TAKE NOTICE** that Plaintiff China Branding Group Limited

23  hereby requests that the Court specially appoint All-N-One Legal Support, a

24  registered California process server whose business address is 1545 Wilshire Blvd.,

25  Suite 715, Los Angeles, California 90017, to serve any Writs of Attachment and

26  Writs of Execution in this action, as the U.S. Marshal's office has advised that its

27  civil process department no longer serves Writs of Attachment or Writs of Execution.

28

---

                                      1
            REQUEST FOR ORDER GRANTING APPOINTMENT

1      Respectfully requested.

2 DATED: November 9, 2020         LAW OFFICES OF ROBERT W. COHEN
                                       A Professional Corporation

3

4                                  By \_\_\_/s/\_\_Robert W. Cohen_____
                                     Robert W. Cohen

5                                      Mariko Taenaka
                                     Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ORFER GRANTING APPOINTMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Mariko Taenaka
Mariko Taenaka