UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>    Defendant. | Case No. 2:20-CV-06759 RGK (JC)<br><br>**[PROPOSED] ORDER RE DEFENDANT TONY BOBULINSKI'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. R. Gary Klausner<br>Date: December 7, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Complaint Filed: July 28, 2020 |

On December 7, 2020, Plaintiff China Branding Group Limited's Motion for Summary Judgment came on for hearing. The Court, having considered all papers filed in support thereof and the respective arguments of counsel, and good cause appearing, hereby DENIES Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated: _____

The Honorable R. Gary Klausner