Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California   90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>   Plaintiff,<br><br>   v.<br><br>TONY BOBULINSKI,<br><br>   Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF SECOND MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff China Branding Group Limited hereby withdraws its Motion for Summary Judgment set to be heard on December 7, 2020 before the Honorable R. Gary Klausner because Plaintiff inadvertently failed to file its Separate Statement in support of its motion.  Plaintiff apologizes to the court for the error and will refile the motion for a new hearing date.

//

| | | |
|---|---|---|
| 1 | DATED: November 17, 2020 | LAW OFFICES OF ROBERT W. COHEN<br>A Professional Corporation |
| 2 | | |
| 3 | | By  /s/  Mariko Taenaka |
| 4 | | Robert W. Cohen<br>Mariko Taenaka<br>Attorneys for Plaintiff |

NOTICE TO WITHDRAW SUMMARY JUDGMENT MOTION

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Mariko Taenaka
Mariko Taenaka