UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>  v.<br><br>TONY BOBULINSKI,<br><br>    Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>[~~PROPOSED~~] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS<br>[50] |

Upon Plaintiff's request that the Court specially appoint All-N-One Legal Support, a registered California process server whose business address is 1545 Wilshire Blvd., Suite 715, Los Angeles, California 90017, to serve any Writs of Attachment and Writs of Execution in this action, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Plaintiff China Branding Group Limited's request is GRANTED and All-N-One Legal Support is hereby appointed to serve any Writs of Attachment or Writs of Execution in this action.

**IT IS SO ORDERED.**

Dated: November 13, 2020

*Gary Klausner*
THE HON. GARY KLAUSNER
United States District Court Judg

1
ORDER