# EXHIBIT A

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 52 OF 2016 (RMJ)

IN THE MATTER OF THE COMPANIES LAW (2016 REVISION)

AND IN THE MATTER OF CHINA BRANDING GROUP LIMITED (IN OFFICIAL
LIQUIDATION)

## COSTS CERTIFICATE

HAVING TAXED on the standard basis the Bill of Costs lodged by Hugh Dickson and David
Bennett, the Joint Official Liquidators of China Branding Group (in Official Liquidation) on 5th
July 2018 2018.

IT IS HEREBY CERTIFIED that the net amount payable by Tony Bobulinski pursuant to the
Order for Costs made on 5th April 2018 is US$56,431.82 including the costs of taxation.

Dated the 13th day of November 2018

Robert Jones
Taxing Officer

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 52 OF 2016 (RMJ)

IN THE MATTER OF THE COMPANIES LAW (2016 REVISION)

AND IN THE MATTER OF CHINA BRANDING GROUP LIMITED (IN OFFICIAL
LIQUIDATION)

**COSTS CERTIFICATE**

HAVING TAXED on the indemnity basis the Bill of Costs lodged by Hugh Dickson and David
Bennett, the Joint Official Liquidators of China Branding Group (in Official Liquidation) on 6th
December 2018.

IT IS HEREBY CERTIFIED that the net amount payable by Tony Bobulinski pursuant to the
Order for Costs made on 28th September 2018 is US$57,208.58 including the costs of taxation.

Dated the 8th day of January 2018

Robert Jones
Taxing Officer



