# EXHIBIT A

**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Tony,

Thank you.  Business is rocking, but need the money to support the working capital to grow quickly to maximize sale outcome.  Would be open to ideas.

Best,

Adam

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Thursday, March 5, 2015 7:14 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Gttng rdy to travel but keep me posted on this discussion and how I can help
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Thu, 5 Mar 2015 18:14:42 +0000
**To:** Adam Roseman<adam@chinabrandinggroup.com>
**Subject:** Short-Term Bridge Opportunity Pre-Sale

Dear Friends and Family,

I hope this email finds you well.  I have not raised money for five or so years from friends and family and generally prefer not to do so.  However, given that I am quite confident in this opportunity, I wanted to pass along to a dozen or so of you.

Fortunately my Chinese media business has performing very well.  We have grown in 2 1/2 years to be the largest non-major studio Western content company in China.  **We reached EBITDA profitability in 2 years** and have just broad aboard a premium media M&A investment bank to represent us in a sale process given the number of inquiries we have been receiving.  Our Founding shareholder group includes myself, ARC (the shareholders of my previous advisory firm), Robert Roche (Asian entrepreneur) and certain partners of Ziffren Brittenham (LA's preeminent entertainment law firm).

In addition to our substantial production, we have acquired long-term exclusive China (all forms of media) licenses to many of the world's major events including American Music Awards, Billboards Music Awards, Golden Globes, People's Choice Awards, Coachella, Rock in Rio, Dick Clark's New Year's Rockin' Eve, iHeart Music Festival and the list goes on and on – at all of these we own the event rights and have a substantial exclusive China on the ground media presence (e.g., red carpet platforms, backstage media rooms, etc. as you can see a sample from our backstage at Golden Globes below).  We also work in partnership with many top celebrities such as Taylor Swift, Robert Downey Jr., Dwight Howard, Kevin Durant, etc. exclusively on their digital content for China.  Our clients also include Warner Brothers, Paramount, Fox and others where we are their predominant data analytics business, as our analytics platform drives our content creation and licensing.

We were in the middle of a USD$5mm investment round but have just terminated the round due to our focus on the sale process and not wanting to be blocked in a sale.  As a result, we are going to do a very small USD$1mm friends and family bridge to allow us to acquire some additional top licenses that will help increase our value in a sale.

We are prepared to offer the bridge as a senior secured loan to be paid off in first priority.  This would be a one year loan, to get us through the sale.  The structure would be as follows:

- Senior secured bridge loan, secured by all our assets (content licenses, our production library and our fixed production equipment in our 10k square foot studio in Culver City) and all bridge loan principal and interest secured in first position.
- USD$1mm.
- 25% cash premium paid at repayment.

---
 
- Default after one year that would kick in an additional 2% / month senior senior secured interest and 4%/month additional warrants.
- 50% warrant coverage at a USD$20mm strike price.  Our last round was done at a USD$18mm valuation in February 2013.  This was our only outside money and we took it from SIG China (www.sig-china.com), a USD$3mm investment.

### SAMPLE CURRENT PROGRAMMING

**FANSTANG CORP REEL:**
https://www.dropbox.com/s/hvtd0xjbfptxz8y/Fanstang_Sizzle_20141217.mov?dl=0

**DAILY SHOW:**
https://www.dropbox.com/s/o9366sf8ulwf0bd/2014_06_04_Tencent_Sizzle.mp4?dl=0

**FAN¹S JOURNEY TO THE WEST, BASKETBALL:**
https://www.dropbox.com/s/vvuk785ddxda4d4/2014_10_23_NBA_1_MINUTE_promo.mp4?dl=0

**BACKSTAGE AT THE GOLDEN GLOBES:**
https://www.dropbox.com/s/2xkggvvwdeo2zj2/GG_ReDo_20150115.mp4?dl=0

Please let me know if you are interested in discussing.

Best regards,



<Adam E-signature[2][29].png>

<Adam E-signature[2][22].png>