**AT-135**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Mariko Taenaka, SBN 273895<br>Law Offices of Robert W. Cohen<br>1901 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310-282-7586      FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT OF CALIFORNIA, CENTRAL DISTRICT**<br>STREET ADDRESS: 255 East Temple Street<br>MAILING ADDRESS: 255 East Temple Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Roybal Federal Building | |
| PLAINTIFF: China Branding Group Limited<br>DEFENDANT: Tony Bobulinski | |
| **WRIT OF ATTACHMENT**<br>[x] AFTER HEARING     [ ] EX PARTE | CASE NUMBER:<br>2:20-cv-06759-RGK-JC |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: LOS ANGELES

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address)*: Tony Bobulinski
   204 S. Camden Drive
   Beverly Hills, CA 90212

   and the attachment is to secure: $ 659,429.79

4. Name and address of plaintiff: China Branding Group Limited, c/o Law Offices of Robert W. Cohen
   1901 Avenue of the Stars, Suite 1900, Los Angeles, CA 90067

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   All real property, non-exempt personal property, equipment, motor vehicles, chattel paper, negotiable and other instruments, securities, deposit accounts, accounts receivable, general intangibles, property subject to pending actions, final money judgments, personalty in estates of decedents, and all community property of the type described above.
   [ ] This information is on an attached sheet.

6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

7. [ ] The real property on which the
   [ ] crops described in item 5        are growing
   [ ] timber described in item 5       to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL — United States District Court, Central District of California]

Date: December 2, 2020        Clerk, by _____KD Hays_____ , Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
**(Attachment)**

Code of Civ. Proc., § 488.010

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]  [Save this form]   [Clear this form]