**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| China Branding Group Limited | 2:20-CV-06759-RGK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Tony Bobulinski | Writ of Attachment |

**SERVE** → **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Citibank N.A.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

800 N. Hill Street, Los Angeles CA 90012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mariko Taenaka
Law offices of Robert W. Cohen
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Available for service 10am - 4pm; Phone No. 213-785-6758

Please levy on any and all Bank assests.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 310-461-1492 | 10/23/20 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 7 2020

CENTRAL DISTRICT OF CALIFORNIA
BY TW DEPUTY

| Address *(complete only if different than shown above)* | Date of Service | Time | am pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Served on: 12-7-2020
Mailed on: 12-8-2020

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| | |
|---|---|
| Attorney or Party without Attorney:<br>**Mariko Taenaka, Esq., SBN: Bar No. 273895**<br>**Robert W. Cohen**<br>**1901 Avenue of the Stars  Suite 1900**<br>**Los Angeles, CA 90067**<br>TELEPHONE No.: **(310) 282-7586**      FAX No. (Optional): **(310) 282-7589**<br>Attorney for: **Plaintiff** | FOR COURT USE ONLY<br><br>E-MAIL ADDRESS (Optional):<br><br>Ref No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT - EDWARD R. ROYBAL CENTER**

Plaintiff: **CHINA BRANDING GROUP LIMITED**

Defendant: **TONY BOBULINSKI**

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>**2:20-cv06759-RGK-JC** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I **SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**NOTICE OF ATTACHMENT (Attachment); WRIT OF ATTACHMENT (Attachment); RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment); Memorandum of Garnishee (Attachment-Enforcement of Judgment)**

PARTY SERVED:      **CITIBANK, N.A.**

PERSON SERVED:    **MAYRA GARIBAY - SENIOR  TELLER - PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

DATE & TIME OF DELIVERY:    **12/7/2020**
                                                    **2:26 PM**

ADDRESS, CITY, AND STATE:    **800 N. HILL STREET**
                                                      **LOS ANGELES, CA 90012**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies, pursuant to CCP. 415.10.**

Fee for Service: $ 225.00
   County:  Los Angeles
   Registration No.: 3428
All-N-One Legal Support, Inc.
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on  December 08, 2020.

Signature: _____
                             Victor Mendez

982(a)(23)[New July 1, 1987]

**PROOF OF SERVICE**

Order#: 0168637/General

Attorney or Party without Attorney:
**Mariko Taenaka, Esq., SBN:** Bar No. 273895
**Robert W. Cohen**
**1901 Avenue of the Stars  Suite 1900**
**Los Angeles, CA 90067**
TELEPHONE No.: **(310) 282-7586**       FAX No. (Optional): **(310) 282-7589**

E-MAIL ADDRESS (Optional):

Attorney for: **Plaintiff**

Ref No. or File No.:

FOR COURT USE ONLY

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT - EDWARD R. ROYBAL CENTER**

Plaintiff: **CHINA BRANDING GROUP LIMITED**

Defendant: **TONY BOBULINSKI**

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>**2:20-cv06759-RGK-JC** |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am an Independent Contractor in the county where the mailing occurred.

On  December 08, 2020, after service under  section CCP 415.20 was made, I mailed copies of  the:

2. **NOTICE OF ATTACHMENT (Attachment); WRIT OF ATTACHMENT (Attachment); RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment); Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgments; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment- Enforcement of Judgment)**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as  follows:

    a. Date of Mailing:                     **December 08, 2020**

    b. Place of Mailing:                   **Los Angeles, CA 90017**

    c. Addressed as follows:             **TONY BOBULINSKI**
                                         **204 S. CAMDEN DRIVE**
                                       **BEVERLY HILLS, CA 90212**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of  business, pursuant to CCP. 482.70

Fee for Service: **$ 225.00**
    County:  **LOS ANGELES**
    Registration: # 3428
    **All-N-One Legal Support, Inc.**
    1541 Wilshire Blvd, Suite 405
    Los Angeles, CA 90017
    (213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **December 08, 2020.**

Signature: _____
                         **Victor Mendez**

## PROOF OF SERVICE BY MAIL

Order#: 0168637/mailproof