Ryan G. Baker (Bar No. 214036)
 rbaker@waymakerlaw.com
Teresa L. Huggins (Bar. No. 263257)
 thuggins@waymakerlaw.com
Sam Meehan (Bar No. 307934)
 smeehan@waymakerlaw.com
WAYMAKER LLP
777 S. Figueroa St. Suite 2850
Los Angeles, California, 90017
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant Tony Bobulinski*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>         Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br>         Defendant. | Case No. 2:20-CV-06759 RGK (JC)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number and facsimile number will remain the same. The firm's email addresses have been changed from rbaker@bakermarquart.com to rbaker@waymakerlaw.com, thuggins@bakermarquart.com to thuggins@waymakerlaw.com and smeehan@bakermarquart.com to smeehan@waymakerlaw.com.

Please update your records to reflect this change.

DATED: January 25, 2021                    WAYMAKER LLP


                                           By: */s/ Ryan G. Baker*
                                               Ryan G. Baker
                                               Teresa L. Huggins
                                               *Attorneys for Defendant Tony Bobulinski*