# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

China Branding Group Limited

V.

Tony Bobulinski

Case Number:  2:20-cv-06759-RGK-JC

Judgment was entered in this action on <u>2/19/2021</u> / <u>65</u> against <u>Tony Bobulinski</u>.
                                     Date     Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): | $80.00 |
| United States Marshal's Fees (L.R. 54-3.3): | $65.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $0.00 |
| Depositions (L.R. 54-3.5): | $0.00 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $0.00 |
| Interpreter's Fees (L.R. 54-3.7): | $0.00 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $0.00 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $100.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| **TOTAL** | $645.00 |

<u>NOTE</u>: **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.**

### DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

Signature _____

Mariko Taenaka
Print Name

Attorney for: China Branding Group Limited

Costs are taxed in the amount of _____

Clerk of Court _____

By: _____
Deputy Clerk

Date _____

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)