Clerk's Fees (L.R. 54-3.1):  $400

---

**mt@robertwcohenlaw.com**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, July 28, 2020 4:43 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:20-cv-06759 CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant T v. Bobulinski Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Taenaka, Mariko on 7/28/2020 at 4:43 PM PDT and filed on 7/28/2020

| | |
|---|---|
| **Case Name:** | CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant T v. Bobulinski |
| **Case Number:** | 2:20-cv-06759 |
| **Filer:** | CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant T |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT Receipt No: ACACDC-27395519 - Fee: $400, filed by plaintiff CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant T. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C) (Attorney Mariko Taenaka added to party CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant T(pty:pla))(Taenaka, Mariko)**


**2:20-cv-06759 Notice has been electronically mailed to:**

Mariko Taenaka     mt@robertwcohenlaw.com

**2:20-cv-06759 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Complaint againt Bobulinski (Rev).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/28/2020] [FileNumber=30241301-0
] [30c87ec4240eaa079c1fbb7c52455a59c1f41ea9d1feed6d6dc0c0f9dd297f3c8dc
25e15b6f2fd52ded9f1bebf98ca8232037289cd939deed7a446f84fc44c39]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/28/2020] [FileNumber=30241301-1
] [2750cf972bec3006006d35a389545e638e084360a94f4cfacbb03843a535ad98997
5d56349aef635d764b891d9c9fed827a18c0c733bbeb7afdcb260e1000437]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/28/2020] [FileNumber=30241301-2
] [5dba2aba3252ea144f9c11d3c7cbcee4d5aea95503f99edb38dece38f77c270f1b9
954a1a06f7417f9498529c98e439cd49b46147b7e8b7521045fb66e4a6bc8]]
**Document description:** Exhibit C
**Original filename:** C:\fakepath\Exhibit C.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/28/2020] [FileNumber=30241301-3
] [4919c7939300c511cc791afb07efbfed16bc570dbbe923f3e1e8108ba7ede3ee18c
a2cf6b824109ddbbc8b2d9f8c1a95818582809a7fed62479a763b0c795624]]