

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

# Invoice

| | |
|---|---:|
| **Date** | 8/5/2020 |
| **Customer** | 0076119 |
| **Invoice** | 12478230 |
| **Due Date** | 8/12/2020 |
| **Terms** | Weekly |
| **Amount Due** | $0.00 |

| **Bill To** |
|---|
| Law Offices of Robert W. Cohen |
| 1901 Avenue of the Stars |
| Suite 1900 |
| Los Angeles CA 90067 |

| | |
|---|---|
| Order Number | 14975698 |
| Billing Code | |
| Case Number | 2:20-cv-06759-RGK-JC |
| Court Transaction Number | |
| Contact | Robert Cohen |
| Attorney | Robert Cohen |
| Case Title | China Branding Group Limited, et al |
| Documents | Complaint, Civil Case Cover Sheet, Summons, Notice, Notice of Alternative Dispute Resolution Packet, Notice of Case Assignment |
| Court | United States District Court, Central District of California |
| Assignment Details | Individual Service-Personal |

| ONE LEGAL FEES | AMOUNT |
|---|---:|
| Process Serving - Three Day | $80.00 |
| **SUBTOTAL** | **$80.00** |

| FEES SUMMARY | AMOUNT |
|---|---:|
| One Legal Fees | $80.00 |
| **TOTAL BILLED** | **$80.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).