United States Marshal's Fees (L.R. 54-3.3): $65.00

| | |
|---|---|
| **From:** | mic@robertwcohenlaw.com |
| **To:** | mt@robertwcohenlaw.com |
| **Subject:** | China Branding |
| **Date:** | Tuesday, January 26, 2021 5:05:14 PM |
| **Attachments:** | image001.png |
| | image002.png |

Paid Check

Print

Account:********4206

DATE 12/22/2020
AMOUNT $65.00

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
12/21/2020