Premiums on Undertakings and Bonds (L.R. 54-3.11): $100.00

# Bond Execution Report

# SureTec Insurance Company

**BOND #** 4442521

**PRINCIPAL NAME AND ADDRESS:**
CHINA BRANDING GROUP LIMITED
C/O LAW OFFICES OF ROBERT W. COHEN APC
1901 AVENUE OF THE STARS, SUITE 1900
LOS ANGELES, CA. 90067

| BRANCH | OBLIGEE NUMBER |
|---|---|
|  |  |

**AGENCY NAME AND ADDRESS:**
Persons Surety Insurance
11321 IOWA AVE., SUITE 5
LOS ANGELES, CA. 90025
310-479-1250

| AGENCY NUMBER | APPROVAL CODE |
|---|---|
| 510490 |  |

| COMPANY | CR. CARD APPROVAL # |
|---|---|
| SURETEC |  |

**OBLIGEE NAME AND ADDRESS:**
TONY BUBULINSKI

**CREDIT CARD NUMBER**

| PREMIUM TERM | | PREMIUM |
|---|---|---|
| FROM: 10/23/2020 | TO: 10/23/2021 | $ 100.00 |

*PAID 10/25/20 #3958*

**COMPLETE SECTIONS BELOW ONLY FOR NONCONTRACT BONDS**

| TYPE OF BOND (OTHER THAN CONTRACT) | BOND AMOUNT |
|---|---|
| FEDERAL WRIT OF ATTACHMENT | $ 10,000.00 |

WESTSIDE BONDS / PERSONS SURETY
11321 IOWA AVENUE, SUITE 5
LOS ANGELES, CA 90025
310-479-1250