Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California  90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY BOBULINSKI,<br><br>　　　　Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**DECLARATION OF ROBERT W. COHEN IN SUPPORT OF MOTION ATTORNEY FEE AWARD**<br><br>Date:　　　March 29, 2021<br>Time:　　　9:00 a.m.<br>Courtroom:　850 |

I, Robert W. Cohen, declare:

1.  I and my colleague Mariko Taenaka are the attorneys of record for the plaintiffs in this case.

2.  I have practiced law in California for 30 years since becoming a member of the bar here in 1990.  I am certified as a specialist in appellate law by the State Bar of California, Board of Legal Specialization, which is a distinction attained by only about 300 attorneys in the state.  I am also licensed to practice law in Hawaii (since 2012) and in Nevada (since 2019).  I have been recognized several times over the years as a "Super Lawyer" by the Super Lawyers rating service in California,

including every consecutive year since 2016.

3. After a few years as an associate with a bad faith insurance defense firm in San Francisco, I began my own practice and have operated my present firm in Century City since 1997, concentrating on general civil and business litigation and appeals. A large majority of my legal practice has involved international matters, especially related to Japan and other Asian countries (all of the lawyers and staff in my office speak, read, and write Japanese) and we frequently represent foreign and transnational clients, including many large corporate enterprises, in their legal affairs and litigation.

4. Ms. Taenaka, who worked closely with me throughout the prosecution of this lawsuit, has been a member of the firm since she was admitted to the bar in California in 2010, and she is likewise licensed to practice in Hawaii.

5. Ms. Taenaka and I were the attorneys of record for the plaintiff both at the trial level and in the appeal in *Naoko Ohno v. Yuko Yasuma*, 723 F.3d 984 (9th Cir. 2013), one of the leading cases in the federal courts' application of the Uniform Foreign-Country Money Judgments Recognition Act, cited repeatedly by both sides in this case and in the Court's summary judgment order. Ms. Taenaka and I were also appointed as lead counsel for the plaintiffs in *Takiuchi, et. al. v. MRI International, Inc., et al.*, United States District Court for the District of Nevada, Case No. 13-cv-01183, a United States securities law class action on behalf of about 9,000 Japanese victims of an international investment Ponzi scheme, resulting in a $442 million judgment after six years of litigation. In conjunction with the United States Securities Exchange Commission, we secured asset freeze orders and have thus far recovered over $30 million on behalf of the class.

6. For the work performed in this case, the plaintiffs now seek an attorney award totalling $154,060.50, based upon my hourly rate of $795 and Ms. Taenaka's hourly rate of $595, and as reflected in the attached time records (**Exhibit A**) setting out the tasks we performed in the prosecution of the case. The records are a

chronological compilation of our billing records based upon contemporaneous entries into the firm's time keeping and case management system and they accurately reflect the time spent on each of the described activities.

7. As a result of my years of practice, I am familiar with the rates charged by a large number of other Southern California based business litigation attorneys and I attest that the rates we charge are consistent with the prevailing market rates in the legal community, and that they are well within the normal range charged for similar services by attorneys with comparable experience, skills, and reputations.

8. A copy of the *2018 Real Rate Report: The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices* ("Real Rate Report") is attached hereto as **Exhibit B**. The Real Rate Report records a $955 third quartile rate for litigation partners in the Los Angeles area, with a median rate of $695, and associates' third quartile rate of $721, and a median rate of $550. (*Id.,* p. 21.) The report likewise notes a third quartile rate of $960 for Los Angeles partners with 21 or more years of experience, with a median of $688, and a third quartile rate of $920 for partners with fewer than 21 years, and a median of $665. (*Id.*, at p. 33.)

I declare under penalty of perjury that all of the foregoing is true and correct. Executed February 23, 2021 at Los Angeles, California.

                                                    /s/ Robert W. Cohen
                                                        Robert W. Cohen

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                             /s/ Mariko Taenaka
                                                  Mariko Taenaka