# EXHIBIT A

# LAW OFFICES OF ROBERT W. COHEN

**1901 Avenue of the Stars, Suite 1900**

**Los Angeles, California 90067**

**Tel. (310) 282-7586   Facsimile (310) 282-7589**

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED<br>C/O HUGH DICKSON AND DAVID BENNETT OF GRANT<br>THORTON SPECIALIST SERVICES (CAYMAN) LIMITED | REMIT PAYMENT TO<br>LAW OFFICES OF ROBERT W. COHEN<br>A PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS, #1900<br>LOS ANGELES, CA 90067 |

CLIENT 0424          CHINA BRANDING GROUP LIMITED

| DATE | ATTY | DESCRIPTION | HRS | RATE | TOTAL |
|---|---|---|---|---|---|
| 6/10/2020 | RWC | EMAIL AND CALL FROM CLIENT REPRESENTATIVE; DISCUSSIONS RE FOREIGN JUDGMENT ENFORCEMENT | 0.50 | $ 795.00 | $ 397.50 |
| 6/10/2020 | RWC | RECEIVE AND REVIEW CAYMAN ISLAND COST CERTIFICATES; EMAILS WITH CLIENT'S CAYMAN ATTORNEY | 0.60 | $ 795.00 | $ 477.00 |
| 6/11/2020 | RWC | CALL WITH CLIENT REPRESENTATIVE RE CAYMAN BANKRUPTCY REGULATIONS REGARDING RETENTION OF FOREIGN ATTORNEYS; NEGOTIATIONS RE TERMS OF ENGAGEMENT | 0.75 | $ 795.00 | $ 596.25 |
| 6/12/2020 | MT | CHINA TRADING: REVIEW DOCUMENTS, MEETING WITH ROB | 0.50 | $ 595.00 | $ 297.50 |
| 6/12/2020 | RWC | ZOOM MEETING WITH CLIENT AND PETER KENDAL | 0.75 | $ 795.00 | $ 596.25 |
| 6/12/2020 | RWC | RECEIVE AND REVIEW CAYMAN REGULATIONS AND EXPLANATORY MATERIALS RE RETENTION OF FOREIGN ATTORNEYS; RESEARCH RE POSSIBLE IMPACT ON CALIFORNIA PROFESSIONAL RESPONSIBILITY RULES | 1.50 | $ 795.00 | $ 1,192.50 |
| 6/12/2020 | RWC | MEETING WITH MARI | 0.25 | $ 795.00 | $ 198.75 |
| 6/12/2020 | RWC | RECEIVE AND REVIEW CAYMAN GRAND COURT JUDGMENT AGAINST BOBULINSKI | 1.25 | $ 795.00 | $ 993.75 |
| 6/13/2020 | RWC | DRAFT ENGAGEMENT LETTER TO COMPLY WITH CAYMAN REGULATIONS | 0.60 | $ 795.00 | $ 477.00 |
| 6/15/2020 | MT | CHINA BRANDING -- MEETING WITH ROB | 0.40 | $ 595.00 | $ 238.00 |
| 6/15/2020 | RWC | LEGAL RESEARCH RE ENFORCEMENT JUDGMENT LAW | 2.00 | $ 795.00 | $ 1,590.00 |
| 6/15/2020 | RWC | REVISIONS TO DRAFT RETENTION AGREEMENT INCORPORATING CAYMAN LAW REQUIREMENTS | 0.40 | $ 795.00 | $ 318.00 |
| 6/15/2020 | RWC | MEETING WITH MARI RE ENFORCEMENT STRATEGIES AND CAYMAN LAW ISSUES | 0.40 | $ 795.00 | $ 318.00 |
| 6/15/2020 | RWC | REVIEW ADDITIONAL DOCUMENTS | 0.40 | $ 795.00 | $ 318.00 |
| 6/16/2020 | RWC | FURTHER REVISIONS TO RETENTION AGREEMENT; RELATED EMAILS WITH CILENT AND ATTORNEY | 0.50 | $ 795.00 | $ 397.50 |
| 6/23/2020 | RWC | RESEARCH RE DEFENDANT RE COLLECTABILITY | 2.00 | $ 795.00 | $ 1,590.00 |
| 6/26/2020 | RWC | RESERCH RE DEFENDANT'S RELATED FILINGS AND DECLARATIONS IN FEDERAL COURT | 3.00 | $ 795.00 | $ 2,385.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2020 | RWC | RESEARCH AND REVIEW CURRENT LAW RE ENFORCEMENT OF FOREIGN JUDGMENTS | 3.00 | $795.00 | $2,385.00 |
| 7/13/2020 | RWC | REVIEW CAYMAN ISLAND DOCUMENTS; REVIEW FILINGS IN BOBULINSKI'S CALIFORNIA SUIT AGAINST ROSEMAN | 2.00 | $795.00 | $1,590.00 |
| 7/14/2020 | RWC | BEGIN DRAFTING PETITION; RELATED RESEARCH; RESEARCH PROPER FEDERAL JURISDICTION ISSUES | 3.00 | $795.00 | $2,385.00 |
| 7/15/2020 | MT | PERFORM LEXIS SEARCH OF DEFENDANT | 0.75 | $595.00 | $446.25 |
| 7/15/2020 | RWC | LEXIS RESEARCH RE BOBULINSKI ASSETS; PHONE CONFERENCE WITH PRIVATE INVESTIGATOR | 2.00 | $795.00 | $1,590.00 |
| 7/16/2020 | RWC | FURTHER RESEARCH RE CASE BACKGROUND AND JURISDICTIONAL ISSUES; EMAIL TO CLIENT | 3.00 | $795.00 | $2,385.00 |
| 7/17/2020 | MT | MAIL CORRESPONDENCE WITH PRIVATE INVESTIGATOR | 0.10 | $595.00 | $59.50 |
| 7/17/2020 | RWC | RESEARCH RE REMARK LAWSUIT IN NEVADA; RESEARCH RE ENFORCEMENTOF JUDGMENT LAW | 2.00 | $795.00 | $1,590.00 |
