UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>      Plaintiff,<br><br>    v.<br><br>TONY BOBULINSKI,<br><br>      Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES** |

Having considered Plaintiff China Branding Group Limited (In Official Liquidation)'s Motion for Attorneys' Fees, and all of the papers filed in support and opposition thereof, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff China Branding Group Limited (In Official Liquidation)'s Motion for an Award of Attorneys' Fees is GRANTED.  Plaintiff is awarded and Defendant Tony Bobulinski shall pay Plaintiff attorneys' fees in the amount of $154,060.50.

DATED:                       _____

                                  Hon. R. Gary Klausner