# EXHIBIT B

**From:** Teresa Huggins
**Sent:** Monday, October 26, 2020 3:26 PM
**To:** Robert W Cohen <rwc@robertwcohenlaw.com>
**Cc:** mt@robertwcohenlaw.com; Ryan Baker <rbaker@bakermarquart.com>
**Subject:** RE: Case No. 2: 20-CV-06759 RGK (JC)

Hi Rob,

I received the voicemail you left Saturday.  I've been out of the country the last two weeks.  As you may recall, we discussed this absence in the context of hearing dates.  Today is my first day back at work.  Of course, we will meet and confer with you.  Your voicemail does not indicate the subject of the meet and confer, but I assume you want to meet and confer regarding another possible motion for summary judgment.  Assuming that is the case, and to facilitate a productive process, can you confirm you intend to seek leave to bring the motion.  Judge Klausner's standing rules require a party to seek leave of court before filing more than one motion for summary judgment.  Do you intend to seek leave prior to filing another summary judgment motion?

In addition, as you know from my client's briefing in opposition to summary judgment, my client contends summary judgment is premature prior to some discovery of certain facts related to the process that resulted in the Cayman court ruling.  Federal Rule 26(f)(1) requires that "the parties must confer as soon as practicable" regarding discovery.  Accordingly, my client requests that we confer pursuant to Rule 26(f) as soon as possible and no later than the time at which we discuss your client's anticipated motion.

We are available to meet and confer related to your client's anticipated motion and pursuant to Rule 26(f) Thursday between 9 and 3 or Friday between 8 and 10 am, or after 4 p.m.  Please let us know what works best for you.

Regards,
Teresa Huggins
Baker Marquart LLP
(424) 652-7813