UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>　　　　Defendant. | Case No. 2:20-CV-06759 RGK (JC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF CHINA BRANDING GROUP LIMITED'S MOTION FOR ATTORNEY FEE AWARD**<br><br>Judge:　Hon. R. Gary Klausner<br><br>Date: March 29, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Complaint Filed: July 28, 2020 |

1  The Court, having considered Plaintiff China Branding Group, Limited's
2 Motion for Attorney Fee Award ("Motion"), and after considering the papers filed in
3 support of, and in opposition to the Motion, and oral argument of counsel, IT IS
4 HEREBY ORDERED that Plaintiff's Motion is DENIED.

6 **IT IS SO ORDERED.**

9 DATED: _____    _____
                                  Hon. R. Gary Klausner

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEY FEE AWARD