Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**DECLARATION OF ROBERT W. COHEN IN SUPPORT OF PLAINTIFF'S REPLY TO OPPOSITION TO THE MOTION FOR ATTORNEYS' FEES**<br><br>Date: March 29, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850 |

I, Robert W. Cohen, declare:

1. I and my colleague Mariko Taenaka are the attorneys of record for the plaintiffs in this case.

2. I spent 16.5 hours in researching and preparing the reply brief for this motion for attorneys' fees and Mariko Taenaka spent 1.5 hours. Plaintiff, therefore, incurred an additional $14,010.00 in attorneys' fees in connection with the preparation of this reply brief. Attached as **Exhibit A** is the time records setting forth the time and tasks performed.

1      3. Therefore in total plaintiff seeks an attorneys' fee award in its favor of
2 $168,070.50.
3      I declare under penalty of perjury that all of the foregoing is true and correct.
4 Executed March 15, 2021 at Los Angeles, California.

                                            /s/ Robert W. Cohen
                                              Robert W. Cohen

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                                /s/ Mariko Taenaka
                                                    Mariko Taenaka