# EXHIBIT A

## LAW OFFICES OF ROBERT W. COHEN
### 1901 Avenue of the Stars, Suite 1900
### Los Angeles, California 90067
### Tel. (310) 282-7586   Facsimile (310) 282-7589

CHINA BRANDING GROUP LIMITED
C/O HUGH DICKSON AND DAVID BENNETT OF GRANT
THORTON SPECIALIST SERVICES (CAYMAN) LIMITED

REMIT PAYMENT TO
LAW OFFICES OF ROBERT W. COHEN
A PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, #1900
LOS ANGELES, CA 90067

CLIENT 0424   CHINA BRANDING GROUP LIMITED

| DATE | ATTY | DESCRIPTION | HRS | RATE | TOTAL |
|---|---|---|---|---|---|
| 3/8/2021 | RWC | RECEIVE AND REVIEW BOBULINSKI'S OPPOSITION TO ATTORNEY FEE MOTION; RESEARCH DEFENDANT'S CASE AND STATUTE CITATIONS | 3.00 | $ 795.00 | $ 2,385.00 |
| 3/9/2021 | MT | REVIEW OPP TO ATTYS FEE MOTION | 0.30 | $ 595.00 | $ 178.50 |
| 3/9/2021 | MT | MEETING WITH COHEN RE ATTYS FEE OPPOSITION RE STRATEGY FOR REPLY | 0.20 | $ 595.00 | $ 119.00 |
| 3/9/2021 | RWC | LEGAL RESEARCH AND ANALYSIS OF BOBULINSKI ARFUMENTS AGAINST ATTORNEY FEE ENTITLEMENT | 3.00 | $ 795.00 | $ 2,385.00 |
| 3/10/2021 | RWC | PREPARATION OF REPLY TO OPPOSITION TO ATTORNEY FEE MOTION | 4.00 | $ 795.00 | $ 3,180.00 |
| 3/11/2021 | RWC | FURTHER PREPARATION OF REPLY TO OPPOSITION TO ATTORNEY FEE MOTION | 4.00 | $ 795.00 | $ 3,180.00 |
| 3/15/2021 | RWC | FURTHER LEGAL RESEARCH; REVISE AND FINALIZE ATTORNEY FEE MOTION REPLY BRIEF | 2.50 | $ 795.00 | $ 1,987.50 |
| 3/15/2021 | MT | REVIEW REPLY BRIEF FOR ATTYS' FEE MOTION; PREPARE COHEN DECL | 1.00 | $ 595.00 | $ 595.00 |
| | | **TOTAL FEES** | **18.00** | | **$ 14,010.00** |

**SUMMARY OF HOURS**

| | | | | | |
|---|---|---|---|---|---|
| RWC | ROBERT W. COHEN | | 16.50 | $ 795.00 | $ 13,117.50 |
| MT | MARIKO TAENAKA | | 1.50 | $ 595.00 | $ 892.50 |

**PLEASE PAY THE TOTAL BALANCE DUE:**           **$ 14,010.00**