Name: Ryan Baker (SBN 214036); Teresa Huggins (SBN 263257)
Address: Waymaker LLP - 777 S. Figueroa Street, Ste. 2850
City, State, Zip: Los Angeles, CA 90017
Phone: (424) 652-7800
Fax: (424) 652-7850
E-Mail: rbaker@waymakerlaw.com; thuggins@waymakerlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION)<br><br>PLAINTIFF(S),<br>v.<br>TONY BOBULINSKI<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:20-CV-06759 RGK (JCx)<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _Tony Bobulinski_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Final Judgment in favor of China Branding Group, Ltd. (In Official Liquidation), including cost award

☐ Other (specify):

Imposed or Filed on _February 18, 2021_. Entered on the docket in this action on **February 18, 2021, Dkt. 65**.

A copy of said judgment or order is attached hereto.

March 22, 2021                              /s/ Teresa Huggins
Date                                        Signature
                                            ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                 NOTICE OF APPEAL