# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY BOBULINSKI,<br><br>    Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>[~~PROPOSED~~] **JUDGMENT** |

An order of summary judgment pursuant to Fed. R. Civ. P. 56 having been issued by the Court on December 21, 2020 in favor of Plaintiff China Branding Group Limited (In Official Liquidation) and against Defendant Tony Bobulinski, and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED AND DECREED that Judgment now be entered in favor of Plaintiff China Branding Group Limited (In Official Liquidation) against Defendant Tony Bobulinski in the amount of $662,855.95 plus costs of suit.

DATED: February 18, 2021

                                        Hon. R. Gary Klausner