# EXHIBIT B

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

| Name(s) of party/parties: | Name(s) of counsel (if any): |
| --- | --- |
| Tony Bobulinski | Ryan G. Baker* (SBN 214036)<br>Teresa L. Huggins* (SBN 263257)<br><br>WAYMAKER LLP<br>777 S. Figueroa Street, Suite 2850<br>Los Angeles, CA 90017<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850<br>rbaker@waymakerlaw.com<br>thuggins@waymakerlaw.com<br><br>*Counsel registered for Electronic Filing in the 9th Circuit* |

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

| Name(s) of party/parties: | Name(s) of counsel (if any): |
| --- | --- |
| China Branding Group Limited (In Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery and Reorganisation Limited | Robert W. Cohen (SBN 150310)<br>Mariko Taenaka (SBN 273895)<br><br>LAW OFFICES OF ROBERT W. COHEN, APC<br>1901 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 282-7586<br>Facsimile: (310) 282-7589<br>rwc@robertwcohenlaw.com<br>mt@robertwcohenlaw.com |