Robert W. Cohen, SBN 150310
Mariko Taenaka, SBN 273895
Law Offices of Robert W. Cohen
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION) <br><br> Plaintiff(s) <br><br> v. <br><br> TONY BOBULINSKI <br><br> Defendant(s) | CASE NUMBER: <br> CV- 20-06759 RGK (JCx) <br><br> **WRIT OF EXECUTION** |

**TO:** THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On February 18, 2021 a judgment was entered in the above-entitled action in favor of:

CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,

as Judgment Creditor and against:

TONY BOBULINSKI

as Judgment Debtor, for:

$ 662,855.95 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 645.00 Costs, making a total amount of
$ **663,500.95** **JUDGMENT AS ENTERED**

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

**WRIT OF EXECUTION**

CV-23 (6/01) PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California, to wit:

$ 64.00 accrued interest, and
$ 0.00 accrued costs, making a total of
$ 64.00 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 663,564.95 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 663,500.95 Is due on the judgment as entered and bears interest at 0.11 percent per annum, in the amount of $ 2.00 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

Kiry Gray
CLERK, UNITED STATES DISTRICT COURT

Dated: March 23, 2021

By: /s/ *Jennylam*
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Tony Bobulinski
c/o Waymaker LLP
777 S Figueroa St Suite 2850,
Los Angeles, CA 90017
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.