Name: Mariko Taenaka, Law Offices of Robert W. Cohen
Address: 1901 Avenue of the Stars, Suite 1900
City, State, Zip: Los Angeles, CA 90067
Phone: 310-282-7586
Fax:
E-Mail: mt@robertwcohenlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION) <br><br> PLAINTIFF(S), <br> v. <br> TONY BOBULINSKI <br><br> DEFENDANT(S). | CASE NUMBER: <br> 2:20-CV-06759 RGK (JCx) <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that <u>CHINA BRANDING GROUP LIMITED (IN OFFICIAL</u> hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Order Denying Plaintiff's Motion for Attorney Fee Award (Dkt. 78)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on <u>March 31, 2021</u>. Entered on the docket in this action on <u>March 31, 2021; Dkt. 78</u>.

A copy of said judgment or order is attached hereto.

4/27/2021                             /s/ Mariko Taenaka
Date                                  Signature
                                      ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                           **NOTICE OF APPEAL**