# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

China Branding Group Limited (In Official Liquidation)

Name(s) of counsel (if any):

Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
LAW OFFICES OF ROBERT W. COHEN, APC

Address: 1901 Avenue of the Stars, Suite 1900 Los Angeles, CA 90067

Telephone number(s): (310) 282-7586

Email(s): rwc@robertwcohenlaw.com; mt@robertwcohenlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Tony Bobulinski

Name(s) of counsel (if any):

Ryan G. Baker (SBN 214036)
Teresa L. Huggins (SBN 263257)
WAYMAKER LLP

Address: 777 S. Figueroa Street, Suite 2850 Los Angeles, CA 90017

Telephone number(s): (424) 652-7800

Email(s): rbaker@waymakerlaw.com; thuggins@waymakerlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　*New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*