1   Anthony R. Bisconti (SBN 269230)
    tbisconti@bienertkatzman.com
2   **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
3   601 W. 5th Street, Ste. 720
    Los Angeles, CA 90071
4   Telephone (213) 528-3400
    Facsimile (949) 369-3701
5

6   Attorneys for Defendant Tony Bobulinski

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  CHINA BRANDING GROUP LIMITED          Case No.: 2:20-CV-06759 RGK (JC)
    (IN OFFICIAL LIQUIDATION), by and
11  through its Joint Official Liquidators, Hugh   Hon. R. Gary Klausner
    Dickson of Grant Thornton Specialist         Presiding Judge
12  Services (Cayman), Limited and David
    Bennett of Grant Thornton Recovery &
13  Reorganisation Limited,                       Hon. Jacqueline Chooljian,
                                                   Magistrate Judge
14
                 Plaintiff,                        **DECLARATION OF TONY**
15                                                 **BOBULINSKI IN SUPPORT OF**
    v.                                             **MOTION TO QUASH**
16                                                 **SUBPOENAS SERVED ON (I)**
                                                   **CITIBANK, N.A. AND (II) YDS**
17  TONY BOBULINSKI                               **INVESTMENT COMPANY, LLC**

18               Defendant.
                                                   [Submitted to Hon. Jacqueline
19                                                 Chooljian, United States Magistrate
                                                   Judge, Crtrm 750]
20
21
                                                   Hearing Information:
22                                                 Date:   June 1, 2021
                                                   Time:   9:30 a.m.
23                                                 Crtrm:  750
24
25                                                 Action filed:        July 28, 2020
26
27
28

                                          1

I, Tony Bobulinski, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2. I was not personally served with notice of the subpoenas that Plaintiff China Branding Group Limited (In Official Liquidation) ("CBG") has apparently served on Citibank, N.A. ("Citibank") and YDS Investment Company, LLC ("YDS"). When I learned that CBG had served the Subpoenas on Citibank and YDS in connection with its collection of the judgment entered against me in this case, I promptly retained the law firm of Bienert Katzman Littrell Williams LLP to represent me in that capacity, which retention was finalized on April 28, 2021. I understand that CBG may have mailed notice of the subpoenas to the law firm of Waymaker LLP, which is representing me in separate litigation against Adam Roseman (Case No. 2:19-cv-02963 MWF-JPR), and which represented me in the underlying litigation in this case. However, I did not retain Waymaker to represent me in connection with CBG's judgment collection and discovery, and did not authorize Waymaker to accept service of the subpoenas (or notice of the subpoenas) on my behalf.

3. I previously worked at YDS. However, I have not worked at YDS since 2011. I have not received any payment from YDS from January 1, 2019 through the date of this declaration (the time frame set forth in the subpoena issued to YDS).

I declare under penalty of perjury under the laws of the Untied States of America and the State of California that the foregoing information is true and correct. Executed on May 3, 2021, in Los Angeles, California.

By: _____

Tony Bobulinski