Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>**DECLARATION OF ANTHONY R. BISCONTI IN SUPPORT OF MOTION TO QUASH SUBPOENAS SERVED ON (I) CITIBANK, N.A. AND (II) YDS INVESTMENT COMPANY, LLC**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Hearing Information:<br>Date:    June 1, 2021<br>Time:   9:30 a.m.<br>Crtrm:  750<br><br>Action filed:          July 28, 2020 |

1

I, Anthony R. Bisconti, declare as follows:

1. I am a partner at the law firm Bienert Katzman Littrell Williams LLP and represent Defendant Tony Bobulinski ("Mr. Bobulinski") in connection with the post-judgment efforts of Plaintiff China Branding Group Limited (In Official Liquidation) ("CBG") to seek discovery and collect on the judgment entered by the Court on February 18, 2021, in favor of CBG and against Mr. Bobulinski. I am a member in good standing with the State Bar of California and am admitted to practice in the Courts of California and the Central District of California. I submit this declaration in support of Mr. Bobulinski's *Motion to Quash Subpoenas Served on (i) Citibank, N.A. and (ii) YDS Investment Company, LLC* (the "Motion"). I have personal knowledge of the facts set forth in this declaration unless the facts are stated on information on belief, and for those matters, I am informed and believe them to be true.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of the subpoena that I am informed and believe CBG issued to Citibank, N.A. ("Citibank").

3. Attached to this declaration as Exhibit 2 is a true and correct copy of the subpoena that I am informed and believe CBG issued to YDS Investment Company, LLC ("YDS").

4. I contacted Citibank telephonically concerning the subpoena attached as Exhibit 1 to this declaration. I was advised by the Citibank representative with whom I spoke that Citibank received service of the subpoena on or about April 20, 2021, and that Citibank was given a new response date of May 4, 2021.

5. Shortly after I was retained in this matter, I contacted CBG's counsel to request that CBG voluntarily continue or extend the response deadlines for the subpoenas issued to Citibank and YDS, to allow evaluation of the subpoenas and permit the parties sufficient time to meet and confer pursuant to Local Rule 37. Over the course of April 29-30, 2021, I corresponded with CBG's counsel regarding the subpoenas. CBG initially indicated it would be willing to provide a short extension if Mr. Bobulinski provided preliminary concerns/objections with the Subpoenas to allow further time to meet and confer. My office

thereafter provided the grounds for Mr. Bobulinski's objections, and the parties conferred regarding their respective positions. At that point, CBG indicated its understanding that once Mr. Bobulinski filed a motion to quash, it would automatically stay production pursuant to the subpoenas and, therefore, there was no need for CBG to voluntarily continue or suspend the return dates. CBG also ultimately took the position that Local Rule 37 does not apply to the subpoenas. A true and correct copy of the email exchange between me and CBG's counsel from April 29-30 is attached to this declaration as <u>Exhibit 3</u>.

      6.    On April 29, 2021, I emailed CBG's counsel a proposed form of stipulated protective order. This proposed stipulated protective order is based on the Court's preferred form of order, available on the Court's website. Prior to the filing of this motion, CBG agreed to the form of the stipulated protective order, which I anticipate will be submitted to the Court shortly for approval.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of May, 2021, in Pasadena, California.

                                                              <u>Anthony R. Bisconti</u>
                                                              Anthony R. Biscont