Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>    Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENAS SERVED ON (I) CITIBANK, N.A. AND (II) YDS INVESTMENT COMPANY, LLC**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Hearing Information:<br>Date:   June 1, 2021<br>Time:   9:30 a.m.<br>Crtrm:  750<br><br>Action filed:          July 28, 2020 |

1

1 | The Court has reviewed and considered the *Motion to Quash Subpoenas Served on (i) Citibank, N.A. and (ii) YDS Investment Company, LLC* (the "Motion") filed by Defendant Tony Bobulinski. Upon consideration of the evidence and argument of the parties and record in this case, the Court has determined that good cause exists to grant the Motion. Accordingly,

**IT IS ORDERED THAT:**

1. The Motion is GRANTED.
2. The Subpoenas served by Plaintiff China Branding Group, Limited (In Official Liquidation) on Citibank, N.A. and YDS Investment Company, LLC, are hereby quashed in their entirety.

DATED: _____    By:_____
                                                                        Hon. Jacqueline Chooljian
                                                                        United States Magistrate Judge