Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,

        Plaintiff,

v.

TONY BOBULINSKI

        Defendant.

Case No.: 2:20-CV-06759 RGK (JC)
Hon. R. Gary Klausner
Presiding Judge

Hon. Jacqueline Chooljian,
Magistrate Judge

**EX PARTE APPLICATION FOR ORDER SEALING DOCKET NO. 82 FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 5.2 AND LOCAL RULE 5.2-1; DECLARATION OF ANTHONY R. BISCONTI; [PROPOSED] ORDER**

Action filed:      July 28, 2020

1

Defendant Tony Bobulinski ("Defendant" or "Mr. Bobulinski") hereby applies, *ex parte*, for an order sealing Docket No. 82 (the "Subject Filing") on the publicly available docket for this case and replacing it with a redacted version in the form attached as Exhibit 1 to the contemporaneously filed declaration of Anthony R. Bisconti ("Bisconti Decl."). The Subject Filing discloses Mr. Bobulinski's full Social Security Number and date of birth, in contravention of Rule 5.2 of the Federal Rules of Civil Procedure and the Central District's Local Rule 5.2-1.

Pursuant to L.R. 7-19, the contact information for counsel for CBG is as follows:

Mariko Taenaka (mt@robertwcohenlaw.com)
Robert Cohen (rwc@robertwcohenlaw.com)
Law Offices of Robert W. Cohen
1901 Avenue of the Stars, Ste. 1900
Los Angeles, CA 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589

Pursuant to L.R. 7-19.1, on May 3, 2021, Mr. Bobulinski's counsel contacted counsel for Plaintiff China Branding Group Limited (In Official Liquidation) ("CBG") explaining Mr. Bobulinski's intention to file this application and the grounds for seeking the relief. Bisconti Decl. ¶ 3. CBG's counsel advised Mr. Bobulinski's counsel that CBG does not oppose the requested relief. *Id.*

This application is based upon this notice, the attached Memorandum of Points and Authorities, the attached declaration of Anthony R. Bisconti, all files and pleadings in this matter, and all other matters of which this Court may take judicial notice.

Dated: May 3, 2021

                                        BIENERT KATZMAN LITTRELL
                                        WILLIAMS LLP
                                        By: /s/ *Anthony R. Bisconti*
                                              Anthony R. Bisconti
                                              Attorneys for Defendant
                                              Tony Bobulinski

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 18, 2021, the Court entered judgment against Mr. Bobulinski in the amount of $662,855.95, plus costs of suit (the "Judgment"). Dkt. No. 65. The Judgment, enforcement, and discovery related to the Judgment are the subject of other proceedings before this Court, and Mr. Bobulinski has appealed the Judgment.

Following entry of the Judgment, CBG began to execute. On March 25, 2021, CBG provided instructions to the United States Marshals Service ("USM") to levy on Mr. Bobulinski's financial accounts at Citibank, N.A. On April 21, 2021, a Process Receipt and Return (USM 285) was filed on the publicly available docket for this case (i.e., the Subject Filing). *See* Dkt. No. 82. The Subject Filing contains, as part of the special instructions provided to the USM, Mr. Bobulinski's full Social Security Number and date of birth, without redaction. *See id.*

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, "[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account identification number, a party or nonparty making the filing may include only: (1) the last four digits of the social-security number and taxpayer-identification number; (2) the year of the individual's birth . . . ." Fed. R. Civ. P. 5.2(a). The Central District's Local Rule 5.2-1 reiterates Fed. R. Civ. P. 5.2, and provides additional protections and guidance, including a warning that failure to properly redact personal identifiers "may subject [counsel or parties] to the disciplinary power of the Court." L.R. 5.2-1.

The Subject Filing fails to comply with these redaction requirements and exposes Mr. Bobulinski's private and confidential personal data identifiers. Accordingly, Mr. Bobulinski asks that the Court immediately seal the Subject Filing (Dkt. No. 82) so that it is no longer available on the public docket, and replace it with a redacted version of the Subject Filing, a proposed copy of which is attached as Exhibit 1 to the Bisconti Decl. CBG does not oppose this requested relief. Bisconti Decl. ¶ 3.

1

Dated: May 3, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BIENERT KATZMAN LITTRELL
WILLIAMS LLP**
By: /s/ *Anthony R. Bisconti*
    Anthony R. Bisconti
    Attorneys for Defendant
    Tony Bobulinski

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and  employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **EX PARTE APPLICATION FOR ORDER SEALING DOCKET NO. 82 FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 5.2 AND LOCAL RULE 5.2-1; DECLARATION OF ANTHONY R. BISCONTI; [PROPOSED] ORDER** on all interested parties as follows:

**[X]     BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case, or via E-mail at the addresses below

Mariko Taenaka (mt@robertwcohenlaw.com)
Robert W. Cohen (rwc@robertwcohenlaw.com)

**[ ]     BY MAIL** - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2021 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia