Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>**DECLARATION OF ANTHONY R. BISCONTI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SEALING DOCKET NO. 82 FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 5.2 AND LOCAL RULE 5.2-1**<br><br>Action filed:          July 28, 2020 |

1

I, Anthony R. Bisconti, declare as follows:

1. I am a partner at the law firm Bienert Katzman Littrell Williams LLP and represent Defendant Tony Bobulinski ("Mr. Bobulinski") in connection with the efforts of Plaintiff China Branding Group Limited (In Official Liquidation) ("CBG") to seek discovery and collect on the judgment entered by the Court on February 18, 2021, in favor of CBG and against Mr. Bobulinski. I am a member in good standing with the State Bar of California and am admitted to practice in the Courts of California and the Central District of California. I submit this declaration in support of Mr. Bobulinski's *Ex Parte Application for Order Sealing Docket No. 82 for Failure to Comply with Fed. R. Civ. P. 5.2 and Local Rule 5.2-1* (the "Application"). I have personal knowledge of the facts set forth in this declaration unless the facts are stated on information on belief, and for those matters, I am informed and believe them to be true.

2. On May 3, 2021, I discovered that Docket No. 82 (the "Subject Filing") filed in this case contains, on the public docket for the case, unredacted versions of Mr. Bobulinski's Social Security Number and date of birth in violation of Fed. R. Civ. P. 5.2 and this Court's Local Rule 5.2-1.

3. On the afternoon of May 3, 2021, I contacted counsel for CBG explaining Mr. Bobulinski's intention to file the Application and the grounds for seeking the relief. CBG's counsel advised me that CBG does not oppose the requested relief.

4. Attached to this declaration as <u>Exhibit 1</u> is a proposed redacted version of the Subject Filing, with redactions in accordance with Fed. R. Civ. P. 5.2 and Local Rule 5.2-1, which Mr. Bobulinski proposes be used to replace the Subject Filing.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of May, 2021, in Pasadena, California.

                                                                                                *Anthony R. Bisconti*
                                                                                                 Anthony R. Bisconti

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE