# EXHIBIT 1

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** China Branding Group Limited (In official liquidation)

**COURT CASE NUMBER:** 2:20-cv-06759

**DEFENDANT:** Tony Bobulinski

**TYPE OF PROCESS:** Writ of execution bank levy

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Citibank, N.A.

**ADDRESS:** 800 North Hill Street, Los Angeles, CA 90012

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Mari Taenaka
Law Offices of Robert W. Cohen
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067

**Number of process to be served with this Form - 285:** 1
**Number of parties to be served in this case:** 1
**Check for service on U.S.A.:**

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
Please levy on any and all bank accounts, trust accounts, brokerage accounts, retirement accounts, money market accounts, and all other accounts held in the name of Tony Bobulinski (SSN: [REDACTED]7443, DOB [REDACTED]72).

**TELEPHONE NUMBER:** 310-282-7586
**DATE:** 3/25/21
☒ PLAINTIFF ☐ DEFENDANT

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

**District of Origin No.:** 12
**District to Serve No.:** 12
**Date:** 04/14/21

**FILED CLERK, U.S. DISTRICT COURT APR 21 2021 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY**

**Service Fee:** 65
**Total Charges:** 65

**REMARKS:**
Served on: 4.15.2021
Mailed on: 4.20.2021

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

ORIGINAL

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Mariko Taenaka, Esq., SBN: Bar No. 273895<br>Robert W. Cohen<br>1901 Avenue of the Stars Suite 1900<br>Los Angeles, CA 90067<br>TELEPHONE No.: **(310) 282-7586** FAX No. (Optional): **(310) 282-7589**<br>E-MAIL ADDRESS (Optional):<br>Attorney for: **JUDGMENT CREDITOR** | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **CHINA BRANDING GROUP LIMITED**
Defendant: **TONY BOBULINSKI**

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>**2:20-cv-06759-RGK** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Notice of Levy (Enforcement of Judgment); Writ of Execution; Memorandum of Garnishee (Attachment-Enforcement of Judgment)**

PARTY SERVED: **CITIBANK, N.A.**
PERSON SERVED: **ALVIN YANG - PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS**
DATE & TIME OF DELIVERY: **4/15/2021**
**3:01 PM**
ADDRESS, CITY, AND STATE: **800 N. HILL STREET**
**LOS ANGELES, CA 90012**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies, pursuant to CCP. 415.10.**

Fee for Service: $ 225.00
County: Los Angeles
Registration No.: 3428
All-N-One Legal Support, Inc.
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 20, 2021.

Signature: _____
Victor Mendez

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]  Order#: 0168959/General

| Attorney or Party without Attorney: <br> Mariko Taenaka, Esq., SBN: Bar No. 273895 <br> Robert W. Cohen <br> 1901 Avenue of the Stars Suite 1900 <br> Los Angeles, CA 90067 <br> TELEPHONE No.: **(310) 282-7586**   FAX No. (Optional): **(310) 282-7589** <br> E-MAIL ADDRESS (Optional): <br> Attorney for: **JUDGMENT CREDITOR** | FOR COURT USE ONLY |
|---|---|

Ref No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **CHINA BRANDING GROUP LIMITED**
Defendant: **TONY BOBULINSKI**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: **2:20-cv-06759-RGK** |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am an Independent Contractor in the county where the mailing occurred.

On April 20, 2021, after service under section CCP 415.10 was made, I mailed copies of the:

2. **Notice of Levy (Enforcement of Judgment); Writ of Execution; Notice of Levy (Enforcement of Judgment); Writ of Execution; Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgments; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment- Enforcement of Judgment)**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing: **April 20, 2021**
   b. Place of Mailing: **Los Angeles, CA 90017**
   c. Addressed as follows: **TONY BOBULINSKI**
      **C/O WAYMAKER, LLP**
      **777 S. FIGUEROA STREET**
      **SUITE 2850**
      **LOS ANGELES, CA 90017**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business, pursuant to CCP. 684.120.

Fee for Service: **$ 225.00**
County: **LOS ANGELES**
Registration: # 3428
**All-N-One Legal Support, Inc.**
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 20, 2021**.

Signature: _____
Victor Mendez

**PROOF OF SERVICE BY MAIL**

Order#: 0168959/mailproof