Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SEALING DOCKET NO. 82 FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 5.2 AND LOCAL RULE 5.2-1**<br><br>Action filed:       July 28, 2020 |

The Court has reviewed and considered the *Ex Parte Application for Order Sealing Docket No. 82 for Failure to Comply with Fed. R. Civ. P. 5.2 and Local Rule 5.2-1* (the "Application"), filed Defendant Tony Bobulinski on May 3, 2021. The Court finds good cause exists to grant the Application. Accordingly,

**IT IS ORDERED THAT**:

1. The Application is GRANTED.
2. The Clerk is instructed to immediately seal, and restrict public access to, Docket No. 82 in this case.
3. The Clerk is authorized to file, in place of the sealed Docket No. 82, a redacted version of the document in the form attached as <u>Exhibit 1</u> to the declaration of Anthony R. Bisconti filed in support of the Application.

DATED: _____    BY:_____

United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28