# NOTE: CHANGES MADE BY THE COURT

Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>        Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>        Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>**[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SEALING DOCKET NO. 82 FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 5.2 AND LOCAL RULE 5.2-1**<br><br>Action filed:        July 28, 2020 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court has reviewed and considered the *Ex Parte Application for Order Sealing Docket No. 82 for Failure to Comply with Fed. R. Civ. P. 5.2 and Local Rule 5.2-1* (the "Application"), filed by Defendant Tony Bobulinski ("Bobulinski") on May 3, 2021. The Court finds good cause exists to grant the Application. Accordingly,

**IT IS ORDERED THAT**:

1. The Application is **GRANTED**.

2. The Clerk is instructed to immediately seal, and restrict public access to, Docket No. 82 in this case.

3. Bobulinski shall file, in place of the sealed Docket No. 82, a redacted version of the document in the form attached as <u>Exhibit 1</u> to the declaration of Anthony R. Bisconti filed in support of the Application by no later than **May 7, 2021**.

DATED: May 6, 2021                    BY: _____

                                                      United States District Court Judge