Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
Nancy J. Sandoval (SBN 302531)
nsandoval@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited, <br><br> Plaintiff, <br><br> v. <br><br> TONY BOBULINSKI <br><br> Defendant. | Case No.: 2:20-CV-06759 RGK (JC) <br><br> Hon. R. Gary Klausner <br> Presiding Judge <br><br> Hon. Jacqueline Chooljian, <br> Magistrate Judge <br><br> **STIPULATION FOR ENTRY OF PROTECTIVE ORDER** <br><br> [Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750] <br><br> Action filed:       July 28, 2020 |

1   Plaintiff China Branding Group Limited ("In Official Liquidation") ("CBG"),
2   on the one hand, and defendant Tony Bobulinski ("Mr. Bobulinski" and, together with
3   CBG, the "Parties"), hereby stipulate as follows:

### RECITALS

5   On July 28, 2020, CBG commenced this action by filing its *Complaint for
6   Recognition of Foreign Money Judgment*. Dkt. No. 1.

7   On January 25, 2021, the Court entered its order granting CBG's motion for
8   summary judgment. Dkt. No. 63.

9   On February 18, 2021, the Court entred its judgment in favor of CBG and
10  against Mr. Bobulinski, in the amount of $662,855.95 plus costs of suit (the
11  "Judgment"). Dkt. No. 65.

12  On March 23, 2021, the Court issued a *Writ of Execution* in favor of CBG. *See*
13  Dkt. No. 76.

14  Subsquently, CBG began taking steps to execute on the Judgment, including
15  issuing discovery seeking Mr. Bobulinski's financial information and information
16  related thereto.

17  Mr. Bobulinski has advised CBG of his position that CBG's judgment-related
18  discovery seeks disclosure of his personal, confidential, private, and privileged
19  information, including his private financial information. The Parties have therefore
20  agreed to a Stipulated Protective Order, in the form attached to this stipulation as
21  Exhibit 1 (the "Stipulated Protective Order"), to be entered in this case. The Stipulated
22  Protective Order follows the Court's preferred form of order, available on the Court's
23  website at: http://www.cacd.uscourts.gov/honorable-jacqueline-chooljian.

24  In light of the foregoing, the Parties hereby stipulate as follows:

### STIPULATION

26  1.      The Parties agree to entry of the Stipulated Protective Order, and request
27  that the Court enter an order approving this stipiualtion and enter the Stipulated
28  Protective Order.

2

Dated: May 6, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
By: /s/ Anthony R. Bisconti
    Anthony R. Bisconti
    Attorneys for Defendant
    Tony Bobulinski

*Purusant to Local Rule 5-4.2.4, the filer whose signature appears above hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: May 6, 2021

**LAW OFFICES OF ROBERT W. COHEN**
By: /s/ Mariko Taenaka
    Robert W. Cohen
    Mariko Taenaka
    Attorneys for Plaintiff
    China Branding Group Limited
    (In Official Liquidation)

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **STIPULATION FOR ENTRY OF PROTECTIVE ORDER** on all interested parties as follows:

**[X]** **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case, or via E-mail at the addresses below:

**[ ]** **BY MAIL** - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2021 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia

1
CERTIFICATE OF SERVICE