Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY BOBULINSKI,<br><br>    Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**DECLARATION OF MARIKO TAENAKA**<br><br>Date: June 1, 2021<br>Time: 9:30 a.m.<br>Courtroom: 750 |

I, Mariko Taenaka, declare:

1. I am one of the attorneys of record for Plaintiff China Branding Group Limited. I have personal knowledge of the facts stated herein.

2. On October 13, 2020 pursuant to Plaintiff's application, the Court issued a Writ of Attachment against Defendant Tony Bobulinski.

3. In connection with my efforts to execute the Writ of Attachment, on November 3, 2020 I served Mr. Bobulinski with Special Interrogatories requesting information regarding his assets. Attached as Exhibit A is a true and correct copy of the discovery I served.

1       4.  On December 3, 2020 I received Defendant's responses to the Special
2  Interrogatories.  Defendant, however, asserted blanket objections to the discovery
3  requests and did not answer any of the interrogatories.  Attached as Exhibit B is a
4  true and correct copy of Defendant's responses to the Special Interrogatories.
5       6.  As of the date of this declaration, Plaintiff has not collected any money on
6  the judgment from Defendant nor attached any of Defendant's assets.
7       I declare under penalty of perjury that all of the foregoing is true and correct.
8  Executed May 10, 2021 at Los Angeles, California.

                                                /s/ Mariko Taenaka
                                                 Mariko Taenaka

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                            /s/ Mariko Taenaka
                                              Mariko Taenaka