# EXHIBIT A

Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>          Plaintiff,<br><br>     v.<br><br>TONY BOBULINSKI,<br><br>          Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**PLAINTIFF'S INTERROGATORIES TO DEFENDANT TONY BOBULINSKI** |

**PROPOUNDING PARTY:**    CHINA BRANDING GROUP LIMITED

**RESPONDING PARTY:**    TONY BOBULINSKI

**SET NO.:**    ONE

Pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff China Branding Group Limited ("Plaintiff" or Propounding Party") hereby requests that Defendant Tony Bobulisnki ("Defendant," "YOU," "YOUR" or "Responding Party") respond to the following First Set of Interrogatories, separately and fully, in writing, under oath and deliver such answers within thirty (30) days from service hereof.

# INTERROGATORIES

**Interrogatory No. 1**

Identify all accounts, including but not limited to checking accounts, savings accounts, investment accounts, and brokerage accounts at any financial institution YOU currently maintain in YOUR name by financial institution name, type of account, account number and account balance as of the date of the responses.

**Interrogatory No. 2**

Identify all accounts, including but not limited to checking accounts, savings accounts, investment accounts, and brokerage accounts at any financial institution in which YOU maintain an interest by financial institution name, type of account, account number and account balance as of the date of the responses.

**Interrogatory No. 3**

Identify by address all real property held in YOUR name, including but not limited to those outside of California.

**Interrogatory No. 4**

Identify by address all real property YOU currently maintain a legal, beneficial or equitable interest, including but not limited to those outside of California.

**Interrogatory No. 5**

If any third-party owes YOU money, identify the name, address, telephone number, the nature of the debt, and the amount of money the third-party owes to YOU.

**Interrogatory No. 6**

Identify by name and address of the person responsible for preparing YOUR taxes for the past five years.

**Interrogatory No. 7**

Itemize by date, amount and source, all compensation YOU received from January 1, 2019 through the date of this response.

**Interrogatory No. 8**

If YOU are married, state the name of YOUR spouse.

**Interrogatory No. 9**

State YOUR current occupation.

**Interrogatory No. 10**

If YOU are currently employed, state the name of YOUR employer.

**Interrogatory No. 11**

If YOU maintain any ownership interest in any corporation, partnership, limited liability company, limited liability partnership, non-profit organization or any other entity, state the name of every such entity and YOUR percentage ownership of such entity.

**Interrogatory No. 12**

Identify all vehicles held in YOUR name by year, make and model.

**Interrogatory No. 13**

Identify all boats held in YOUR name by year, make and model.

**Interrogatory No. 14**

Identify all trailers held in YOUR name by year, make and model.

**Interrogatory No. 15**

Identify all cash in YOUR possession by amount and location.

**Interrogatory No. 16**

If YOU are entitled to receive a tax refund for the tax year 2019, state the amount of the refund YOU expect to receive.

**Interrogatory No. 17**

Identify all life insurance policies in which YOU are the owner.

**Interrogatory No. 18**

Identify all life insurance policies in which YOU are named as the beneficiary.

**Interrogatory No. 19**

Identify all retirement accounts held in YOUR name, including but not limited

to IRAs and 401ks.

**Interrogatory No. 20**

Identify all profit-sharing accounts held in YOUR name.

**Interrogatory No. 21**

Identify all accounts receivable for which YOU are owed payment.

**Interrogatory No. 22**

Identify all unsecured notes in which YOU are the lender.

**Interrogatory No. 23**

Identify all secured notes in which YOU are the lender.

**Interrogatory No. 24**

Identify all income YOU received in the past 12 months by source and amount.

**Interrogatory No. 25**

Identify all jewelry YOU own valued at more than $1,000.

**Interrogatory No. 26**

Identify all artwork YOU own valued at more than $1,000.

**Interrogatory No. 27**

If YOU are married, state YOUR spouse's occupation.

**Interrogatory No. 28**

If YOU are married, state the name of YOUR spouse's employer.

DATED: November 2, 2020          LAW OFFICES OF ROBERT W. COHEN
                                 A Professional Corporation

                                 By   /s/   Mariko Taenaka
                                    Robert W. Cohen
                                    Mariko Taenaka
                                    Attorneys for Plaintiff

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1900, Los Angeles, California 90067.

On **November 3, 2020** I served the following document: **PLAINTIFF'S INTERROGATORIES TO DEFENDANT TONY BOBULINSKI**

by electronic transmission to:

Teresa Huggins, Esq.
thuggins@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa St., Suite 2850
Los Angeles, California, 90017

Pursuant to the laws of the State of California I declare under penalty of perjury that the foregoing is true and correct. Executed on **November 3, 2020** at Los Angeles, California.

    /s/ Mariko Taenaka
    Mariko Taenaka