Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY BOBULINSKI,<br><br>    Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**DECLARATION OF BARABRA WOLFORD**<br><br>Date: June 1, 2021<br>Time: 9:30 a.m.<br>Courtroom: 750 |

I, Barbara Wolford, declare:

1. I am a registered process server with the State of California. I have personal knowledge of the facts stated herein and can testify to them.

2. I received a request from Plaintiff on April 19, 2021 to serve Tony Bobulinski at his home at 204 S. Camden Drive, Beverly Hills, California with an Order to Appear for Examination and a Subpoena.

3. I have attempted to serve Mr. Bobulsink on six occasions but have been unsuccessful.

4. On April 20, 2021 at 10:33 a.m. and April 21, 2021 at 8:33 a.m. I knocked on the door but no one answered. There were no vehicles in the driveway and it did not appear that anyone was home.

5. I returned on April 22, 2021 at 11:03 a.m. and a woman answered, confirming that it was Mr. Bobulinksi's home but she stated he was not home. There was a vehicle, an Audi A5, parked in the driveway which I later confirmed is registered to Mr. Bobulinski.

6. On April 24, 2021 at 11:09 a.m. I went to the home again and a different woman answered the door and I asked for Mr. Bobulinski. However he refused to come to the door and accept service. The woman, however, did confirm that he was home. Again the Audi A5 registered to Mr. Bobulnski was parked in the driveway.

7. On April 26, 2021 at 7:15 a.m. I went to the home again but no one answered the door. However Mr. Bobulnski's vehicle was parked in the driveway.

8. On May 1, 2021 at 9:50 a.m. I again went to the home and again no one answered the door. Mr. Bobulinski's vehicle was again parked in the driveway.

9. Given that I have attempted to serve Mr. Bobulinski on six occasions and his car has been in the driveway four times, I believe that Mr. Bobulinski is evading service.

I declare under penalty of perjury that all of the foregoing is true and correct. Executed May 6, 2021 at Los Angeles, California.

*Barbara Wolford*
Barbara Wolford

## CERTIFICATE OF SERVICE

 I hereby certify that on May 11, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

             /s/ Mariko Taenaka
             Mariko Taenaka