Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California  90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**AFFIDAVIT OF MARIKO TAENAKA PURSUANT TO CODE OF CIVIL PROCEDURE §702.120**<br><br>Date:         July 20, 2021<br>Time:        9:30 a.m.<br>Courtroom:  750 |

I, Mariko Taenaka, declare:

1. I am one of the attorneys of record for Plaintiff China Branding Group Limited.  I have personal knowledge of the facts stated herein.

2. I am informed and believe and thereon allege that the third person whom I request to appear for examination, Chanel Osborn, is the spouse of judgment debtor/defendant Tony Bobulinski, and that she has possession or control of property in which the judgment debtor has an interest in an amount exceeding two hundred fifty dollars ($250).

3. I am also informed and believe and thereon allege that Ms. Osborn has

information concerning Mr. Bobulinski that will aid in the enforcement of the money judgment entered against him.

4. I therefore respectfully request that the Court make an order directing the third party, Chanel Osborn, to appear before the Court to answer questions concerning property of Mr. Bobulinski in her possession or control or concerning a debt she owes to Mr. Bobulinski and to furnish information to aid in the enforcement of a money judgment against Mr. Bobulinski.

5. The categories of information and documents sought from Ms. Osborn are as follows:

a. All monthly and periodic statements, cancelled checks, wire instructions and other documents evidencing financial transactions, from January 1, 2018 through the present, related to all bank accounts, savings accounts, checking accounts, savings and loan accounts, credit union accounts, money market accounts, brokerage and investment accounts, and all accounts from any other financial institution held in the name of the TONY BOBULINSKI ("BOBULINSKI") or held in the name of CHANEL OSBORN ("OSBORN") for which BOBULINSKI maintains an interest.

b. All documents identifying, evidencing or relating to BOBULINSKI's current employment.

c. All documents identifying, evidencing or relating to BOBULINSKI's income from January 1, 2019 to the date of the examination.

d. Titles ("pink slips") and all documents evidencing an ownership interest in all motor vehicles, aircraft, boats, and other vehicles held in BOBULSINKI's name.

e. All documents, monthly and periodic statements from and after January 1, 2018 evidencing or relating to credit cards, debit cards, charge cards held in the name of BOBULINSKI or held in the name of OSBORN for which BOBULINSKI maintains an interest.

      f. All documents evidencing or relating to any trust held in BOBSULINSKI'S name or in which BOBSULINSKI is a named beneficiary.

      g. All documents evidencing or relating to BOBULINSKI's ownership interest in any corporation, LLC, LP, partnership or other business entity.

      h. All documents evidencing or relating to real property owned by BOBULINSKI.

      i. The name, address, telephone number and email address of all individuals and entities which have done business with BOBULINSKI since January 1, 2019 through the date of examination.

      j. All documents evidencing or relating to assets, including but not limited to cash, real property, stocks, bonds, artwork, jewelry, owned by any corporation, LLC, LP, partnership or other business entity in which BOBULINSKI maintains an ownership interest.

      k. All documents identifying, evidencing or relating to assets, including but not limited to cash, real property, stocks, bonds, artwork, jewelry, owned by BOBULINSKI or in which BOBULINSKI maintains an ownership interest.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct. Executed May 11, 2021 at Los Angeles, California.

                                            /s/ Mariko Taenaka
                                              Mariko Taenaka

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

          /s/ Mariko Taenaka
          Mariko Taenaka