**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mariko Taenaka, SBN 273895<br>Law Offices of Robert W. Cohen<br>1901 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067<br><br>TELEPHONE NO.: 310-282-7586    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mt@robertwcohenlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff China Branding Group Limited | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Roybal Courthouse

PETITIONER/PLAINTIFF: China Branding Group Limited
RESPONDENT/DEFENDANT: Tony Bobulinski

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER:<br>2:20-cv-06759-RGK-JC |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify)*:
   1. ORDER TO APPEAR FOR EXAMINATION OF JUDGMENT DEBTOR - ENFORCEMENT OF JUDGMENT
   
   2. SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

   [ ] The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Tony Bobulinski
   b. Address: 204 S. Camden Drive, Beverly Hills, CA 90212
   c. Date: May 23, 2021
   d. Time: 11:14 a.m.

   [ ] The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. [ ] not a registered California process server.
   b. [X] a registered California process server.
   c. [ ] an employee or independent contractor of a registered California process server.
   d. [ ] exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:
   Barbara Wolford, Kinsey Investigations
   4712 Admiralty Way, Suite 866
   Marina del Rey, CA 90292
   310.613.3755
   California PI License #28192

6. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. [ ] I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: May 24, 2021

Barbara Wolford                                          ▶ *[signature]*
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)        (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courts.ca.gov