**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Mariko Taenaka, SBN 273895<br>Law Offices of Robert W. Cohen<br>1901 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067<br><br>TELEPHONE NO.: 310-282-7586    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mt@robertwcohenlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff China Branding Group Limited | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 E. Temple Street<br>MAILING ADDRESS: 255 E. Temple Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Roybal Courthouse | |
| PETITIONER/PLAINTIFF: China Branding Group Limited<br>RESPONDENT/DEFENDANT: Tony Bobulinski | |
| **PROOF OF PERSONAL SERVICE—CIVIL** | CASE NUMBER:<br>2:20-cv-06759-RGK-JC |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify)*:
   1. ORDER TO APPEAR FOR EXAMINATION OF THIRD PERSON RE ENFORCEMENT OF JUDGMENT
   2. SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Chanel Osborn
   b. Address: 204 S. Camden Drive, Beverly Hills, CA 90212
   c. Date: May 23, 2021
   d. Time: 11:14 a.m.

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☒ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:
   Barbara Wolford, Kinsey Investigations
   4712 Admiralty Way, Suite 866
   Marina del Rey, CA 90292
   310.613.3755
   California PI License #28192

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: May 24, 2021

Barbara Wolford
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ */s/ Barbara Wolford*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courts.ca.gov