UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06759-RGK-JC | Date | May 27, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** ORDER (1) SUBMITTING AND VACATING HEARING ON MOTION TO QUASH; AND (2) DIRECTING JUDGMENT CREDITOR TO SUBMIT ADDITIONAL ITEMS

Pending before the Court is Defendant/Judgment Debtor Tony Bobulinski's Motion to Quash [Post-Judgment] Subpoenas Served on (I) Citibank, N.A. and (II) YDS Investment Company, LLC which has been noticed for hearing before this Court on June 1, 2021 at 9:30 a.m. (Docket No. 87). Defendant/Judgment Debtor seeks an order prohibiting or otherwise limiting the production or disclosure of the materials or portions thereof sought by two document subpoenas (collectively "Subpoenas") served by Plaintiff/Judgment Creditor China Branding Group Limited on Citibank, N.A. ("Citibank") and YDS Investment Company, LLC ("YDS") (collectively, "Subpoenaed Entities").

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds the Motion to Quash appropriate for decision without oral argument and deems the matter submitted for decision. The hearing calendared for June 1, 2021 is hereby vacated and the matter taken off calendar.

Based on the Court's consideration of the parties' submissions in connection with the Motion to Quash and to facilitate resolution of the same, Plaintiff/Judgment Creditor is ordered to submit the following additional items to the Court within seven (7) days (along with evidentiary support therefor, *i.e.*, a declaration): (1) copies of the subpoenas served on the Defendant/Judgment Debtor and his spouse in conjunction with the orders directing such individuals to appear for judgment debtor/third party examinations (see Docket Nos. 98-99); (2) copies of any objections asserted by the Subpoenaed Entities to the Subpoenas (see Docket No. 87-5 at 4-5; Docket No. 97 at 11-12); (3) copies of any modifications to/narrowing of the description/items sought by the Subpoenas to which Plaintiff/Judgment Creditor has agreed with the Subpoenaed Entities or Defendant/Judgment Debtor; Docket No. 97 at 11-12); and (4) any updates to the information previously supplied to the Court in conjunction with the Motion to Quash (*e.g.*, whether Plaintiff/Judgment Creditor continues to seek to enforce/withdraws the YDS subpoena in light of representations regarding the timing of the Defendant/Judgment Debtor's connection thereto (see Docket No. 98-1 at 2, ¶ 3; Docket No. 97 at 5); whether, since May 10, 2021, Plaintiff/Judgment Creditor has collected any money on the judgment or attached any assets relative thereto).

IT IS SO ORDERED.