Robert W. Cohen (SBN 150310)
Mariko Taenaka (SBN 273895)
**LAW OFFICES OF ROBERT W. COHEN**
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California   90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589
rwc@robertwcohenlaw.com
mt@robertwcohenlaw.com

Attorneys for Plaintiff
CHINA BRANDING GROUP LIMITED
(IN OFFICIAL LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>Defendant. | Case No.  2:20-cv-06759 RGK (JCx)<br><br>**DECLARATION OF MARIKO TAENAKA** |

I, Mariko Taenaka, declare:

1.     I am one of the attorneys of record for Plaintiff/Judgment Creditor China Branding Group Limited.  I have personal knowledge of the facts stated herein.

2.     I am submitting this declaration in response to the Court's May 27, 2021 Order, directing judgment creditor to submit additional items.  (Dkt. 100.)

3.     Attached as **Exhibit A** is a true and correct copy of the subpoena served on Judgment Debtor Tony Bobulinski on May 23, 2021.

4.     Attached as **Exhibit B** is a true and correct copy of the subpoena served

on Judgment Debtor's partner Chanel Osborn on May 23, 2021.

5. Attached as **Exhibit C** is a true and correct copy of the letter I received from Citibank, N.A. on April 22, 2021. Citibank, N.A. never filed these objections with the Court. Moreover, despite its objections, Citibank, N.A. made it clear in its April 22, 2021 letter that it intended to produce responsive documents.

6. Attached as **Exhibit D** is a true and correct copy of the email I received on April 26, 2021 from YDS Investments Company, LLC objecting to the scope of the subpoena. I spoke with YDS's counsel, Randy Winograd, by telephone and I agreed to revise the language of my subpoena in order to address his concerns. Attached as **Exhibit E** is a true and correct copy of the revised description of the documents I requested from YDS.

7. Although Defendant/Judgment Debtor explained in his moving papers that he has not been employed by YDS since 2011, based on my discussions with Mr. Winograd, it appears that there exist recent correspondence exchanged between Mr. Bobulinski and YDS that may fall within the scope of the requested documents.

8. On April 15, 2021 I levied on Mr. Bobulinski's bank account at Citibank, N.A. I recently confirmed with the U.S. Marshal that there was only $97.00 in Mr. Bobulinski's bank account. (As of the date of this declaration, our office has yet to receive payment of the $97.00 from the U.S. Marshal.)

9. No other amounts have been collected on the judgment nor has Plaintiff/Judgment Creditor been able to attach any of Mr. Bobulinski's assets. To the extent possible, I have researched Mr. Bobulinski's assets, but he does not own any real property in his name in California (his current residence in Beverly Hills is a rental) and I have not been able to identify any assets owned or held in his name, other than a vehicle that is over ten years old (a 2010 Audi S5).

//
//
//

1 | I declare under penalty of perjury that all of the foregoing is true and correct.
2 | Executed June 2, 2021 at Los Angeles, California.

                                                     /s/ Mariko Taenaka
                                                     Mariko Taenaka

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Mariko Taenaka
Mariko Taenaka