# EXHIBIT C

**Citibank, N.A.**  **Andrew Moritz**
*14000 Citi Cards Way*  *Associate General Counsel*
*Jacksonville, FL  32258*  *Litigation*
*Cell 904-377-7778*
*Andrew.Moritz@citi.com*

VIA EMAIL mt@robertwcohenlaw.com

April 20, 2021

Mariko Taenaka
Law Offices of Robert W Cohen
1901 Avenue of the Stars, Suite 1900
Los Angeles CA  90067

Re:  *China Branding Group Limited v Tony Bobulinski*
      Civil Action No. 2:20-cv-06759-RGK

Dear Sir/Madam:

This letter is in response to your subpoena issued to Citibank, N.A. (hereinafter "Citi") in connection with the above-referenced action.   In accordance with the Federal Rules of Civil Procedure, and to preserve the rights of Citi, please accept this letter as a formal response and objection to certain aspects of the subpoena.

1. Citi objects to the subpoena to the extent it seeks to impose obligations greater than or different from the obligations imposed by the Federal Rules of Civil Procedure.
2. Citi objects to the subpoena to the extent it seeks confidential, proprietary, or trade secret information.
3. Citi objects to the subpoena to the extent it seeks to impose an obligation to obtain responsive documents or information from third parties over whom Citi has no control.
4. Citi objects to the subpoena to the extent it is overly broad and burdensome in that it does not specify a timeframe for which the information is requested.
5. Citi objects to the subpoena to the extent it is vague, overly broad, and ambiguous, and no arrangement has been made to reimburse Citi for its expenses in complying with the subpoena.
6. Citi objects to the subpoena to the extent it seeks information which is protected from disclosure by any applicable privileges and protections, including but not limited to, the attorney-client privilege and work product doctrine.
7. Citi objects to the subpoena to the extent it purports to require Citi to produce electronic documents or data that are not reasonably accessible.
8. Citi objects to the subpoena to the extent it seeks confidential and private customer information protected by statutory and/or common law rights of privacy.
9. Citi objects to the subpoena to the extent it seeks irrelevant information that will not reasonably lead to the discovery of admissible evidence in this action.
10. Citi objects to the subpoena to the extent it seeks to require Citi to create documents that do not presently exist.
11. Citi reserves the right to assert additional general and specific objections as appropriate and to supplement these objections and responses.

Subject to, and without waiving, the foregoing objections, Citi is in the process of locating reasonably available non-privileged, non-confidential documents concerning Tony Bobulinski's Citibank accounts for production and will produce such documents shortly.  If you wish to discuss Citi's objections, please contact me directly.

Sincerely,

/s/

Andrew Moritz