# EXHIBIT D

| | |
|---|---|
| **From:** | Randy Winograd |
| **To:** | mt@robertwcohenlaw.com |
| **Subject:** | FW: Subpoena to release documents relating to Tony Bobulinski |
| **Date:** | Monday, April 26, 2021 1:39:45 PM |
| **Attachments:** | YDS Investments subpoena to release documents relating to Tony Bobulinski.pdf |

I am the COO and in-house counsel of YDS Investments and received the attached subpoena.  I attempted to call you to discuss at (310) 282-7586 but no one answered and the voicemail was full. Please call me at the number below so we can attempt to narrow the scope of subpoena and, thereby, avoid a fight over my objections to and potential motion to quash the subpoena given its unduly broad scope and the resulting request for potentially confidential information that has no connection whatsoever to your client's dispute with Mr. Bobulinksi.  My hope is that a short conversation can result in a simple modification to the subpoeana that will enable to respond quickly and completely without a protracted dispute over the scope of the information sought. Thank you.


RANDY WINOGRAD
 310.203.3800 ext 30

Note: email may have been electronically transcribed, please excuse any typos/incorrect words