# EXHIBIT E

"Any and all documents discussing, refencing, concerning or relating to payment for services or work rendered or provided by or payments due and owing to (1) Tony or Anthony Bobulinski (SSN: 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, DOB 07/28/1972) ("Bobulinski") or (2) any entity in which Tony or Anthony Bobulinski is a manager, member, officer, director or maintains any ownership interest in ("Bobulinski Related Entities") from January 1, 2019 through the date of production. Documents should include, but are not limited to, email exchanges with Bobulinski regarding payments for services performed or provided to YDS Investments Co., payroll records or checks payable to Bobulinski or Bobulinski Related Entities, commission agreements, employment agreements, commission statements, independent contractor agreements, service agreements entered into or in effect from January 1, 2019 through the date of production in which Bobulinski or Bobulinski Related Entities are a party."