IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER (I) CONTINUING JUDGMENT DEBTOR EXAMINATION AND (II) EXTENDING DEADLINE TO RESPOND TO SUBPOENA**<br><br>Action filed:    July 28, 2020 |

1

The Court has reviewed and considered the *Ex Parte Application for Order (i) Continuing Judgment Debtor Examination and (ii) Extending Deadline to Respond to Subpoena* (the "Application"), filed Defendant Tony Bobulinski on June 4, 2021. The Court finds good cause exists to grant the Application. Accordingly,

**IT IS ORDERED THAT**:

1. The Application is GRANTED.
2. The judgment debtor examination currently scheduled for June 15, 2021, is continued to _____, 2021, at 9:30 a.m.
3. The response deadline for the subpoena served by plaintiff in connection with the judgment debtor examination (*see* Dkt. No. 101-1) is extended to the same date and time as the continued judgment debtor examination.

DATED: _____    BY:_____
                                           Hon. Jacqueline Chooljian
                                           United States Magistrate Judge