# EXHIBIT A

| | |
|---|---|
| **From:** | Tony Bisconti |
| **To:** | mt@robertwcohenlaw.com |
| **Cc:** | "RWC" |
| **Subject:** | Re: Activity in Case 2:20-cv-06759-RGK-JC China Branding Group Limited v. Tony Bobulinski Order on Motion to Continue |
| **Date:** | Friday, June 11, 2021 7:19:07 PM |
| **Attachments:** | Conf.pdf |

Mariko,

We provided Mr. Bobulinski's declaration under penalty of perjury, but attached is also a hotel confirmation.

Also, while I mentioned on our call that Mr. Bobulinski was travelling when we spoke, he was not in Northern California at the time, but travelling elsewhere.

We will need to file the application, but if in light of the attached hotel confirmation CBG is willing to stipulate, we can prepare a stipulation accordingly and withdraw the application. Thanks.


**Tony Bisconti** | Partner

Bienert Katzman Littrell Williams LLP

Website | vCard | Profile


**From:** mt@robertwcohenlaw.com <mt@robertwcohenlaw.com>
**Date:** Friday, June 11, 2021 at 3:59 PM
**To:** Tony Bisconti <tbisconti@bklwlaw.com>
**Cc:** 'RWC' <rwc@robertwcohenlaw.com>
**Subject:** RE: Activity in Case 2:20-cv-06759-RGK-JC China Branding Group Limited v. Tony Bobulinski Order on Motion to Continue

Tony:
When we spoke yesterday, I asked for some proof that he is actually traveling, like a flight confirmation, hotel reservation confirmation, etc.  Are you unable to get me anything at all?  If he's been in Northern California since May 24, I would think he can provide me with a hotel confirmation or flight confirmation?
Please let me know.
Regards,
Mari


Mariko Taenaka, Esq.
Admitted in California and Hawaii
Law Offices of Robert W. Cohen
1901 Avenue of the Stars, Suite 1900

4:14

< Back

## Hyatt Regency Monterey Hotel & Spa

Orbitz itinerary: 72111790778446

| View hotel details |

| Call +1 831-372-1234 |

| Message hotel |

# Reservation details

**Check-in**
Sun, Jun 13
4:00 PM

**Check-out**
Tue, Jun 15
noon

## Check-in and special instructions

Check-in time starts at 4:00 PM

Check-in time ends at anytime

Front desk staff will greet guests on arrival. It is Hyatt's practice to enter any occupied guestroom at a minimum of once within a 24-hour period, even if a guest has requested privacy. Appropriate efforts are made to provide advance notice to the registered guest before entering an occupied guestroom.For more details, please contact the property using the information on the booking confirmation.

 Shop travel    Trips    Notifications    Account

 **< Back**

1 Old Golf Course Rd, Monterey, CA, 93940 United States of America

Get directions

# Room details

### Room, 1 King Bed, Accessible (Shower)

**Reserved for**

anthony r bobulinski

**Requests**

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the hotel, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the hotel before travel.

View rules and restrictions



 Shop travel     **Trips**     Notifications     Account