Robert W. Cohen (Bar No. 150310)
  rwc@robertwcohenlaw.com
Mariko Taenaka (Bar. No. 273895)
  mt@robertwcohenlaw.com
LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California, 90067
Telephone:   (310) 282-7586
Facsimile:   (310) 282-7589

*Attorneys for Plaintiff China Branding Group*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>          Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>          Defendant. | Case No. 2:20-cv-06759 RGK(JCx)<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S JUNE 12, 2021 ORDER** |

Plaintiff/Judgment Creditor China Branding Group Limited submits this response to the Court's June 12, 2021 Order Directing Parties Forthwith to Make Further Submissions.

Plaintiff requests that it be able to conduct the Judgment Debtor's Examination even if it does not yet have the documents requested in the subpoena.

Even without the subpoenaed documents, Plaintiff anticipates that it will be able to gather information from Mr. Bobulinski that will aid it in its enforcement of the judgment. Plaintiff, however, would respectfully request that the Court order Defendant/Judgment Debtor to appear for further examination (without the need for additional personal service) approximately two weeks after the challenged subpoenaed documents are produced. (Plaintiff/Judgment Creditor would be willing to vacate the further examination if, upon inspection of the subpoenaed documents, it appears that no further questioning is necessary.)

Plaintiff proposes the following expedited briefing schedule for the resolution of any challenges to the subpoena:

1. Defendant to send Plaintiff an outline and/or explanation of the documents being challenged and produce all responsive unchallenged documents by June 17, 2021.
2. Plaintiff and Defendant to meet and confer by telephone no later than June 21, 2021 regarding the challenged documents.
3. If the parties are unable to resolve the challenges, Defendant to file his moving papers no later than June 23, 2021.
4. Plaintiff to file its opposition papers no later than June 25, 2021.
5. The Court to hear oral arguments, if necessary, on June 29, 2021.

DATED: June 14, 2021               LAW OFFICES OF ROBERT W. COHEN
                                   A Professional Corporation


                                   By   /s/   Mariko Taenaka
                                       Robert W. Cohen
                                       Mariko Taenaka
                                       Attorneys for Plaintiff

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | |
| 4 | I hereby certify that on June 14, 2021 a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-3.2.1 notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system. |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | /s/ Mariko Taenaka<br>Mariko Taenaka |
| 10 | |