UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06759-RGK-JC | Date | June 12, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff/ Judgment Creditor: | | Attorneys Present for Defendant/ Judgment Debtor: |
| None | | None |

**Proceedings:** (In Chambers)

**ORDER DIRECTING PARTIES FORTHWITH TO MAKE FURTHER SUBMISSIONS**

Pending before the Court is Defendant/Judgment Debtor Tony Bobulinski's Second Ex Parte Application for Order Continuing Judgment Debtor Examination and Extending Deadline to Respond to Subpoena ("Ex Parte Application") (Docket No. 105), which Plaintiff/Judgment Creditor opposes (Docket No. 106).[1]  To facilitate the Court's resolution of the foregoing matter, the parties are directed forthwith to make further submissions as set forth below.

1. Defendant/Judgment Debtor shall submit:

    a) a Declaration of the Defendant/Judgment Debtor attesting to:

        i. The date he actually learned that the Court had issued the JDE Order directing him to appear for a JDE on June 15, 2021;[2]

        ii. The date he actually purchased a travel ticket and the date he actually booked a hotel for the travel which assertedly places him outside the Central District of California on June 15, 2021;

---

[1] Defendant/Judgment Debtor Tony Bobulinski filed the Ex Parte Application on Friday, June 11, 2021 at 8:38 p.m.  (Docket No. 105).  Plaintiff/ Judgment Creditor China Branding Group Limited filed an Opposition to the Ex Parte Application on June 12, 2021 at 8:20 a.m.  (Docket No. 106).

[2] The JDE Order was issued on April 19, 2021 and was concurrently electronically served through the Court's CM/ECF system on Waymaker LLP – Bobulinski's then only counsel of record. (Docket No. 80).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06759-RGK-JC | Date | June 12, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

          iii.    Specific details regarding the dates/locations of his travel itinerary between now and July 27, 2021, whether he has already purchased tickets for the same, the date(s) of the purchase of any such tickets, and whether any such tickets are nonrefundable; and

          iv.    Specific details regarding his efforts to date to compile documents called for by the JDE Subpoena by reference to the categories/category numbers in the JDE Subpoena.

    b)    Counsel's proposed briefing schedule for the resolution of any challenges to the JDE Subpoena.[3]

2.    Plaintiff/Judgment Creditor's counsel shall make a submission regarding the following:

    a)    Whether, in the event, the Court elects to extend the deadline for Defendant/Judgment Creditor to respond to the JDE Subpoena as requested (or for some other period of time), Plaintiff/ Judgment Creditor nonetheless wishes to conduct the JDE on the current date/a date prior to the response deadline.[4]

    b)    Counsel's proposed briefing schedule for the resolution of any challenges to the JDE Subpoena.[5]

IT IS SO ORDERED.[6]

---

[3] Again, ideally counsel would confer and agree on the same.

[4] In short, the Court is interested in whether Plaintiff/Judgment Creditor wishes to conduct the JDE even if it does not yet have the documents called for by the JDE Subpoena or whether Plaintiff/ Judgment Creditor wishes to await its receipt of the documents called for by the JDE Subpoena (or, if challenged, those documents called for by the JDE Subpoena which the Court orders produced) before conducting the JDE.

[5] See supra note 3.

[6] This Order is being emailed to counsel at approximately 2:00 p.m. on June 12, 2021.