1 | Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
2 | **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
3 | 601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
4 | Telephone (213) 528-3400
5 | Facsimile (949) 369-3701

6 | Attorneys for Defendant Tony Bobulinski

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>    Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**RESPONSE OF TONY BOBULINSKI TO COURT'S ORDER DIRECTING PARTIES FORTHWITH TO MAKE FURTHER SUBMISSION DATED JUNE 12, 2021; DECLARATION OF TONY BOBULINSKI**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Action filed:       July 28, 2020 |

1

Defendant Tony Bobulinski ("Defendant" or "Mr. Bobulinski") makes this submission pursuant to the Court's *Order Directing Parties Forthwith to Make Further Submissions* dated June 12, 2021 (the "Order").

Attached to this submission is a declaration of Mr. Bobulinski providing the information directed by the Court in the Order. Mr. Bobulinski proposes the following briefing schedule for the resolution of any challenges to the JDE Subpoena:

- Parties confer during the week of June 14, 2021;
- To the extent the parties are unable to resolve objections to the JDE Subpoena, Mr. Bobulinski shall file his motion by no later than June 21, 2021;
- Plaintiff China Branding Group Limited ("CBG") shall file its opposition by June 28, 2021;
- Any reply by Mr. Bobulinski will be due July 5, 2021.
- To the extent the Court requires oral argument, it be set for July 13, 2021.

Additionally, Mr. Bobulinski advises the Court that he has proposed to CBG that, rather than continue to litigate these discovery issues, the parties stipulate to Mr. Bobulinski posting a bond in the amount of the judgment plus two years' worth of judgment interest, allowing Mr. Bobulinski five (5) weeks to post the bond. CBG has indicated that it is amenable to a bond in the amount of the judgment plus two years' worth of judgment interest and costs but is not agreeable to ceasing collection efforts (presumably including this discovery) until the bond is obtained.

Because the requested continuance is reasonable, will allow Mr. Bobulinski to post the bond as set forth above (and obtain the Court's approval of the same), and will result in a more efficient resolution of these matters, Mr. Bobulinski requests the Court continue the pending matters accordingly.

Dated: June 14, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
By: /s/ Anthony R. Bisconti
    Anthony R. Bisconti
    Attorneys for Defendant
    Tony Bobulinski

## DECLARATION OF TONY BOBULINSKI

I, Tony Bobulinski, declare as follows:

1. I have personal knowledge of the facts set forth herein. I submit this declaration as directed by the Court in its *Order Directing Parties Forthwith to Make Further Submissions* dated June 12, 2021 (the "Order"). If called to testify as a witness, I could and would testify competently thereto.

2. I do not recall specifically the first date that I learned that the Court issued the JDE Order. However, I believe that I generally became aware that a JDE had been scheduled some time in late April or early May.

3. While as noted in my June 11, 2021 declaration, the plans for my current travel were made prior to May 23, 2021, I did not finalize the travel arrangements (e.g., flight and hotel booking) until the week of June 7, 2021. For a variety of reasons, including because the needs of my business often change quickly and on short notice, I typically do not finalize travel arrangements until shortly before my planned departure. By way of example, while my travel schedule placed me in Northern California for business through June 15 and to travel to the east coast for business thereafter, last night I learned that my presence is needed on the east coast today, June 14, necessitating a further adjustment to my travel schedule.

4. For the reasons stated above, I have not finalized a specific travel itinerary for my travel between today and July 26, 2021, nor have I already purchased tickets (or otherwise finalized travel arrangements). To be clear, the basis for my request for a continuance of the JDE and JDE Subpoena response deadline is not to avoid cancellation charges or other fees associated with having to cancel or rearrange my travel schedule. Rather, the basis for my request is (i) to avoid disruption of my business dealings and risk of loss or harm to the transactions with which I am engaged, which range in value from several hundreds of thousands of dollars to many millions of dollars, and (ii) to allow my sufficient time to resolve objections to the JDE Subpoena and work with counsel in properly responding to the same which, in my view, would make any JDE more productive (to the extent one goes forward, if no bond is posted beforehand as discussed below).

5. To date, I have reviewed the JDE Subpoena and the thirty (30) categories of documents it requests. Putting aside objections and challenges to the JDE Subpoena which will be addressed through counsel if necessary, and reserving all rights regarding the same, I have begun the process of identifying responsive documents related to financial accounts, income history, account debts, and business ownership interests, and other personal property. As noted above, this process is not complete, and my request for additional time, if granted, will allow me to identify and gather potentially responsive documents, work with counsel to assess the responsiveness of materials and whether they are subject to production, and to resolve any objections to production before the JDE, if continued as requested.

6. I have agreed that rather than continuing with litigation over discovery and collection matters, I post a bond in the amount of the judgment plus two years' worth of judgment interest. I have asked for five (5) weeks to arrange and finalize the bond, to allow me to provide the bonding company with the required and acceptable collateral, obtain approval from the bonding company, and obtain court approval of the bond. I am also requesting this time both because of my busy business travel schedule, and because I am also dealing with matters in related litigation (including litigation against CBG's former CEO, Mr. Roseman, and related discovery—including the deposition of one of the JOLs, with respect to which the parties have agreed to without incident to an extension), and various substantial transactions involving multiple parties and many millions of dollars.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing information is true and correct. Executed on June 14, 2021 in Illinois.

By: _____
Tony Bobulinski

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **RESPONSE OF TONY BOBULINSKI TO COURT'S ORDER DIRECTING PARTIES FORTHWITH TO MAKE FURTHER SUBMISSION DATED JUNE 12, 2021; DECLARATION OF TONY BOBULINSKI** on all interested parties as follows:

[X]  **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case, or via E-mail at the addresses below

Mariko Taenaka (mt@robertwcohenlaw.com)
Robert W. Cohen (rwc@robertwcohenlaw.com)

[ ]  **BY MAIL** - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2021 at Pasadena, California.

/s/ Elizabeth Garcia
Elizabeth Garcia