1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>      Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>      Defendant. | Case No.: 2:20-cv-06759-RGK-JC<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**ORDER (1) GRANTING IN PART EX PARTE APPLICATION FOR ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION AND EXTENDING DEADLINE TO RESPOND TO SUBPOENA;**<br>**(2) CONTINUING JUDGMENT DEBTOR EXAMINATION; AND**<br>**(3) EXTENDING DEADLINE TO COMPLY WITH SUBPOENA AND SETTING BRIEFING/HEARING SCHEDULE** |

The Court has reviewed and considered all of the parties' submissions in connection with the Second Ex Parte Application for Order Continuing Judgment Debtor Examination and Extending Deadline to Respond to Subpoena (the "Application"), filed by Defendant/Judgment Debtor Tony Bobulinski on June 11, 2021. The Court finds good cause exists to grant the Application in part.

**IT IS ORDERED THAT**:

1. The Application (Docket No. 105) is granted in part.

2. Absent the posting of a bond in the amount of the judgment plus two years' worth of judgment interest by Bobulinski before July 27, 2021, or further Court Order, the judgment debtor examination currently scheduled for June 15, 2021, is continued to July 27, 2021, at 9:30 a.m. and Defendant/Judgment Debtor Bobulinski shall appear in Courtroom 750 on the seventh floor of the Edward R. Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012 on such date/time.

3. Absent the posting of a bond in the amount of the judgment plus two years' worth of judgment interest by Bobulinski before any of the below-referenced dates, or further Court order, and provided that the parties adhere to the below-referenced schedule, the deadline to comply with the Subpoena (Docket No. 101-1) and any further Court order related to the same is extended to July 27, 2021 at 9:30 a.m.

   a. Counsel shall confer regarding the Subpoena during the week of June 14, 2021;

   b. To the extent the parties are unable to resolve objections to the Subpoena, Defendant/Judgment Debtor shall file an appropriate motion by no later than June 21, 2021;

   c. Plaintiff/Judgment Creditor shall file its opposition by June 28, 2021;

///
///
///

2

      d. Defendant/Judgment Debtor shall file any reply and a status report regarding the posting of the aforementioned bond by July 5, 2021.

      e. The hearing on the motion is set for July 13, 2021 at 10:30 a.m..

DATED: June 14, 2021           BY: _____/s/_____

                                               Hon. Jacqueline Chooljian
                                               United States Magistrate Judge