1  Anthony R. Bisconti (SBN 269230)
   tbisconti@bienertkatzman.com
2  **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
3  601 W. 5th Street, Ste. 720
   Los Angeles, CA 90071
4  Telephone (213) 528-3400
   Facsimile (949) 369-3701
5

6  Attorneys for Defendant Tony Bobulinski

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>            Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>            Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED TO DEFENDANT TONY BOBULINSKI AND FOR PROTECTIVE ORDER LIMITING DISCOVERY**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Hearing Information:<br>Date:    July 13, 2021<br>Time:   10:30 a.m.<br>Crtrm:  750<br><br>Action filed:           July 28, 2020 |

1

The Court has reviewed and considered the *Motion to Quash Subpoena Issued to Defendant Tony Bobulinski and for Protective Order Limiting Discovery* (the "Motion") filed by Defendant Tony Bobulinski ("Mr. Bobulinski") on June 21, 2021. Upon consideration of the Motion, evidence, argument of the parties, and record in this case, the Court has determined that good cause exists to grant the Motion. Accordingly,

**IT IS ORDERED THAT:**

1. The Motion is GRANTED.

2. Request numbers 3, 6, 9, 11, 12, 18, and 20-30 of the subpoena issued by Plaintiff China Branding Group Ltd. to Mr. Bobulinski dated April 14, 2021, are quashed, and Mr. Bobulinski need to produce documents or information responsive to these requests.

DATED: _____     By:_____
                                         Hon. Jacqueline Chooljian
                                         United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
CERTIFICATE OF SERVICE