Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>      Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>      Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**STATUS REPORT PURSUANT TO COURT'S JUNE 14, 2021 ORDER [DKT. NO. 110]**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Action filed:    July 28, 2020 |

Defendant Tony Bobulinski ("Mr. Bobulinski") submits this status report, pursuant to the Court's *Order (1) Granting in Part Ex Parte Application for Order Continuing Judgment Debtor Examination and Extending Deadline to Respond to Subpoena; (2) Continuing Judgment Debtor Examination; (3) Extending Deadline to Comply with Subpoena and Setting Briefing/Hearing Schedule* entered June 14, 2021 (the "6/14/21 Order") [Dkt. No. 110].

Pursuant to the Court's 6/14/21 Order, the Court continued the judgment debtor examination (the "JDE") of Mr. Bobulinski to July 27, 2021 and set a briefing schedule in connection with the subpoena (the "JDE Subpoena") issued by plaintiff China Branding Group Limited ("CBG") to Mr. Bobulinski, subject to Mr. Bobulinski posting a bond "in the amount of the judgment plus two years' worth of judgment interest" before the relevant dates/deadlines set forth in the order. *See* Dkt. No. 110 ¶¶ 2 & 3.

On June 21, 2021, Mr. Bobulinski filed his motion with respect to the JDE Subpoena, which is currently set to be heard July 13, 2021 at 10:30 a.m. Dkt. No. 111. CBG filed its opposition to that motion on June 25, 2021. Dkt. No. 112.

Mr. Bobulinski has submitted an application for issuance of a judgment bond to an appropriate bonding company and received instructions for the posting of collateral. Undersigned counsel has been advised by the representative for the bonding company that the application has been approved, and that a bond in the amount of $664,960.65, which represents the amount of the judgment plus two years' worth of judgment interest,[1] has been prepared. Due to the Independence Day holiday, the bonding company representative has been out of the office since July 1 and will be returning the week of July 6. Mr. Bobulinski is in the process of making arrangements to provide the required collateral to the bonding company. The bonding company has advised that once it has received sufficient collateral, it will release the bond to Mr. Bobulinski for submission to the Court.

---

[1] As set forth in the writ of execution filed by CBG on March 23, 2021 [Dkt. No. 76], the amount of the judgment as entered is $663,500.95, and the judgment interest is accruing at 0.11% ($2.00/day). $663,960.95 + ($2.00 x 730 days) = $664,960.95.

2

1    Upon receipt of the bond from the bonding company, Mr. Bobulinski will submit an
2    application to the Court for approval of the bond. Mr. Bobulinski anticipates that this will
3    occur in advance of July 27, 2021, rendering matters related to post-judgment discovery
4    (including the JDE and JDE Subpoena) moot.

5    Based on the foregoing, and because Mr. Bobulinski does not anticipate the release
6    of the bond from the bonding company and submission of the application to the Court for
7    approval of the bond will occur prior to the currently scheduled July 13 hearing, Mr.
8    Bobulinski suggests that the Court continue to July 13 hearing one week, to the week of
9    July 19.

Dated: July 5, 2021

**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
By: /s/ Anthony R. Bisconti
    Anthony R. Bisconti
    Attorneys for Defendant
    Tony Bobulinski

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **STATUS REPORT PURSUANT TO COURT'S JUNE 14, 2021 ORDER [DKT. NO. 110]** on all interested parties as follows:

**[X]**     **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case, or via E-mail at the addresses below

       Mariko Taenaka (mt@robertwcohenlaw.com)
       Robert W. Cohen (rwc@robertwcohenlaw.com)

**[ ]**     **BY MAIL** - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 5, 2021 at Los Angeles, California.

                                         /s/ Elizabeth Garcia
                                         Elizabeth Garcia