# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06759-RGK-JC | Date | July 13, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | AT&T Recording 7-13-21 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Mariko Taenaka<br>Robert W. Cohen | Anthony Bisconti |

**Proceedings:** **TELEPHONIC HEARING ON DEFENDANT'S/JUDGMENT DEBTOR'S MOTION TO QUASH; ORDER GRANTING IN PART AND DENYING IN PART MOTION TO QUASH (DOCKET NO. 111)**

Case called. Counsel stated their appearances. The Court heard argument from counsel.

For the reasons explained on the record, and as detailed below, the Court granted in part and denied in part the Motion to Quash.

1. The Court denied the Motion to Quash to the extent it requested that the Judgment Debtor be relieved of producing records dating before January 1, 2019.

2. The Court denied the Motion to Quash as to Request No. 6.

3. The Court granted in part and denied in part the Motion to Quash as to Request No. 11 and directed the Judgment Debtor to produce a redacted version of the referenced lease/rental agreement reflecting the amount and provisions relating to the security deposit.

4. The Court denied the Motion to Quash as to Request Nos. 12 and 18.

5. The Court granted in part and denied in part the Motion to Quash as to Request No. 3 and narrowed such request to call for the production of "all employment agreements, independent contractor agreements, commission agreements or any other agreements to which the Judgment Debtor himself is a party and reflects his provision of a service for which is compensated."

6. The Court granted in part and denied in part the Motion to Quash as to Request No. 9 and narrowed such request to call for the production of documents sufficient to reflect the ownership interest the Judgment Debtor has had in any corporation, LLC, LP, partnership or other business entity for the period of January 1, 2018 to the present.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06759-RGK-JC | Date | July 13, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

    7.    The Court granted in part and denied in part the Motion to Quash as to Request Nos. 21-29 and narrowed such requests to call for the production of documents sufficient to reflect the value of any ownership interest the Judgment Debtor has had in any corporation, LLC, LP partnership or other business entity for the period of January 1, 2018 to the present.

    8.    The Court granted the Motion to Quash as to Request No. 30.

.

    Time: 40 minutes
    Initials of Deputy Clerk: klh