Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>**NOTICE CONCERNING EXAMINATION OF THIRD PERSON RE ENFORCEMENT OF JUDGMENT**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br><u>Hearing Information</u>:<br>Date:   July 20, 2021<br>Time:   9:30 a.m.<br>Crtrm:  750<br><br>Action filed:        July 28, 2020 |

TO THE COURT, PLAINTIFF CHINA BRANDING GROUP LIMITED AND ITS COUNSEL OF RECORD, AND ALL OTHER PARTIES ENTITLED TO NOTICE:

1

**PLEASE TAKE NOTICE THAT** Defendant and judgment debtor Tony Bobulinski ("Mr. Bobulinski"), by and through his undersigned counsel, provides this notice concerning the examination of Chanel Osborn ("Ms. Osborn") scheduled to occur July 20, 2021, at 9:30 a.m. in the above-captioned courtroom:

On July 16, 2021, undersigned counsel for Mr. Bobulinski was advised that Ms. Osborn, a third party to these proceedings, would be unable to attend the examination scheduled pursuant to this Court's order entered May 14, 2021 [Dkt. No. 96]. Undersigned counsel promptly contacted counsel for plaintiff China Branding Group Limited ("CBG") and requested a one-week stipulated continuance of the examination of Ms. Osborn, to July 28, 2021, due to Ms. Osborn's unavailability and because Mr. Bobulinski intends on posting a bond prior to July 27, 2021, which would render the discovery moot.[1]

Mr. Bobulinski's undersigned counsel was subsequently advised on the morning of July 19, 2021, that Ms. Osborn learned on July 16 that she had been exposed to an individual who tested positive for COVID-19 last week. Undersigned counsel has been further advised that pursuant to the guidelines issued by the Centers for Disease Control and Prevention and County of Los Angeles Public Health Department, Ms. Osborn is currently self-quarantining in home and will be unable to attend the scheduled examination on July 20, 2021.[2]

Dated: July 19, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
By: /s/ Anthony R. Bisconti
    Anthony R. Bisconti
    *Attorneys for Tony Bobulinski*

---

[1] Undersigned counsel also understands that there is a dispute concerning whether Ms. Osborn was properly served with the examination order but acknowledges that issue is not before the Court at this time.

[2] After undersigned counsel learned this information, CBG responded that it would not agree to a continuance. CBG's counsel was not aware of Ms. Osborn's exposure and isolation at the time it responded to the continuance request.

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **NOTICE CONCERNING EXAMINATION OF THIRD PERSON RE ENFORCEMENT OF JUDGMENT** on all interested parties as follows:

**[X]**     **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case, or via E-mail at the addresses below

Mariko Taenaka (mt@robertwcohenlaw.com)
Robert W. Cohen (rwc@robertwcohenlaw.com)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 19, 2021 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia