# EXHIBIT 1

1  Anthony R. Bisconti (SBN 269230)
   tbisconti@bienertkatzman.com
2  **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
3  601 W. 5th Street, Ste. 720
   Los Angeles, CA 90071
4  Telephone (213) 528-3400
   Facsimile (949) 369-3701
5
6  Attorneys for Defendant Tony Bobulinski

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>           Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>           Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**DECLARATION OF CHANEL OSBORN IN RESPONSE TO COURT'S JULY 19, 2021 MINUTE ORDER [DKT. NO. 117]**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Action filed:     July 28, 2020<br><br>Judgment Debtor Examination<br>Date:    July 20, 2021<br>Time:    9:30 a.m.<br>Location: Crtrm 750 |

1

# DECLARATION OF CHANEL OSBORN

I, Chanel Osborn, declare as follows:

1. I am an individual over eighteen (18) years of age. I have personal knowledge of the facts set forth in this declaration unless the facts are stated on information on belief, and for those matters, I am informed and believe them to be true.

2. I understand that the Court's order states that the record reflects that I was personally served with an order to appear on May 23, 2021. However, I was never personally served with any such order.

3. On July 16, 2021, 

4. As a result of ███████ I am unable to participate in any examination at this time. I appreciate the Court's understanding

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: July 19, 2021

_____
Chanel Osborn