Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>　　　　Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DECLARATION OF CHANEL OSBORN IN RESPONSE TO COURT'S JULY 19, 2021 MINUTE ORDER [DKT. NO. 117] UNDER SEAL**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Action filed:　　　July 28, 2020<br><br>Judgment Debtor Examination<br>Date:　　July 20, 2021<br>Time:　　9:30 a.m.<br>Location: Crtrm 750 |

1

1  The Court has reviewed and considered the *Application for Leave to File Declaration of Chanel Osborn In Response to Court's July 19, 2021 Minute Order [Dkt. No. 117] Under Seal* (the "Application"), filed by defendant and judgment debtor Tony Bobulinski ("Mr. Bobulinski") on July 19, 2021. The Court has determined that good cause exists to grant the Application. Accordingly,

**IT IS ORDERED THAT**:

1. The Application is GRANTED.
2. Mr. Bobulinski may file an unredacted version of the *Declaration of Chanel Osborn In Response to Court's July 19, 2021 Minute Order [Dkt. No. 117]*, a copy of which was attached as Exhibit 2 to the declaration of Anthony R. Bisconti in support of the Application, under seal.

DATED: _____     BY:_____

Hon. Jacqueline Chooljian
United States Magistrate Judge