# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06759-RGK-JC | Date | July 20, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Holidae Crawford (for Kerri Hays) | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff/ Judgment Creditor: | Attorneys Present for Defendant/ Judgment Debtor: |
|---|---|
| None | None |

**Proceedings:**       (In Chambers)

### ORDER DENYING APPLICATION TO FILE DOCUMENT UNDER SEAL (DOCKET NO. 118)

The Application of the Defendant/Judgment Debtor to file Declaration of Chanel Osborn in Response to Court's July 19, 2021 Minute Order [Dkt. No. 117] Under Seal is denied for lack of compliance with Local Rule 79-5.2.2(a) as it fails to inform the Court whether anyone opposes it.

IT IS SO ORDERED.