UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:20-cv-06759-RGK-JC                                    Date: July 20, 2021

Title   China Branding Group Limited v. Tony Bobulinski


Present: The Honorable:   Jacqueline Chooljian, United States Magistrate Judge

| Holidae Crawford for Kerri Hays | CourtSmart 7/20/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff/ Judgment Creditor: | Attorney Present for Defendant/ Judgment Debtor: |
|---|---|
| Mariko Taenaka | Anthony R Bisconti |

**Proceedings:** **EXAMINATION OF THIRD PARTY CHANEL OSBORN RE ENFORCEMENT OF JUDGMENT**

   Case called. Counsel stated their appearances. Third Party Examinee Chanel Osborn was not present. The Court notes for the record that this matter was set for 9:30 a.m. this date, that the Third Party Examinee was personally served with the Order directing her to appear on this date, that as of 9:37 a.m. the Third Party Examinee had not appeared, and that given the contents of the Notice filed on July 19, 2021 (Docket No. 116), the Court did not anticipate that she would appear.

   The Court directed counsel for Plaintiff/Judgment Creditor – to the extent Plaintiff/Judgment Creditor wished to pursue the matter -- to submit by not later than August 3, 2021, Proposed Findings for the Magistrate Judge to certify facts to the District Judge regarding contempt (see 28 U.S.C. 636(e)(6)(iii)) and to obtain and to include in such Proposed Findings, a date from the District Judge's clerk for the corresponding Order to Show Cause hearing.

|  | :16 |
|---|---|
| **Initials of Preparer** | hc |