Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>    Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br><br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**STIPULATION CONCERNING POSTING OF BOND PURSUANT TO FED. R. CIV. P. 62(b); DECLARATION OF ANTHONY R. BISCONTI; [PROPOSED] ORDER**<br><br>Action filed:       July 28, 2020 |

Defendant and Judmgent Debtor Tony Bobulinski ("Mr. Bobulinski"), on the one hand, and Plaintiff and Judgment Creditor China Branding Group Limited (In Official Liquidation) ("CBG" and, together with Mr. Bobulinski, the "Parties"), hereby stipulate as follows:

## RECITALS

On July 28, 2020, CBG commenced this action by filing its *Complaint for Recognition of Foreign Money Judgment*. Dkt. No. 1.

On January 25, 2021, the Court entered its order granting CBG's motion for summary judgment. Dkt. No. 63.

On February 18, 2021, the Court entred its judgment in favor of CBG and against Mr. Bobulinski, in the amount of $662,855.95 plus costs of suit (the "Judgment"). Dkt. No. 65.

On March 23, 2021, the Court issued a *Writ of Execution* in favor of CBG. *See* Dkt. No. 76.

Subsquently, CBG began taking steps to execute on the Judgment, including issuing discovery and noticing judgment debtor examination(s).

On June 14, 2021, the Court entered an *Order (1) Granting in Part Ex Parte Application for Order Continuing Judgment Debtor Examination and Extending Deadline to Respond to Subpoena; (2) Continuing Judgment Debtor Examination; and (3) Extending Deadline to Comply with Subpoena and Setting Briefing/Hearing Schedule* (the "June 14 Order"). Dkt. No. 110.

Mr. Bobulinski has advised CBG that Mr. Bobulinski has posted a bond in the amount of the Judgment plus two years worth of post judgment interest, as referenced in the June 14 Order. A copy of the bond is attached to the accompany declaration of Anthony R. Bisconti as Exhibit 1 (the "Bond").

Based on the foregoing, the Parties hereby stipulate as follows:

//

//

## STIPULATION

1. The Parties hereby stipulate to the approval of the Bond, and request that the Court approve the Bond pursuant to Rule 62(b) of the Federal Rules of Civil Procedure.

Dated: July 26, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: /s/ Anthony R. Bisconti
   Anthony R. Bisconti
   Attorneys for Defendant
   Tony Bobulinski

*Purusant to Local Rule 5-4.2.4, the filer whose signature appears above hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: July 26, 2021

**LAW OFFICES OF ROBERT W. COHEN**

By: /s/ Mariko Taenaka
   Robert W. Cohen
   Mariko Taenaka
   Attorneys for Plaintiff
   China Branding Group Limited
   (In Official Liquidation)

## DECLARATION OF ANTHONY R. BISCONTI

I, Anthony R. Bisconti, declare as follows:

1. I am a partner at the law firm Bienert Katzman Littrell Williams LLP and represent Defendant Tony Bobulinski ("Mr. Bobulinski") in connection with the post-judgment efforts of Plaintiff China Branding Group Limited (In Official Liquidation) ("CBG") to seek discovery and collect on the judgment entered by the Court on February 18, 2021, in favor of CBG and against Mr. Bobulinski. I am a member in good standing with the State Bar of California and am admitted to practice in the Courts of California and the Central District of California. I submit this declaration in support of the *Stipulation Concerning Posting of Bond Purusant to Fed. R. Civ. P. 62(b)* (the "Stipulation") filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration unless the facts are stated on information on belief, and for those matters, I am informed and believe them to be true.

2. This declaration is filed pursuant to Local Rule 65-5 in support of Mr. Bobulinski's posting of a bond pursuant to Rule 62 of the Federal Rules of Civil Procedure. Mr. Bobulinski seeks approval of the surety bond, issued by Suretec Insurance Company for the benefit of CBG in the amount of Six Hundred Sixty Four Thousand Nine Hundred Sixty Dollars and Ninety Five Cents ($664,960.95) (the "Bond"). A true and correct copy of the Bond is attached to this declaration as Exhibit 1.

3. The Bond is filed on behalf of Mr. Bobulinski.

4. Per Local Rules 65-2 through 65-9, I certify that I have carefully examined the Bond, I know the content of the Bond, I know the purpose for which the Bond is executed, in my opinion the Bond is in due form, and I believe the declarations of the qualification by the suerety are true.

5. Based upon my understanding of Federal Rule of Civil Procedure 62, I believe the Bond is required to be approved by a judge.

1  I declare under penalty of perjury of the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on this 26th day of July, 2021, in Los Angeles, California.
4
5                                           <u>Anthony R. Bisconti</u>
                                            Anthony R. Biscont
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **STIPULATION CONCERNING POSTING OF BOND PURSUANT TO FED. R. CIV. P. 62(B); DECLARATION OF ANTHONY R. BISCONTI; [PROPOSED] ORDER** on all interested parties as follows:

[X]   **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case, or via E-mail at the addresses below

Mariko Taenaka (mt@robertwcohenlaw.com)
Robert W. Cohen (rwc@robertwcohenlaw.com)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2021 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia