# EXHIBIT 1

# SURETEC INSURANCE COMPANY

IN THE U.S. DISTRICT COURT   FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION),<br><br>vs.<br>**PLAINTIFF(S)**<br><br>TONY BOBULINSKI<br><br>**DEFENDANT(S)** | Case No.   2:20-CV-06759 RGK (JCx)<br>UNDERTAKING UNDER SECTION   917.1 C.C.P. and pursuant to Rule 62 of the Federal Rules of Civil Procedure<br>SURETEC INSURANCE COMPANY<br>5555 Garden Grove Blvd. SUITE 275 Westminster CA 92683 |

**WHEREAS,** TONY BOBULINSKI the above named defendant desires to give an undertaking for an APPEAL AND STAY OF EXECUTION as provided in Section 917.1 C.C.P and pursuant to Rule 62 of the Federal Rules of Civil Procedure.

**NOW THEREFORE,** the undersigned Surety, does hereby obligate itself, jointly and severally, to CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), under the statutory obligations in the sum of SIX HUNDRED SIXTY FOUR THOUSAND NINE HUNDRED SIXTY DOLLARS AND NINETY FIVE CENTS ($664,960.95)

**IN WITNESS WHEREOF,** The corporate seal and name of the said Surety Company is hereto affixed and attested by JOHN S ROUGH, who declares under penalty of perjury that he is duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at   Santa Ana   , California on   7/23/2021

Bond No.   3487389

The premium charged for this bond is $   7,149.61   per annum.

SURETEC INSURANCE COMPANY

JOHN S ROUGH
Attorney-in-Fact

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of ___Orange___ )

On ___July 23, 2021___ before me, ___Darnell Elzey Wage___,  
        Date                                         Here Insert Name and Title of the Officer  
personally appeared ___John S. Rough___  
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Darnell Elzey Wage___  
                    Signature of Notary Public

[Notary Seal: DARNELL ELZEY WAGE, COMMISSION #2293357, Notary Public - California, ORANGE COUNTY, My Commission Expires JULY 13, 2023]

Place Notary Seal Above

───────────── **OPTIONAL** ─────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _____  Document Date: _____  
Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907

<small>Case 2:20-cv-06759-RGK-JC   Document 122-1   Filed 07/26/21   Page 4 of 4   Page ID #:2106</small>

POA #: 510380

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

John Stuart Rough

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

Five Million and 00/100 Dollars ($5,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the CEO, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its CEO, and its corporate seal to be hereto affixed this 27th day of September, A.D. 2018.

SURETEC INSURANCE COMPANY

By: _____
John Knox Jr., CEO

State of Texas  ss:
County of Harris

On this 27th day of September, A.D. 2018 before me personally came John Knox Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is CEO of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.

XENIA CHAVEZ
Notary Public, State of Texas
Comm. Expires 09-10-2020
Notary ID 129117659

Xenia Chavez, Notary Public
My commission expires September 10, 2020

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 23rd day of July, 2021, A.D.

M. Brent Beaty, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.