Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>　　　　Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING STIPULATION CONCERNING POSTING OF BOND PURSUANT TO FED. R. CIV. P. 62(b) AND APPROVING BOND**<br><br><br>Action filed:　　July 28, 2020 |

The Court has reviewed and considered the *Stipulation Concerning Posting of Bond Pursuant to Fed. R. Civ. P. 62(b); Declaration of Anthony R. Bisconti* (the "Stipulation") filed by and between Defendant and Judgment Debtor Tony Bobulinski ("Mr. Bobulinski"), on the one hand, and Plaintiff and Judgment Creditor China Branding Group Limited (In Official Liquidation) ("CBG" and, together with Mr. Bobulinski, the "Parties") on the other hand. Upon consideration of the Stipulation and record in this case, the Court has determined that good cause exists to grant the Stipulation. Accordingly,

**IT IS ORDERED THAT:**

1. The Stipulation is GRANTED.

2. The Bond, a copy of which is attached as Exhibit 1 to the Declaration of Anthony R. Bisconti filed in support of the Stipulation, is approved pursuant to Federal Rule of Civil Procedure 62(b).

DATED: _____    By:_____

United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
CERTIFICATE OF SERVICE