Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited, <br><br> Plaintiff, <br><br> v. <br><br> TONY BOBULINSKI <br><br> Defendant. | Case No.: 2:20-CV-06759 RGK (JC) <br> Hon. R. Gary Klausner <br> Presiding Judge <br><br> Hon. Jacqueline Chooljian, <br> Magistrate Judge <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATION CONCERNING POSTING OF BOND PURSUANT TO FED. R. CIV. P. 62(b) AND APPROVING BOND** <br><br><br> Action filed:      July 28, 2020 |

1

1    The Court has reviewed and considered the *Stipulation Concerning Posting of Bond*
2    *Pursuant to Fed. R. Civ. P. 62(b); Declaration of Anthony R. Bisconti* (the "Stipulation")
3    filed by and between Defendant and Judgment Debtor Tony Bobulinski ("Mr. Bobulinski"),
4    on the one hand, and Plaintiff and Judgment Creditor China Branding Group Limited (In
5    Official Liquidation) ("CBG" and, together with Mr. Bobulinski, the "Parties") on the other
6    hand. Upon consideration of the Stipulation and record in this case, the Court has
7    determined that good cause exists to grant the Stipulation. Accordingly,

8    **IT IS ORDERED THAT:**

9    1.    The Stipulation is GRANTED.

10   2.    The Bond, a copy of which is attached as Exhibit 1 to the Declaration of
11   Anthony R. Bisconti filed in support of the Stipulation, is approved pursuant to Federal
12   Rule of Civil Procedure 62(b).

15   DATED: July 26, 2021          By: _____

16                                     United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

CERTIFICATE OF SERVICE