# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06759-RGK-JC | Date | July 26, 2021 |
|---|---|---|---|
| Title | China Branding Group Limited v. Tony Bobulinski | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff/ Judgment Creditor: | Attorneys Present for Defendant/ Judgment Debtor: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER VACATING JUDGMENT DEBTOR EXAMINATION AND RELIEVING JUDGMENT DEBTOR OF OBLIGATION TO PRODUCE DOCUMENTS

In light of the filing this date of the Stipulation Concerning Posting of Bond Pursuant to Fed. R. Civ. P. 62(b) ("Stipulation") (Dkt. No. 122), the Appeal Bond (Dkt. No. 123), and the District Judge's Order Granting the Stipulation and Approving the Bond (Dkt. No. 124), the Court vacates the Judgment Debtor Examination set for July 27, 2021 and relieves the Judgment Debtor of the obligation to appear and to produce documents called for by this Court's July 13, 2021 Order.

IT IS SO ORDERED.