1  Anthony R. Bisconti (SBN 269230)
   tbisconti@bienertkatzman.com
2  **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
3  601 W. 5th Street, Ste. 720
   Los Angeles, CA 90071
4  Telephone (213) 528-3400
   Facsimile (949) 369-3701
5

6  Attorneys for Defendant Tony Bobulinski

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>          Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>          Defendant. | Case No.: 2:20-CV-06759 RGK (JC)<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**JOINT NOTICE WITHDRAWING (I) SUBPOENAS ISSUED BY PLAINTIFF CHINA BRANDING GROUP LIMITED AND (II) MOTION TO QUASH [DKT. NO. 87] FILED BY DEFENDANT TONY BOBULINSKI**<br><br>[Submitted to Hon. Jacqueline Chooljian, United States Magistrate Judge, Crtrm 750]<br><br>Action filed:      July 28, 2020 |

1

TO THE HONORABLE JACQUELINE CHOOLJIAN, UNITED STATES MAGISTRATE JUDGE AND ANY PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE THAT** on March 31, 2021, and April 20, 2021, Plaintiff China Branding Group Limited (In Official Liquidation) ("CBG") issued subpoenas to Citibank, N.A. and YDS Investment Company LLC, respectively (the "Subpoenas"). On May 3, 2021, Defendant Tony Bobulinski ("Mr. Bobulinski") filed a motion to quash the Subpoenas (the "Motion to Quash"). *See* Dkt. No. 87. On July 26, 2021, Mr. Bobulinski posted a bond which was approved by the Court. *See* Dkt. Nos. 122-125. In light of the posting of the bond, execution on the judgment entered in this case and proceedings to enforce it are stayed pursuant to Rule 62 of the Federal Rules of Civil Procedure.

Accordingly, through this joint notice: (i) CBG hereby withdraws the Subpoenas; and (ii) Mr. Bobulinski withdraws the Motion to Quash.

Dated: July 27, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
By: /s/ Anthony R. Bisconti
Anthony R. Bisconti
*Attorneys for Tony Bobulinski*

*Pursuant to Local Rule 5-4.2.4, the filer whose signature appears above hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: July 27, 2021

**LAW OFFICES OF ROBERT W. COHEN**
By: /s/ Mariko Taenaka
Robert W. Cohen
Mariko Taenaka
Attorneys for Plaintiff
China Branding Group Limited
(In Official Liquidation)

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **JOINT NOTICE WITHDRAWING (I) SUBPOENAS ISSUED BY PLAINTIFF CHINA BRANDING GROUP LIMITED AND (II) MOTION TO QUASH [DKT. NO. 87] FILED BY DEFENDANT TONY BOBULINSKI** on all interested parties as follows:

**[X]    BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2021 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia