UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>TONY BOBULINSKI,<br><br>        Defendant-Appellant. | No. 21-55282<br><br>D.C. No. 2:20-cv-06759-RGK-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's opposed motion (Docket Entry No. 16) to stay appellate proceedings is denied.

Appellee's request (included in Docket Entry No. 17) to dismiss for failure to prosecute is denied.

The opening brief is now due November 12, 2021. The answering brief is due December 13, 2021. The optional reply brief is due within 21 days after service of the answering brief.

To facilitate timely submission of cases for decision, no further motions for extensions of time to file the opening brief will be granted absent extraordinary and

MKS/MOATT

compelling circumstances.

Failure to file the opening brief by November 12, 2021 may result in dismissal of this case for failure to prosecute. *See* 9th Cir. R. 42-1.