|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 3 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited,

        Plaintiff-Appellant,

 v.

TONY BOBULINSKI,

        Defendant-Appellee.

No.   21-55414

D.C. No. 2:20-cv-06759-RGK-JC
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Appellee's opposed motion (Docket Entry No. 17) for a stay of appellate proceedings is denied.

    The answering brief is now due January 5, 2022. The optional reply brief is due within 21 days after service of the answering brief.

MKS/Appellate Commissioner