|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 3 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited,

        Plaintiff-Appellee,

 v.

TONY BOBULINSKI,

        Defendant-Appellant.

No.   21-55282

D.C. No. 2:20-cv-06759-RGK-JC
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Appellant's opposed motion (Docket Entry No. 19) for a stay of appellate proceedings is denied.

    Appellant's motion (Docket Entry No. 25) to file a late brief is granted. The Clerk will file the opening brief and excerpts of record submitted at Docket Entry Nos. 23 and 24.

    Appellee's request to dismiss for failure to prosecute, included in the opposition to the motion for a stay of appellate proceedings, is denied.

    The answering brief is now due January 5, 2022. The optional reply brief is due within 21 days after service of the answering brief.

MKS/MOATT