Ryan G. Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Teresa Huggins (Bar No. 263257)
  thuggins@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant Tony Bobulinski*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>           Plaintiff,<br><br>      v.<br><br>TONY BOBULINSKI,<br><br>           Defendant. | Case No. 2:20-CV-06759 RGK (JC)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:  Hon. R. Gary Klausner |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE, effective April 23, 2022, the address for Ryan G. Baker and Teresa L. Huggins, counsel for Defendant Tony Bobulinski has changed. Telephone and facsimile numbers remain the same.

Firm information:

| | |
|---|---|
| OLD ADDRESS: | Ryan G. Baker<br>Teresa L. Huggins<br>WAYMAKER LLP<br>777 S. Figueroa Street, Suite 2850<br>Los Angeles, CA 90017<br>Telephone:  (424) 652-7800<br>Facsimile:  (424) 652-7850 |
| NEW ADDRESS: | Ryan G. Baker<br>Teresa L. Huggins<br>WAYMAKER LLP<br>515 S. Flower Street, Suite 3500<br>Los Angeles, CA 90071<br>Telephone:  (424) 652-7800<br>Facsimile:  (424) 652-7850 |

DATED:  April 21, 2022            WAYMAKER LLP

By:  */s/ Ryan G. Baker*
RYAN G. BAKER
*Attorneys for Defendant Tony Bobulinski*

---

1
NOTICE OF CHANGE OF ADDRESS