**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>      Defendant-Appellant. | No.  21-55282<br><br>D.C. No.<br>2:20-cv-06759-RGK-JC<br>Central District of California, Los Angeles<br><br><br>ORDER |
| CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>TONY BOBULINSKI,<br><br>      Defendant-Appellee. | No.  21-55414<br><br>D.C. No.<br>2:20-cv-06759-RGK-JC<br>Central District of California, Los Angeles |

Before:  RAWLINSON and CHRISTEN, Circuit Judges, and BENNETT,[*] District Judge.

The Stipulated Motion to Release Bond and Stay the Appeal for 90 Days, filed August 5, 2022, is DENIED as to the stay of this appeal and transferred to the district court to address the issue of the bond release.

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.