Ryan G. Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Teresa L. Huggins (Bar. No. 263257)
  thuggins@waymakerlaw.com
WAYMAKER LLP
515 S. Flower St., Suite 3500
Los Angeles, California, 90071
Telephone:   (424) 652-7800
Facsimile:    (424) 652-7850
*Attorneys for Defendant Tony Bobulinski*

Robert W. Cohen (Bar No. 150310)
  rwc@robertwcohenlaw.com
Mariko Taenaka (Bar. No. 273895)
  mt@robertwcohenlaw.com
LAW OFFICES OF ROBERT W. COHEN
1901 Avenue of the Stars, Suite 1900
Los Angeles, California, 90067
Telephone:   (310) 282-7586
Facsimile:    (310) 282-7589
*Attorneys for Plaintiff China Branding Group*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>        Plaintiff,<br>v.<br><br>TONY BOBULINSKI<br><br>        Defendant. | Case No.2: 20-CV-06759 RGK (JC)<br><br>**STIPULATION TO RELEASE AND/OR EXONERATE APPEAL BOND**<br><br>Judge:  Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>Complaint Filed: July 28, 2020 |

1    Pursuant to Civil Local Rule 7-1, Plaintiff China Branding Group Limited (in

2    official liquidation) and Defendant Tony Bobulinski (together, the "Parties"), by and

3    through their respective counsel of record, stipulate as follows:

4        1.    SureTec Insurance Company's ("SureTec") appeal bond no. 3487389

5    in the amount of $664,960.65 (the "Bond") is released and/or exonerated.

6        2.    The Parties release SureTec from any and all liability thereunder.

7

8        Pursuant to Civil Local Rule 7-1, the Parties, through their counsel, HEREBY

9    STIPULATE THAT the Bond be released and/or exonerated and agree to release

10   SureTec from any and all liability thereunder.

11       IT IS SO STIPULATED.

12

13   DATED: August 22, 2022          WAYMAKER LLP

14

15

16                                   By: */s/ Teresa L. Huggins*

17                                        Teresa L. Huggins

18                                        *Attorneys for Defendant Tony Bobulinski*

19

20

21   DATED: August 22, 2022          LAW OFFICE OF ROBERT COHEN APC

22

23

24                                   By: */s/ Robert W. Cohen*

25                                        Robert W. Cohen

26                                        *Attorneys for Plaintiff China Branding
                                          Group*

27

28

## **FILER'S ATTESTATION**

I, Teresa L. Huggins, am the ECF user whose identification and password are being used to file this Stipulation to Release and/or Exonerate Appeal Bond. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing.

DATED:  August 22, 2022            WAYMAKER LLP


By:  */s/ Teresa L. Huggins*
TERESA L. HUGGINS