UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No. 2:20-CV-06759 RGK (JC)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RELEASE AND/OR EXONERATE APPEAL BOND**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed: July 28, 2020 |

Upon consideration of the Stipulation to Release and/or Exonerate Appeal Bond filed by Plaintiff China Brand Group Limited and Defendant Tony Bobulinski (together, the "Parties") and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. SureTec Insurance Company's ("SureTec") appeal bond no. 3487389 in the amount of $664,960.65 is released and/or exonerated.
2. The Parties release SureTec from any and all liability thereunder.

**IT IS SO ORDERED.**

Dated:_____   _____

Hon. R. Gary Klausner
United States District Judge