FILED

AUG 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited,<br><br>            Plaintiff-Appellee,<br><br>   v.<br><br>TONY BOBULINSKI,<br><br>            Defendant-Appellant. | No.   21-55282<br><br>D.C. No. 2:20-cv-06759-RGK-JC<br>Central District of California, Los Angeles<br><br>ORDER |

Before: RAWLINSON and CHRISTEN, Circuit Judges, and BENNETT,[*] District Judge.

Defendant-Appellant Tony Bobulinski's Request for Judicial Notice, Docket No. 64, filed August 17, 2022, is GRANTED.

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.