Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Defendant Tony Bobulinski

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>Defendant. | Case No.: 2:20-cv-06759-RGK-JC<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**STIPULATION TO SET ASIDE RIGHT TO ATTACH ORDER, RELEASE ATTACHED PROPERTY, AND EXTINGUISH ALL LIENS; [PROPOSED] ORDER** |

Defendant and judgment debtor Tony Bobulinski ("Mr. Bobulinski"), on the one hand, and plaintiff and judgment creditor China Branding Group Limited (In Official Liquidation) ("CBG" and, together with Mr. Bobulinski, the "Parties"), on the other hand, hereby stipulate as follows:

## RECITALS

On July 28, 2020, CBG commenced this action by filing its *Complaint for Recognition of Foreign Money Judgment*. Dkt. No. 1.

On August 24, 2020, CBG filed an application for an order for a right to attach and right to issue a writ of attachment ("Right to Attach"). Dkt. No. 16. On October 13, 2020, the Court approved the application and Right to Attach. Dkt. No. 40. For reference, the Court's order approving the Right to Attach is included as exhibit A.

On December 2, 2020, the Clerk of the Court issued a *Writ of Attachment* to Mr. Bobulinski for "[a]ll real property, non-exempt personal property, equipment, motor vehicles, chattel paper, negotiable and other instruments, securities, deposit accounts, accounts receivable, general intangibles, property subject to pending actions, final money judgments, personalty in estates of decedents, and all community property of the type described above." Dkt. No. 59. For reference, the *Writ of Attachment* is included as exhibit B.

On December 7, 2020, CBG served and delivered the Right to Attach order and *Writ of Attachment* on Citibank, N.A. CBG has represented to Mr. Bobulinski that it has not otherwise served a writ of attachment on any other individual or entity.

On January 25, 2021, the Court entered an order granting CBG's motion for summary judgment. Dkt. No. 63.

On February 18, 2021, the Court entered judgment in favor of CBG and against Mr. Bobulinski, in the amount of $662,855.95 plus costs of suit (the "Judgment"). Dkt. No. 65.

On March 22, 2021, Mr. Bobulinski filed a notice of appeal of the Judgment. Dkt. No. 73.

On March 23, 2021, the Court issued a *Writ of Execution* in favor of CBG. *See* Dkt. No. 76. For reference, the *Writ of Execution* is included as exhibit C.

On July 26, 2021, Mr. Bobulinski posted bond in the amount of $664,960.95 (the "Bond"), inclusive of accrued costs and interest, and the Parties filed a stipulation to approve the bond pursuant to Fed. R. Civ. Proc. 62(b) (the "Stipulation"). Dkt. Nos. 122-23. On the same date, the Court entered an order approving the Stipulation and Bond. Dkt. No. 124.

Having met and conferred, the Parties have agreed to set aside the Right to Attach order and release Mr. Bobulinski's property levied under the *Writ of Attachment* based on the Bond as a sufficient undertaking to stay of enforcement of the Judgment, while on appeal, pursuant to Cal. Civ. Proc. Code § 489.420.

The Parties have further agreed that any existing liens created under the *Writ of Execution* are extinguished and any new liens may not be created during the period of the stay, while on appeal, based on the Bond as a sufficient undertaking pursuant to Cal. Civ. Proc. Code § 697.040.

On August 22, 2022, the Parties filed a separate stipulation concerning the release and exoneration of the Bond. Because the purpose of that stipulation is so that Mr. Bobulinski may use the funds from the Bond to satisfy the three Cost Orders that are the basis for the Judgment here, the Parties agree that that stipulation does not impact the relief sought under this Stipulation.

Based on the foregoing, the Parties hereby stipulate as follows:

//
//
//
//
//
//
//

# STIPULATION

1. The Right to Attach order is set aside and any property levied under the *Writ of Attachment*, including but not limited to the Right to Attach order and *Writ of Attachment* served on Citibank, N.A., is released pursuant to Cal. Civ. Proc. Code § 489.420. For purposes of this statute, the Bond is a sufficient undertaking.

2. Any liens created under the *Writ of Execution* are extinguished and any new liens may not be created during the period of the stay, while on appeal, pursuant to Cal. Civ. Proc. Code § 697.040. For purposes of this statute, the Bond is a sufficient undertaking.

Dated: August 26, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
By: /s/ Anthony R. Bisconti
　　Anthony R. Bisconti
　　Attorneys for Defendant
　　Tony Bobulinski

*Pursuant to Local Rule 5-4.2.4, the filer whose signature appears above hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.*

Dated: August 26, 2022

**LAW OFFICES OF ROBERT W. COHEN**
By: /s/ Robert W. Cohen
　　Robert W. Cohen
　　Attorneys for Plaintiff
　　China Branding Group Limited
　　(In Official Liquidation)

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document **STIPULATION TO SET ASIDE RIGHT TO ATTACH ORDER, RELEASE ATTACHED PROPERTY, AND EXTINGUISH ALL LIENS; [PROPOSED] ORDER** on all interested parties as follows:

[X]   **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2022, 2022 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia