# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>v.<br><br>TONY BOBULINSKI<br><br>    Defendant. | Case No.: 2:20-cv-06759-RGK-JC<br>Hon. R. Gary Klausner<br>Presiding Judge<br><br>Hon. Jacqueline Chooljian,<br>Magistrate Judge<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO SET ASIDE RIGHT TO ATTACH ORDER, RELEASE ATTACHED PROPERTY, AND EXTINGUISH ALL LIENS** |

The Court has reviewed and considered the *Stipulation to Set Aside Right to Attach Order, Release Attached Property, and Extinguish All Liens* (the "Stipulation") [Dkt. No. 136] entered by defendant and judgment debtor Tony Bobulinski, on the one hand, and plaintiff and judgment creditor China Branding Group Limited (In Official Liquidation), on the other hand.  Upon consideration of the Stipulation, evidence, argument, and record in this case, the Court has determined that good cause exists to grant the Stipulation. Accordingly,

**IT IS ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The Right to Attach[1] order is set aside and any property levied under the *Writ of Attachment*, including but not limited to the Right to Attach order and *Writ of Attachment* served on Citibank, N.A., is released pursuant to Cal. Civ. Proc. Code § 489.420. For purposes of this statute, the Bond is a sufficient undertaking.

3. Any liens created under the *Writ of Execution* are extinguished and any new liens may not be created during the period of the stay, while on appeal, pursuant to Cal. Civ. Proc. Code § 697.040.  For purposes of this statute, the Bond is a sufficient undertaking.

IT IS SO ORDERED.

DATED: _____    By:_____
                                        Hon. Jacqueline Chooljian
                                        United States Magistrate Judge

---

[1] Capitalized terms not defined herein shall retain the same meaning as defined in the Stipulation.