**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TONY BOBULINSKI, <br><br> Defendant-Appellant. | No.   21-55282 <br><br> D.C. No. 2:20-cv-06759-RGK-JC <br> Central District of California, Los Angeles <br><br> ORDER |
| CHINA BRANDING GROUP LIMITED, (in Official Liquidation), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thrornton Recovery and Reorganisation Limited, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> TONY BOBULINSKI, <br><br> Defendant-Appellee. | No.   21-55414 <br><br> D.C. No. 2:20-cv-06759-RGK-JC <br> Central District of California, Los Angeles |

Before:  RAWLINSON and CHRISTEN, Circuit Judges, and BENNETT,[*] District Judge.

Defendant-Appellant Tony Bobulinski's Request for Judicial Notice, Docket No. 67, filed in Case Number 21-55282 on September 28, 2022, is GRANTED. This appeal (Case Numbers 21-55282 and 21-55414) will be stayed pending the outcome of the related case in the Cayman Islands court. The Clerk will administratively close this appeal. No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits.

The parties are directed to file a status report with this court every sixty (60) days until such time as the Cayman Islands case has concluded.

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.