**closed**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), by and through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services (Cayman), Limited and David Bennett of Grant Thornton Recovery & Reorganisation Limited,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY BOBULINSKI,<br><br>    Defendant. | Case No. 2:20-cv-06759 RGK (JCx)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's Post-Remand Order, issued on January 11, 2024, IT IS ORDERED, ADJUDGED AND DECREED that Judgment now be entered in favor of Plaintiff China Branding Group Limited (In Official Liquidation) against Defendant Tony Bobulinski in the amount of $494,204.67 plus costs of suit.

DATED: January 11, 2024

                                              */s/ Gary Klausner*
                                              Hon. R. Gary Klausner