| 7/18/2020 | RWC | FURTHER RESEARCH AND PREPARATION OF COMPLAINT | 2.00 | $795.00 | $1,590.00 |
| 7/21/2020 | MT | PREPARE SUMMONS, CIVIL COVER SHEET AND NOTICE OF INTERESTED PARTIES; | 0.80 | $595.00 | $476.00 |
| 7/21/2020 | MT | REVIEW AND REVISE COMPLAINT DRAFT | 0.20 | $595.00 | $119.00 |
| 7/21/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE RESEARCH INTERESTED PARTIES | 0.20 | $595.00 | $119.00 |
| 7/22/2020 | MT | REVIEW BACKGROUND SEARCH OF BOBLINSKI | 0.40 | $595.00 | $238.00 |
| 7/27/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT | 0.10 | $595.00 | $59.50 |
| 7/27/2020 | MT | REVISE AND WORK ON COMPLAINT | 1.00 | $595.00 | $595.00 |
| 7/27/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE COMPLAINT AND UPDATE | 0.20 | $595.00 | $119.00 |
| 7/27/2020 | RWC | DRAFT AND REVISE COMPLAINT FOR FEDERAL COURT | 3.00 | $795.00 | $2,385.00 |
| 7/27/2020 | RWC | LEGEAL RESEARCH ATTACHMENT MOTIONS | 1.00 | $795.00 | $795.00 |
| 7/28/2020 | MT | MAKE FINAL REVISIONS AND FILE COMPLAINT, CIVIL CASE COVER | 1.00 | $595.00 | $595.00 |
| 7/28/2020 | RWC | RESEARCH RE INTEREST RATES AND RELATED ISSUES FOR ATTACHMENT | 4.00 | $795.00 | $3,180.00 |
| 7/29/2020 | MT | PREPARE AND CALCULATE INTEREST FOR ATTACHMENT | 0.50 | $595.00 | $297.50 |
| 7/29/2020 | MT | ARRANGE FOR SERVICE OF PROCESS | 0.20 | $595.00 | $119.00 |
| 7/31/2020 | RWC | FURTHER RESEARCH AND PREPARATION OF PETITION FOR WRIT OF ATTACHMENT | 2.00 | $795.00 | $1,590.00 |
| 8/3/2020 | MT | REVIEW PROOF OF SERVICE | 0.10 | $595.00 | $59.50 |
| 8/5/2020 | MT | EMAIL CASE UPDATE TO CLIENT | 0.10 | $595.00 | $59.50 |
| 8/5/2020 | MT | FILE PROOF OF SERVICE | 0.10 | $595.00 | $59.50 |
| 8/9/2020 | RWC | REVIEW AND ANNOTATE CAYMAN JUDGMENT | 2.00 | $795.00 | $1,590.00 |
| 8/10/2020 | RWC | RESEARCH RE ROSEMAN CASE | 0.40 | $795.00 | $318.00 |
| 8/11/2020 | RWC | EMAIL EXCHANGES WITH CLIENT AND PETER KENDAL RE WRIT OF ATTACHMENT AND BACKGROUND FACTS | 1.00 | $795.00 | $795.00 |
| 8/12/2020 | MT | PREPARE WRIT OF ATTACHMENT FORMS AND DOCUMENTS | 1.00 | $595.00 | $595.00 |
| 8/12/2020 | RWC | EMAILS WITH CAYMAN ISLAND COUNSEL RE CAYMAN LAW ISSUES AND CORRECTION OF FACT BACKGROUND | 0.60 | $795.00 | $477.00 |
| 8/12/2020 | RWC | RESEARCH FOR ATTACHMENT MOTION | 2.00 | $795.00 | $1,590.00 |
| 8/13/2020 | MT | MEETING WITH ROB AND REVISE ATTACHMENT FORMS | 0.40 | $595.00 | $238.00 |
| 8/13/2020 | RWC | CONF. WITH MT | 0.20 | $795.00 | $159.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2020 | MT | REVISE INTEREST CALCULATIONS; REVIEW AND REVISE CORRESPONDING ATTACHMENT DOCUMENTS | 0.40 | $ 595.00 | $ 238.00 |
| 8/14/2020 | MT | REVIEW AND REVISE ATTACHMENT MOTION | 1.00 | $ 595.00 | $ 595.00 |
| 8/14/2020 | RWC | WORK ON ATTACHMENT MOTION AND SUPPORTING DECLARATION | 4.00 | $ 795.00 | $ 3,180.00 |
| 8/15/2020 | RWC | EMAIL EXCHANGES WITH PETER KENDAL RE DECLARATION | 0.40 | $ 795.00 | $ 318.00 |
| 8/18/2020 | MT | LEGAL RESEARCH RE MOTION DATE; REVISE INTEREST CALCULATIONS AND CORRESP. FORMS | 0.80 | $ 595.00 | $ 476.00 |
| 8/20/2020 | MT | PREPARE EXHIBITS FOR ATTACHMENT MOTION | 0.60 | $ 595.00 | $ 357.00 |
| 8/20/2020 | MT | FINALIZE ATTACHMENT MOTION FOR FILING | 0.75 | $ 595.00 | $ 446.25 |
| 8/20/2020 | RWC | REVIEW, REIVSE AND FINALIZE ATTACHMENT MOTION | 2.00 | $ 795.00 | $ 1,590.00 |
| 8/21/2020 | MT | REVIEW CLERK NOTICE RE JUDGE HEARING ATTACHMENT MOTION | 0.20 | $ 595.00 | $ 119.00 |
| 8/21/2020 | MT | PREPARE AND FILE NOTICE OF ERRATA | 0.40 | $ 595.00 | $ 238.00 |
| 8/24/2020 | MT | REVISE ALL ATTACHMENT DOCUMENTS FOR SEPT 29 HEARING AND RECALCULATE INTEREST; REFILE AND RESERE DOCUMENTS; EMAIL UPDATE TO CLIENT | 1.00 | $ 595.00 | $ 595.00 |
| 8/28/2020 | MT | REVIEW STIP RE EXTENSION TO RESPOND; MEETING WITH ROB | 0.10 | $ 595.00 | $ 59.50 |
| 8/28/2020 | MT | UPDATE CLIENT | 0.10 | $ 595.00 | $ 59.50 |
| 8/28/2020 | RWC | CALL WITH OPPOSING COUNSEL | 0.20 | $ 795.00 | $ 159.00 |
| 8/28/2020 | RWC | CORRESPONDENCE EXCHANGES WITH OPPOSING COUNSEL; REVISE STIPULATION FOR EXTENSION OF TIME | 0.30 | $ 795.00 | $ 238.50 |
| 9/10/2020 | RWC | RESEARCH FOR SUMMARY JUDGMENT MOTION | 1.50 | $ 795.00 | $ 1,192.50 |
| 9/15/2020 | RWC | RESEARCH AND PREPARE MOTION FOR SUMMARY JUDGMENT | 6.00 | $ 795.00 | $ 4,770.00 |
| 9/16/2020 | RWC | PREPARE SEPARATE STATEMENT | 1.00 | $ 795.00 | $ 795.00 |
| 9/18/2020 | MT | REVIEW AND REVISE MSJ; CALCULATE INTEREST; PREPARE DOCUMENTS AND EXHIBITS AND FILE WITH COURT | 1.20 | $ 595.00 | $ 714.00 |
| 9/18/2020 | RWC | CORRESPONDENCE WITH DEFENSE COUNSEL RE CONTINUATION OF ATTACHMENT MOTION AND STIPULATION | 0.30 | $ 795.00 | $ 238.50 |
| 9/21/2020 | MT | MEETING WITH ROB RE MSJ ISSUES | 0.50 | $ 595.00 | $ 297.50 |
| 9/21/2020 | RWC | CONFERENCE WITH MARI RE OBJECTIONS AND RESPONSES | 0.25 | $ 795.00 | $ 198.75 |
| 9/21/2020 | RWC | RECEIVE AND REVIEW DEFENSE COUNSEL'S OBJECTIONS TO SUMMARY JUDGMENT MOTION AS PREMATURE; RELATED RESEARCH | 1.50 | $ 795.00 | $ 1,192.50 |
| 9/22/2020 | MT | UPDATE CLIENT AS TO STATUS OF CASE | 0.20 | $ 595.00 | $ 119.00 |
| 9/23/2020 | MT | REVIEW EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL; MEETING WITH ROB | 0.20 | $ 595.00 | $ 119.00 |
| 9/23/2020 | RWC | RECEIVE AND REVIEW DEFENDANT'S NOTICE OF RELATED CASE AND REQUEST TO TRANSFER; RELATED RESEARCH DRAFT REPLY BRIEF | 1.00 | $ 795.00 | $ 795.00 |
| 9/23/2020 | RWC | MEET WITH MT RE RESPONSES | 0.20 | $ 795.00 | $ 159.00 |
| 9/24/2020 | MT | REVIEW AND REVISE OBJECTION TO NOTICE OF RELATED CASE; FILE WITH COURT; EMAIL UPDATE TO CLIENT | 0.50 | $ 595.00 | $ 297.50 |
| 9/24/2020 | RWC | PREPARE OPPOSITION TO MOTION TO TRANSFER CASE | 2.50 | $ 795.00 | $ 1,987.50 |
| 9/29/2020 | MT | REVIEW MSJ OPPOSITION; SEND DOCUMENTS TO CLIENT; MEETING WITH ROB | 0.50 | $ 595.00 | $ 297.50 |
| 9/29/2020 | MT | DRAFT REPLY SEP STMT | 2.50 | $ 595.00 | $ 1,487.50 |
| 9/30/2020 | MT | REVIEW SCHEDULING CONF ORDER AND DENIAL OF TRANSFER | 0.20 | $ 595.00 | $ 119.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2020 | RWC | RECEIVE AND REVIEW BOBULINSKI'S OPPOSITION TO SUMMARY JUDGMENT MOTION; RELATED RESEARCH | 3.00 | $ 795.00 | $ 2,385.00 |
| 9/30/2020 | RWC | CALL FROM ROSEMAND ATTORNEY JOHN LASALLE RE BOBULINSKI MSJ | 0.50 | $ 795.00 | $ 397.50 |
| 10/1/2020 | RWC | WORK ON REPLY TO OPPOSITION TO MSJ | 5.00 | $ 795.00 | $ 3,975.00 |
| 10/2/2020 | RWC | FURTHER RESEARCH AND PREPARATION OF REPLY TO MSJ | 5.00 | $ 795.00 | $ 3,975.00 |
| 10/3/2020 | RWC | FURTHER WORK ON REPLY BRIEF FOR SUMMARY JUDGMENT MOTION | 5.00 | $ 795.00 | $ 3,975.00 |
| 10/5/2020 | MT | REVIEW AND REVISE REPLY FOR MSJ; REVIEW AND REVISE SEP STATEMENT; PREPARE TABLE OF CONTENTS AND AUTHORITIES | 2.00 | $ 595.00 | $ 1,190.00 |
| 10/5/2020 | RWC | REVISIONS TO REPLY BRIEF AND REPLY SEPARATE STATEMENT; FINALIZE AND FILE | 4.00 | $ 795.00 | $ 3,180.00 |
| 10/6/2020 | MT | REVIEW OPP TO RTAO APPLICATION; EMAIL TO CLIENT | 0.30 | $ 595.00 | $ 178.50 |
| 10/6/2020 | RWC | RECEIVE AND REVIEW DEFENDANT'S OPPOSITION TO ATTACHMENT MOTION; RESEARCH DEFENDNAT'S LAW CITATIONS; PREPARE | 6.00 | $ 795.00 | $ 4,770.00 |
| 10/7/2020 | MT | REVIEW, REVISE REPLY BRIEF; FILE WITH COURT | 1.50 | $ 595.00 | $ 892.50 |
| 10/7/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE UPDATE PREJUDGMENT RIGHT TO ATTACH ORDER. | 0.10 | $ 595.00 | $ 59.50 |
| 10/12/2020 | RWC | PREPARATION FOR HEARING ON ATTACHMENT | 0.80 | $ 795.00 | $ 636.00 |
| 10/13/2020 | MT | ATTEND RIGHT TO ATTACH ORDER HEARING | 1.25 | $ 595.00 | $ 743.75 |
| 10/13/2020 | MT | MEETING WITH ROB RE FURTHER REQUIREMENTS AND STRATEGY RE ATTACHMENT | 0.50 | $ 595.00 | $ 297.50 |
| 10/13/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT | 0.20 | $ 595.00 | $ 119.00 |
| 10/13/2020 | RWC | TELEPHONIC HEARING ON ATTACHMENT MOTION | 1.25 | $ 795.00 | $ 993.75 |
| 10/13/2020 | RWC | RECEIVE AND REVIEW ORDER ON ATTACHMENT MOTION; EMAILS WITH CLIENT | 0.30 | $ 795.00 | $ 238.50 |
| 10/13/2020 | RWC | CONF. WITH MARI RE BOND AND ATTACHMENT ORDER | 0.50 | $ 795.00 | $ 397.50 |
| 10/14/2020 | MT | REVIEW DKT; MEETING WITH ROB; EMAIL CLIENT RE UPDATE ON MSJ HEARING OFF CALENDAR | 0.30 | $ 595.00 | $ 178.50 |
| 10/14/2020 | RWC | RESEARCH LAW RE SCOPE OF ATTACHMENT EXTENDING TO ASSETS OUTSIDE OF CALIFORNIA | 0.75 | $ 795.00 | $ 596.25 |
| 10/15/2020 | RWC | EMAIL EXCHANGES WITH CLIENT | 0.25 | $ 795.00 | $ 198.75 |
| 10/15/2020 | RWC | EMAILS WITH CLIENT RE CAYMAN LAW AND ENGLISH RULE; REVIEW RELATED CAYMAN ORDERS AND FILINGS | 1.50 | $ 795.00 | $ 1,192.50 |
| 10/16/2020 | MT | MEETING WITH ROB RE ATTYS FEE MOTION ISSUE | 0.20 | $ 595.00 | $ 119.00 |
| 10/16/2020 | RWC | RESEARCH RE GROUNDS FOR ATTORNEY FEES | 2.00 | $ 795.00 | $ 1,590.00 |
| 10/16/2020 | RWC | LEGAL RESEARCH FOR ATTORNEY FEE MOTION | 1.50 | $ 795.00 | $ 1,192.50 |
| 10/19/2020 | RWC | EMAIL EXCHANGES WITH PETER KENDALL RE CAYMAN ATTORNEY FEE LAW | 0.30 | $ 795.00 | $ 238.50 |
| 10/20/2020 | RWC | RESEARCH RE CCP 685.040 APPLICATION AND ANALOGOUS STATUTES IN OTHER STATES | 1.00 | $ 795.00 | $ 795.00 |
| 10/20/2020 | RWC | PREPARE DECLARATION FOR PETER KENDALL | 0.40 | $ 795.00 | $ 318.00 |
| 10/21/2020 | RWC | CALL TO OPPOSING COUNSEL | 0.10 | $ 795.00 | $ 79.50 |
| 10/22/2020 | RWC | RECEIVE AND REVIEW ORDER ON MSJ | 0.10 | $ 795.00 | $ 79.50 |
| 10/23/2020 | MT | REVIEW ORDER RE MSJ; MEETING WITH ROB | 0.20 | $ 595.00 | $ 119.00 |
| 10/23/2020 | MT | PREPARE WRIT OF ATTACHMENT DOCUMENTS FOR BANK LEVY | 1.00 | $ 595.00 | $ 595.00 |
| 10/23/2020 | MT | PHONE CALL WITH BOND AGENT RE BOND FOR WRIT OF ATTACHMENT. | 0.10 | $ 595.00 | $ 59.50 |
| 10/23/2020 | MT | EMAIL CORRESPONDENCE WITH BOND AGENT RE BOND FOR WRIT OF ATTACHMENT. | 0.10 | $ 595.00 | $ 59.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/2020 | RWC | EMAILS WITH CLIENT RE ATTACHMENT AND BOND PROCEDURES/OPTIONS | 0.30 | $795.00 | $238.50 |
| 10/23/2020 | RWC | CALLS WITH BOND BROKER | 0.20 | $795.00 | $159.00 |
| 10/26/2020 | MT | EMAIL CORRESPONDENCE WITH COURT CLERK RE LEAVE OF COURT | 0.30 | $595.00 | $178.50 |
| 10/26/2020 | MT | REVIEW EMAIL CORRESPONDENCE FROM OPPOSING COUNSEL | 0.10 | $595.00 | $59.50 |
| 10/26/2020 | MT | EMAIL OPPOSING COUNSEL RE MEET AND CONFER AND RULE 26F ISSUES | 0.10 | $595.00 | $59.50 |
| 10/26/2020 | MT | REVIEW JUDGE KLAUSNER STANDING ORDER | 0.30 | $595.00 | $178.50 |
| 10/26/2020 | RWC | CALLS TO OPPOSING COUNSEL RE RENEWED MSJ; RELATED EMAIL EXCHANGES | 0.20 | $795.00 | $159.00 |
| 10/27/2020 | MT | EMAIL CLIENT UPDATE | 0.10 | $595.00 | $59.50 |
| 10/27/2020 | MT | EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE MEET AND CONFER RE REQ TO FILE 2ND MSJ | 0.20 | $595.00 | $119.00 |
| 10/27/2020 | MT | LEGAL RESEARCH RE REQ TO SEEK LEAVE TO FILE SECOND MASJ | 0.50 | $595.00 | $297.50 |
| 10/27/2020 | MT | PREPARE REQ TO SEEK PERMISSION TO FILE SECOND MSJ | 0.50 | $595.00 | $297.50 |
| 10/27/2020 | MT | FILE NOTICE OF UNDERTKAING | 0.10 | $595.00 | $59.50 |
| 10/27/2020 | RWC | CONF. WITH MT RE REQUIREMENTS FOR RENEWED MSJ; RELATED RESEARCH | 0.40 | $795.00 | $318.00 |
| 10/27/2020 | RWC | EMAIL FROM CLIENT | 0.10 | $795.00 | $79.50 |
| 10/28/2020 | MT | EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL | 0.20 | $595.00 | $119.00 |
| 10/28/2020 | MT | EMAIL CORRESPONDENCE WTIH PROCESS SERVER RE WRIT OF ATTACHMENT BANK LEVY | 0.20 | $595.00 | $119.00 |
| 10/28/2020 | MT | PHONE CONF WITH US MARSHAL RE BANK LEVY | 0.20 | $595.00 | $119.00 |
| 10/28/2020 | MT | LEGAL RESEARCH ABILITY TO PERFORM EXIMAINATION OF DEFENDANT IN CONNECTION WITH WRIT OF ATTACHMENT AND OTHER ATTACHMENT REMEDIES | 1.00 | $595.00 | $595.00 |
| 10/28/2020 | RWC | PREPARE NEW SUMMARY JUDGMENT MOTION PAPERS AND REVISED DECLARATION | 1.00 | $795.00 | $795.00 |
| 10/28/2020 | RWC | EMAIL TO CLIENT RE CASE STATUS | 0.20 | $795.00 | $159.00 |
| 10/29/2020 | MT | PREPARE FOR RULE 26F CONF; CONDUCT RULE 26F CALL WITH OPPOSING COUNSEL | 0.70 | $595.00 | $416.50 |
| 10/29/2020 | RWC | RULE 26 CONFERENCE | 0.50 | $795.00 | $397.50 |
| 11/2/2020 | MT | PREPARE AND REVISE INTIAL DISCLOSURES | 1.00 | $595.00 | $595.00 |
| 11/2/2020 | MT | PREPARE JOINT RULE 26 REPORT | 2.00 | $595.00 | $1,190.00 |
| 11/2/2020 | MT | LEGAL RESEARCH RE ORAP FOR WRIT OF ATTACHMENT | 0.80 | $595.00 | $476.00 |
| 11/2/2020 | MT | EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE JOINT RULE 26 REPORT | 0.10 | $595.00 | $59.50 |
| 11/2/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT TO PROVIDE STATUS UPDATE | 0.20 | $595.00 | $119.00 |
| 11/2/2020 | MT | PREPARE DOCUMENTS TO PRODUCE FOR INTIAL DISCLOSURES | 0.50 | $595.00 | $297.50 |
| 11/2/2020 | MT | PREPARE INTERROGATORIES | 0.80 | $595.00 | $476.00 |
| 11/3/2020 | MT | PHONE CONF WITH US MARSHAL RE BANK LEVY; | 0.10 | $595.00 | $59.50 |
| 11/3/2020 | MT | MAKE FURTHER REVISIONS TO THE INTERROGATORIES AND SERVE | 0.30 | $595.00 | $178.50 |
| 11/3/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT | 0.20 | $595.00 | $119.00 |
| 11/3/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE DISCOVERY | 0.10 | $595.00 | $59.50 |
| 11/3/2020 | MT | REVIEW DISCOVERY PROPOUNDED | 0.30 | $595.00 | $178.50 |
| 11/3/2020 | MT | LEGAL RESEARCH RE FRCP OBJECTIONS | 0.30 | $595.00 | $178.50 |
| 11/3/2020 | MT | BEGIN PREPARING RESPOONSES TO SPECIAL INTERROGATORIES | 0.30 | $595.00 | $178.50 |
| 11/3/2020 | RWC | REVIEW AND REVISE INTERROGATORIES TO BOBULINSKI RE ATTACHMENT | 0.40 | $795.00 | $318.00 |
| 11/3/2020 | RWC | MEETING WITH MARI RE INITIAL DISCLOSURES; REVISIONS TO STATEMENT | 0.40 | $795.00 | $318.00 |
| 11/4/2020 | RWC | RECEIVE AND REVIEW DEFENDANT'S DISCOVERY DEMANDS | 0.30 | $795.00 | $238.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/5/2020 | MT | FILE REQ FOR PERMISSION TO FILE MSJ | 0.20 | $595.00 | $119.00 |
| 11/5/2020 | RWC | REVISE REQUEST FOR FILING PERMISSION | 0.10 | $795.00 | $79.50 |
| 11/6/2020 | MT | REVIEW AND REVISE KENDALL DECLARATION ISO OF MSJ | 0.20 | $595.00 | $119.00 |
| 11/6/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE STATUS AND DECL | 0.10 | $595.00 | $59.50 |
| 11/6/2020 | MT | REVIEW ORDER GRANTING PERMISSION TO FILE SECOND MSJ | 0.10 | $595.00 | $59.50 |
| 11/6/2020 | MT | RESEARCH LOCAL RULES RE FILING MOTION | 0.10 | $595.00 | $59.50 |
| 11/6/2020 | MT | RECLACULATE INTEREST ON MSJ; REVIEW AND REVISE MSJ | 0.40 | $595.00 | $238.00 |
| 11/6/2020 | RWC | MEETING WITH MT RE DEFENDANT'S DISCOVERY DEMANDS | 0.30 | $795.00 | $238.50 |
| 11/9/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE DECLARATION | 0.10 | $595.00 | $59.50 |
| 11/9/2020 | MT | EMAL OPPOSING COUNSEL RE RULE 26 REPORT | 0.10 | $595.00 | $59.50 |
| 11/9/2020 | MT | EMAIL CORRESPONDENCE WITH PROCESS SERVER RE BANK LEVY | 0.10 | $595.00 | $59.50 |
| 11/9/2020 | MT | PREPARE DECL FOR DOCUSIGN; EMAIL CORRESPONDENCE WITH CLIENT RE DECL | 0.20 | $595.00 | $119.00 |
| 11/9/2020 | MT | FINAL REVIEW OF MSJ; FILE MSJ, DECL AND EXHIBITS, AND PREPARE PROPOSED JUDGMENT | 0.50 | $595.00 | $297.50 |
| 11/9/2020 | MT | REVISE ATTACHMENT DOCUMENTS FOR BANK LEVY | 0.40 | $595.00 | $238.00 |
| 11/9/2020 | MT | PHONE CONF WITH PROCESS SERVER RE ATTACHMENT | 0.10 | $595.00 | $59.50 |
| 11/9/2020 | MT | PREPARE AND FILE REQUEST FOR ORDER GRANTING APPT OF PROCESS SERVER | 0.50 | $595.00 | $297.50 |
| 11/9/2020 | RWC | REVIEW BOBULINSKI'S DISCOVERY DEMANDS | 0.20 | $795.00 | $159.00 |
| 11/10/2020 | MT | REVIEW OPPOSING COUNSEL'S REVISIONS TO RULE 26 REPORT; PREPARE ADDITIONAL REVISIONS AND SEND TO OPPOSING COUNSEL | 0.50 | $595.00 | $297.50 |
| 11/10/2020 | RWC | CORRESPONDENCE EXCHANGES WITH MARI RE RULE 26 REPORT | 0.20 | $795.00 | $159.00 |
| 11/12/2020 | MT | REVIEW CHANGES TO JOINT RULE 26 REPORT; FILE WITH COURT | 0.30 | $595.00 | $178.50 |
| 11/12/2020 | MT | SERVE INITIAL DISCLOSURES TO OPPOSING COUNSEL | 0.10 | $595.00 | $59.50 |
| 11/12/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE CASE UPDATE | 0.20 | $595.00 | $119.00 |
| 11/12/2020 | MT | REVIEW DEFENDANT'S INITIAL DISCLOSURES | 0.20 | $595.00 | $119.00 |
| 11/12/2020 | MT | WORK ON DISCOVEY RESPONSES FOR SPECIAL INTERROGATORIES | 0.60 | $595.00 | $357.00 |
| 11/12/2020 | RWC | RECEIVE AND REVIEW DEFENDANT'S INITIAL DISCLOSURES | 0.40 | $795.00 | $318.00 |
| 11/16/2020 | MT | REVIEW DEPOSITION NOTICE FOR HICKORY GROVE | 0.20 | $595.00 | $119.00 |
| 11/16/2020 | RWC | RECEIVE AND REVIEW DEFENDANT'S NOTICE OF DEPOSITION OF HICKORY GROVE; RESEARCH FILE AND CAYMAN JUDGMENT'S REFERENCES TO HICKORY GROVE | 0.50 | $795.00 | $397.50 |
| 11/16/2020 | RWC | RECEIVE AND REVIEW NOTICE OF DEPOSITION OF CHINA BRANDING | 0.20 | $795.00 | $159.00 |
| 11/17/2020 | RWC | RESEARCH RE RULES FOR DEPOSING FOREIGN PARTIES | 0.40 | $795.00 | $318.00 |
| 11/18/2020 | MT | DRAFT RESPONSES FOR SPECIAL INTERROGATORIES | 0.40 | $595.00 | $238.00 |
| 11/18/2020 | MT | PREPARE RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS | 0.90 | $595.00 | $535.50 |
| 11/18/2020 | RWC | RESEARCH FOR DISCOVERY RESPONSES | 0.25 | $795.00 | $198.75 |
| 11/18/2020 | RWC | REVISE DISCOVERY RESPONSES | 0.10 | $795.00 | $79.50 |
| 11/20/2020 | MT | FOLLOW UP WITH CLERK RE WRIT | 0.20 | $595.00 | $119.00 |
| 11/24/2020 | MT | CHECK STATUS OF WRIT | 0.20 | $595.00 | $119.00 |
| 12/1/2020 | MT | REVIEW OPPOSITION TO MSJ | 0.30 | $595.00 | $178.50 |
| 12/1/2020 | RWC | RECEIVE AND REVIEW BOBULINSKI'S OPPOSITION TO SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS | 1.50 | $795.00 | $1,192.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/1/2020 | RWC | REVIEW MSJ AND PRIOR OPPOSITION AND REPLY PAPERS; ANNOTATE AREAS FOR REVISION IN LIGHT OF DEFENDANT'S NEW ARGUMENTS | 1.50 | $ 795.00 | $ 1,192.50 |
| 12/2/2020 | MT | WORK ON SUMMARY JUDGMENT SEP STMT REPLY | 2.00 | $ 595.00 | $ 1,190.00 |
| 12/2/2020 | MT | EMAIL CORRESPONDENCE WITH PROCESS SERVER | 0.10 | $ 595.00 | $ 59.50 |
| 12/2/2020 | MT | MAKE FINAL REVISIONS TO REQ FOR PRODUCTION OF DOCUMENT RESPONSES | 0.20 | $ 595.00 | $ 119.00 |
| 12/2/2020 | RWC | RESEARCH LAW RE SET OFF DEFENSES ASSERTED IN BOBULINSKI'S OPPOSITION TO MSJ; COLLECT CASES | 2.00 | $ 795.00 | $ 1,590.00 |
| 12/3/2020 | MT | EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE DEPOSITIONS | 0.10 | $ 595.00 | $ 59.50 |
| 12/3/2020 | MT | MAKE ADDITIONAL REVISIONS TO SPECIAL INTERROGATORY RESPONSES | 0.30 | $ 595.00 | $ 178.50 |
| 12/3/2020 | MT | RESEARCH RE DEPOSITION OBJECTION | 0.20 | $ 595.00 | $ 119.00 |
| 12/3/2020 | RWC | DRAFT REPLY TO OPPOSITION TO MSJ | 3.00 | $ 795.00 | $ 2,385.00 |
| 12/3/2020 | RWC | REVIEW AND REVISE RESPONSES TO DEFENDANT'S INTEROGATORIES AND DOCUMENT DEMANDS | 0.50 | $ 795.00 | $ 397.50 |
| 12/3/2020 | RWC | RECEIVE AND REVIEW BOBULINSKI'S RESPONSES TO PLAINTIFF'S INTERROGATORIES | 0.20 | $ 795.00 | $ 159.00 |
| 12/4/2020 | MT | REVIEW DISCOVERY RESPONSES SERVED BY BOBULINSKI | 0.20 | $ 595.00 | $ 119.00 |
| 12/4/2020 | MT | BEGIN REVIEWING REPLY BRIEF | 0.50 | $ 595.00 | $ 297.50 |
| 12/4/2020 | MT | GO THROUGH SEP STAMT FOR CITATION TO CAYMAN ISLAND JUDGMENT FOR MSJ | 2.50 | $ 595.00 | $ 1,487.50 |
| 12/4/2020 | MT | CHECK CASE CITES, FINAL REVIEW OF REPLY, MAKE REVISIONS TO SEP STATEMENT | 2.00 | $ 595.00 | $ 1,190.00 |
| 12/4/2020 | RWC | FURTHER DRAFTING AND REVISIONS TO REPLY BRIEF | 3.00 | $ 795.00 | $ 2,385.00 |
| 12/4/2020 | RWC | REVISIONS TO REPLY SEPARATE STATEMENT | 0.70 | $ 795.00 | $ 556.50 |
| 12/7/2020 | MT | EMAIL WITH OPPOSING COUNSEL RE DEPOSITIONS | 0.10 | $ 595.00 | $ 59.50 |
| 12/7/2020 | MT | FILE REPLY BRIEF | 0.10 | $ 595.00 | $ 59.50 |
| 12/7/2020 | MT | MULTIPLE EMAIL CORRESPONDENCE WITH CLIENT | 0.40 | $ 595.00 | $ 238.00 |
| 12/7/2020 | MT | FOLLOW UP WITH PROCESS SERVER RE BANK LEVY FOR WRIT OF ATTACHMENT | 0.10 | $ 595.00 | $ 59.50 |
| 12/7/2020 | RWC | FINAL PROOF READING OF REPLY PAPERS AND SEPARATE STATEMENT RESPONSE | 0.50 | $ 795.00 | $ 397.50 |
| 12/14/2020 | MT | MULTIPLE EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE HICKORY GROVE DEPOSITION | 0.20 | $ 595.00 | $ 119.00 |
| 12/14/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE DEPO FOR CBG | 0.10 | $ 595.00 | $ 59.50 |
| 12/15/2020 | MT | REVIEW AMENDED DEPO NOTICE FOR HICKORY GROVE | 0.10 | $ 595.00 | $ 59.50 |
| 12/15/2020 | RWC | RESEARCH AND REVIEW CURRENT LAW RE RECOVERY OF ATTORNEY FEE AWARDS IN UFMJRA CASES | 2.00 | $ 795.00 | $ 1,590.00 |
| 12/15/2020 | RWC | EMAILS WITH CLIENT RE POSSIBLE DEPOSITIONS | 0.30 | $ 795.00 | $ 238.50 |
| 12/16/2020 | MT | REVIEW SECOND AMENDED DEPO NOTICE AND SUBPOENA FOR HICKORY GROVE | 0.10 | $ 595.00 | $ 59.50 |
| 12/16/2020 | MT | EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE MEET AND CONFER | 0.10 | $ 595.00 | $ 59.50 |
| 12/16/2020 | MT | LEGAL RESEARCH RE MOTION TO COMPEL FRCP | 0.50 | $ 595.00 | $ 297.50 |
| 12/16/2020 | MT | REVIEW OPPOSING COUNSEL'S MEET AND CONFER LETTER RE CBG DISCOVERY RESPONSES | 0.20 | $ 595.00 | $ 119.00 |
| 12/16/2020 | RWC | RECEIVE AND REVIEW DEFENDANT'S MEET AND CONFER LETTER RE DISCOVERY RESPONSES; RESEARCH DEFENDANT'S CASE CITATIONS | 0.50 | $ 795.00 | $ 397.50 |
| 12/16/2020 | RWC | FURTHER RESEASRCH RE ENTITLEMENT TO ATTY FEES FOR ENFORCEMENT | 2.00 | $ 795.00 | $ 1,590.00 |
| 12/17/2020 | MT | EMAIL CASE UPDATE TO CLIENT | 0.10 | $ 595.00 | $ 59.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/2020 | RWC | RESEARCH LAW RE STANDARDS AND EVIDENCE EMPLOYED BY FEDERAL COURTS IN ESTABLISHING REASONABLE HOURLY RATES FOR ATTORNEY FEE AWARDS; | 2.00 | $795.00 | $1,590.00 |
| 12/17/2020 | RWC | CALL FROM TERESA HUGGINS RE SETTLEMENT AND LITIGATION STAY PROPOSALS | 0.20 | $795.00 | $159.00 |
| 12/18/2020 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE SETTLEMENT PROPOSALS | 0.10 | $595.00 | $59.50 |
| 12/23/2020 | MT | EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE HICKORY GROVE DEPOSITION | 0.10 | $595.00 | $59.50 |
| 12/23/2020 | MT | CORRESPONDENCE WITH CITIBANK RE WRIT OF ATTACHMENT | 0.60 | $595.00 | $357.00 |
| 12/28/2020 | MT | PREPARE AND SEND LETTER TO CITIBANK RE WRIT OF ATTACHMENT | 0.40 | $595.00 | $238.00 |
| 1/13/2021 | RWC | RECEIVE AND REVIEW DEFENDANT'S NOTICE OF PLAINTIFF'S DEPOSITION | 0.20 | $795.00 | $159.00 |
| 1/13/2021 | RWC | LEGAL RESEARCH FOR BASES FOR OBJECTIONS | 0.30 | $795.00 | $238.50 |
| 1/22/2021 | MT | REVIEW EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL | 0.10 | $595.00 | $59.50 |
| 1/25/2021 | RWC | RECEIVE AND REVIEW SUMMARY JUDGMENT ORDER | 0.40 | $795.00 | $318.00 |
| 1/25/2021 | MT | REVIEW ORDER GRANTING SUMMARY JUDGMENT | 0.40 | $595.00 | $238.00 |
| 1/25/2021 | MT | PREPARE NEW JUDGMENT | 0.20 | $595.00 | $119.00 |
| 1/25/2021 | MT | RESEARCH PREJUDGMENT INTEREST ON FEDERAL CASES | 0.30 | $595.00 | $178.50 |
| 1/26/2021 | RWC | CORRESPONDENCE WITH DEFENSE COUNSEL RE DEPOSITIONS | 0.10 | $795.00 | $79.50 |
| 1/26/2021 | MT | LEGAL RESEARCH RE FILING OF BILL OF COSTS RE FRCP AND LOCAL RULES | 1.00 | $595.00 | $595.00 |
| 1/26/2021 | MT | PREPARE BILL OF COSTS AND PREPARE EXHIBITS FOR RECEIPT | 1.00 | $595.00 | $595.00 |
| 1/26/2021 | MT | CONTACT CLERK RE FILING NEW PROPOSED JUDGMENT | 0.20 | $595.00 | $119.00 |
| 1/26/2021 | MT | LEGAL RESEARCH RE TIMING OF FILING ATTORNEYS' FEE MOTION | 0.30 | $595.00 | $178.50 |
| 1/26/2021 | RWC | CALL TO TERESA HUGGINS TO MEET AND CONFER RE ATTORNEY FEE ENTITLEMENT | 0.20 | $795.00 | $159.00 |
| 1/27/2021 | RWC | EMAILS WITH TERESA RE FEE ENTITLEMENT ISSUE | 0.10 | $795.00 | $79.50 |
| 2/2/2021 | RWC | CORRESPONDENCE WITH TERESA RE REQUESTED TIME RECORDS | 0.10 | $795.00 | $79.50 |
| 2/3/2021 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE CASE STATUS | 0.20 | $595.00 | $119.00 |
| 2/9/2021 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE CASE STATUS | 0.10 | $595.00 | $59.50 |
| 2/10/2021 | MT | MEETING WITH COHEN RE EMAIL FROM OPPOSING COUNSEL RE SETTLEMENT | 0.10 | $595.00 | $59.50 |
| 2/10/2021 | RWC | MEETING WITH TAENAKA RE SETTLEMENT DISCUSSION FROM DEFENSE | 0.10 | $795.00 | $79.50 |
| 2/11/2021 | MT | EMAIL CORRESPONDENCE WITH BOBUSLINSKI COUNSEL RE MEDIATION | 0.10 | $595.00 | $59.50 |
| 2/11/2021 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE MEDIATION | 0.20 | $595.00 | $119.00 |
| 2/11/2021 | RWC | DRAFT ATTORNEY FEE MOTION | 4.60 | $795.00 | $3,657.00 |
| 2/12/2021 | RWC | FURTHER RESEARCH AND PREPARATION OF FOR FEE MOTION AND DECLARATION | 3.00 | $795.00 | $2,385.00 |
| 2/19/2021 | MT | REVIEW JUDGMENT | 0.10 | $595.00 | $59.50 |
| 2/19/2021 | RWC | REVIEW JUDGMENT | 0.10 | $795.00 | $79.50 |
| 2/19/2021 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE JUDGMENT | 0.10 | $595.00 | $59.50 |
| 2/19/2021 | MT | REVIEW COSTS BILL AND FILE WITH COURT | 0.50 | $595.00 | $297.50 |
| 2/19/2021 | RWC | REVIEW EMAIL CORRESPONDENCE WITH CLIENT RE JUDGMENT AND COSTS | 0.10 | $795.00 | $79.50 |
| 2/22/2021 | RWC | REVIEW AND REVISE FEE MOTION AND SUPPORTING EVIDENCE | 1.50 | $795.00 | $1,192.50 |
| 2/22/2021 | MT | EMAIL CORRESPONDENCE WITH CLIENT RE COSTS BILL | 0.10 | $595.00 | $59.50 |
| 2/22/2021 | MT | REVIEW AND REVISE ATTYS FEE MOTION AND DECLARATION | 1.00 | $595.00 | $595.00 |
| 2/22/2021 | MT | PREPARE EXHIBITS FOR ATTYS FEE MOTION AND PROPOSED ORDER | 1.00 | $595.00 | $595.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **TOTAL FEES** | | | | 209.90 | | $ | 154,060.50 |

**SUMMARY OF HOURS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RWC | ROBERT W. COHEN | 145.85 | $ | 795.00 | $ | 115,950.75 |
| MT | MARIKO TAENAKA | 64.05 | $ | 595.00 | $ | 38,109.75 |

**PLEASE PAY THE TOTAL BALANCE DUE:**    $   154,060.50